RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   KIM CHAMBERLAIN (031675)
      CHARLES TRULLINGER (018936)
      Deputy County Attorneys
      Kim.Chamberlain@mcao.maricopa.gov
      trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, a governmental entity; MARICOPA COUNTY, a governmental entity; CITY OF PHOENIX, a governmental entity; DAVID CRUTCHFIELD and JANE DOE CRUSTCHFRIELD, a married couple; LISA STRUBLE and JOHN DOE STRUBLE, a married couple; MICHAEL SULLIVAN, Chief of Phoenix Police Department; PAUL PENZONE, Maricopa County Sheriff; PAMELA CONN and JOHN DOES CONN, a married couple; VICTOR GAN | No. _____<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COUNTY CASE NO. CV2024-015008 TO THE UNITED STATES DISTRICT COURT** |

1  and JANE DOE GAN, a married couple;
2  MICHAEL CHAILLAND and JANE DOE CHAILLAND, a married couple;
3  LASHON ARRINGTON and JOHN DOE ARRINGTON, a married couple;
4  MIRANDA SANDERS and JOHN DOE SANDERS, a married couple; BRENT
5  WILLIAMS and JANE DOE
6  WILLIAMS, a married couple; JANNIS MOSSMAN and JOHN DOE
7  MOSSMAN, a married couple; BRYANT
8  BALL and JANE DOE BALL, a married couple; ROBIN AVALOS and JOHN
9  DOE AVALOS, a married couple;
10  AUDAINE RINTALA and JOHN DOE RINTALA, a married couple; ANDREW
11  FAIRFIELD and JANE DOE
12  FAIRFIELD, a married couple; MICHELLE MARTIN and JOHN DOE
13  MARTIN, a married couple; MARY DAUGOMAH and JOHN DOE
14  DAUGOMAH; MARK GUERRA and
15  JANE DOE GUERRA, a married couple; YESENIA SAMBRANO and JOHN
16  DOE SAMBRANO, a married couple; JULIE STEVENS and JOHN DOE
17  STEVENS, a married couple; SIRA
18  HODGE and JOHN DOE HODGE, a married couple; CHRISTI TREVETT and
19  JOHN DOE TREVETT, a married
20  couple; CYNTHIA WRIGHT and JOHN DOE WRIGHT, a married couple;
21  DEANNA MOORE and JOHN DOE
22  MOORE, a married couple; ALLISON SLATION and JOHN DOE SLATON,
23  married couple; MICHAEL VILLEGAS and JANE DOE VILLEGAS, a married
24  couple; BUILDING BLOCKS
25  COUNSELING, LLC d/b/a AXION CARE, an Arizona limited liability
26  company; SARAH ZAVALA and JOHN DOE ZAVALA, a married couple;
27

2

|  |  |
|---|---|
| 1 | KELLEE ZAMBRANO and JOHN DOE ZAMBRANO, a married couple; JOHN and JANE DOES I-X, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Defendant Maricopa County Sheriff Paul Penzone,[1] pursuant to 28 U.S.C. § 1331, §1441(c), §1446(a), and LRCiv 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2024-015008, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1. On or about June 11, 2024, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Edmon Yohannes v State of Arizona, et al.,* Case No. CV2024-015008. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendants are attached hereto within Exhibit B. (Exhibit A is the Civil Cover Sheet.)

2. Plaintiff served Maricopa County Sheriff Paul Penzone by private service with the Summons & Complaint on July 16, 2024.

3. This Notice of Removal is being filed within 30 days after service of a paper where it may be ascertained that the case is removable and is therefore timely filed under 28 U.S.C. § 1446(b)(3).

4. Plaintiffs allege that Defendants violated Plaintiffs' and decedent's Fourth and Fourteenth Amendment rights under the United States Constitution and bring claims under 42 U.S.C. § 1983 (Counts Four and Five).

5. By reason of the above facts, (a) the United States District Court has original

---

[1] Although the Complaint refers to the Maricopa County Sheriff as Paul Penzone, Sheriff Penzone left office on January 12, 2024, and Sheriff Russell Skinner was appointed by the Maricopa County Board of Supervisors on February 8, 2024, to fill the vacancy. It is therefore anticipated that Sheriff Skinner will be substituted for Sheriff Penzone, either by a joint motion or by virtue of Fed. R. Civ. P. 25(d).

jurisdiction of this civil action pursuant to 28 U.S.C. § 1331, because one or more claims asserted by the Plaintiffs arise under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c). All properly served Defendants consent to the removal of this action.[2]

6. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit C, has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendant Maricopa County Sheriff Paul Penzone respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 14th day of August 2024.

        **RACHEL H. MITCHELL**
        **MARICOPA COUNTY ATTORNEY**

        BY: */s/ Kim Chamberlain*
           KIM CHAMBERLAIN
           CHARLES TRULLINGER
           Deputy County Attorney
           *Attorneys for Defendant Paul Penzone*

---

[2] Due to the varied dates of service and the due diligence required to verify proper service and obtain clients' consent to removal, not all Defendants can provide consent at this time. Defendant Penzone expects that all defendants who have been properly joined and served will "join in or consent to the removal of the action" pursuant to 28 U.S.C. § 1446(b)(2)(A).

4

**CERTIFICATE OF SERVICE**

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Removal\Ntc of filling removal.docx