# Exhibit A

Civil Case Cover Sheet

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Edmon Yohannes , Personal Representative; The Estate of Remon Yohannes , ; Tesfai Haggmana , ; | **Defendant(s):** State of Arizona , ; City of Phoenix , ; Maricopa County , ; Paul Penzone , Former Maricopa County Sheriff (MSCO); Michael Sullivan , Phoenix Police Chief; Michael Villegas , Phoenix Police Officer; Lisa Struble , Director of Correctional Health Services (CHS); David Crutchfield , Medical Director of CHS; Pamela Conn , Phoenix Police Officer; Victor Gan , CHS Employee; Michael Chailland , CHS Employee; Lashon Arrington , CHS Employee; Michelle Martin , CHS Employee; Sira Hodge , CHS Employee; Christi Trevett , CHS Employee; Cynthia Wright , CHS Employee; Julie Stevens , CHS Employee; Robin Avalos , CHS Employee; Audaine Rintala , CHS Employee; Andrew Fairfield , CHS Employee; Miranda Sanders , MCSO Deputy; Brent Williams , MCSO Deputy; Jannis Mossman , MCSO Deputy; Bryant Ball , MCSO Deputy; Mark Guerra , Arizona Department of Corrections (ADOC); Yesenia Sambrano , ADOC; Allison Slaton , ADOC; Building Blocks Counseling, LLC d/b/a Axiom Care , ; Deanna Moore , Axiom Care Employee; Sarah Zavala , Axiom Care Employee; Kellee Zambrano , Axiom Care Employee; |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Sean A. Woods , Esq.**<br>Mills + Woods Law, PLLC<br>5055 North 12th Street, Ste 101<br>Phoenix, Arizona  85014<br>480-999-5169<br><br>**Robert T. Mills , Esq.**<br>Mills + Woods Law, PLLC<br>5055 North 12th Street, Ste 101<br>Phoenix, Arizona  85014<br>480-999-5169 | **Kim Chamberlain , Senior Deputy County Attorney**<br>Maricopa County Attorney's Office<br>225 W. Madison Street<br>Phoenix, Arizona  85003<br>602-506-3411<br><br>**Charles Trullinger , Senior Deputy County Attorney**<br>Maricopa County Attorney's Office<br>225 W. Madison Street<br>Phoenix, Arizona  85003<br>602-506-3411 |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2024-015008**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 3. Federal Question (U.S. not a party) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |

Defendant:- N/A

IV. Origin : 2. Removed From State Court

V. Nature of Suit: 550 Civil Rights

VI. Cause of Action: 42 U.S.C. 1983

VII. Requested in Complaint

Class Action: No

Dollar Demand:

Jury Demand: Yes

VIII. This case **is not related** to another case.

**Signature:** Kim Chamberlain

**Date:** 8/14/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.
Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014