# Exhibit B-1

Supplemental Cover Sheet

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |---|---|---|
   | Edmon Yohannes; Representative of The Estate of Remon Yohannes  Tesfai Haggmana | Plaintiff | Sean A. Woods  Robert T. Mills  Mills + Woods Law, PLLC  5055 North 12th Street, Ste 101  Phoenix, Arizona 85014  480-999-5169 |
   | Maricopa County Sheriff Paul Penzone/Russell Skinner  Maricopa County Sheriff Officer Brent Williams  Maricopa County Sheriff Officer Jannis Mossman  Maricopa County Sheriff Officer Bryant Ball  Maricopa County Sheriff Officer Miranda Sanders | Defendant | Kim Chamberlain  Charles Trullinger  Maricopa County Attorney Office  225 W. Madison Street  Phoenix, Arizona 85003  602-506-3411 |
   | State of Arizona  City of Phoenix  Correctional Health Services (CHS) and CHS Employees  City of Phoenix Police Department and Officers  Building Blocks Counseling/Axion Care and Employees | Defendant | See Attached Page |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
   If "Yes," by which party and on what date?
   Plaintiff                                                                                                06/11/2024

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ○   No ●
   If "Yes," by which party and on what date?

**4.	Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County Sheriff Paul Penzone | 7/16/24 | Private Service |
| City of Phoenix, Maricopa County, State of Arizona | 7/15/24 | Private Service |
| Building Blocks Counseling | 7/22/24 | Private Service |

**5.	Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| MCSO Brent William, Jannis Mossman, Byrant Ball, Miranda Sanders | Unknown |
| CHS Employees, Phoenix Officers, Building Blocks Counseling Employees | Unknown |
|  |  |

**6.	Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
|  |  |
|  |  |
|  |  |

**7.	Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Wrongful Death, Negligence/Gross Negligence, 42 U.S.C. 1983-Violations of Constitutional Rights |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Defendant:

Sean P. Healy
Jay Rademacher
LEWIS BRISBOIS BISGAARD & SMITH LLP
2929 N. Central Ave. #1700
Phoenix, AZ 85012
Attorneys for State of Arizona and ADOC

Jody Corbett
PHOENIX PROSECUTOR'S OFFICE
200 W. Washington Street
Phoenix, AZ 85003
Attorney for City of Phoenix

Christopher Berry
BERRY LAW GROUP, PPLC
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
Attorneys for Correctional Health Services

James Jellison
JELLISON & ROBENS, PLLC
18801 N. Thompson Peak Parkway, Ste D235
Scottsdale, AZ 85255
Attorney for Robin Avalos

Pari K. Scroggin
Grasso Law Firm
2250 East Germann Road, Ste 10
Chandler, AZ 85286
Attorneys for Building Blocks Counseling, LLC