IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Arizona, State of, et al.,<br><br>　　　　Defendants. | CASE NO:<br>CV–24–02087–PHX–ROS (CDB)<br><br>**NOTICE OF ASSIGNMENT** |

　　On August 14, 2024, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Roslyn O Silver and has been referred to Magistrate Judge Camille D Bibles (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

　　DATED this 14th day of August, 2024.

　　　　　　　　　　　　　　　　　　*s/Debra D. Lucas*
　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive & Clerk of Court

cc: Plaintiff