1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SEAN HEALY, SB #018393

2

Sean.Healy@lewisbrisbois.com

3

JAY RADEMACHER, SB #024823
Jay.Rademacher@lewisbrisbois.com

4

Phoenix Plaza Tower II

5

2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761

6

Telephone: 602.385.1040
Facsimile: 602.385.1051

7

8

*Attorneys for Defendants State of Arizona*

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

11

12

Edmon Yohannes, et al.,

13

Plaintiffs,

14

Arizona, State of, et al.,

15

Defendants.

16

17

18

Case No. 2:24-cv-02087-ROS--CDB

**DEFENDANT STATE OF ARIZONA'S JOINDER TO DEFENDANT PAUL PENZONE'S NOTICE OF REMOVAL**

19

PLEASE TAKE NOTICE that Defendant State of Arizona hereby consents to and

20

joins in Defendant Paul Penzone's Notice of Removal that removes the action to the United

21

States District Court in and for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441,

22

and 1446. As more fully set forth in the Notice of Removal, removal of the entire action is

23

proper, and this Court has jurisdiction over Plaintiffs' action pursuant to 28 U.S.C. §§ 1331,

24

1441, and 1446. The State joins in this removal with full reservation of its defenses to

25

Plaintiffs' claims for the reasons set forth in the Notice of Removal, and all papers filed in

26

support therefore.

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

144238462.1

1      RESPECTFULLY SUBMITTED this 16th day of August, 2024.

2                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4

5                          By:    _____
                                        /s/  Sean P. Healy

6                                  Sean P. Healy
                                   Jay Rademacher
7                                  Attorneys for State of Arizona

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003-1611
Law.civil.minute.entries@phoenix.gov
*Attorney for City of Phoenix*

Christopher Berry
**BERRY LAW GROUP, PPLC**
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
*Attorneys for Correctional Health Services*

James Jellison
**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway, Ste D235
Scottsdale, AZ 85255
jim@jrlawaz.com
*Attorney for Robin Avalos*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

144238462.1

3

Pari K. Scroggin
**GRASSO LAW FIRM**
2250 East Germann Road, Ste 10
Chandler, AZ 85286
pscroggin@grassolaw.com
*Attorneys for Building Blocks Counseling, LLC*

*/s/  Holly Bornhoft*

144238462.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW