OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney, Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
*Attorneys for City of Phoenix*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.<br><br>Plaintiffs,<br><br>Arizona, State of, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS--CDB<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CITY OF PHOENIX AND CONSENT TO DEFENDANT PAUL PENZONE'S NOTICE OF REMOVAL** |

NOTICE IS HEREBY GIVEN that Jody C. Corbett, Bar No. 019718, enters her appearance in this case as counsel for Defendant City of Phoenix (the "City"). Further, the City consents to Defendant Paul Penzone's Notice of Removal removing the action to the United States District Court in and for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. As more fully set forth in the Notice of Removal, removal of the entire action is proper, and this Court has jurisdiction over Plaintiffs' action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. The City joins in this removal with full reservation of its defenses to Plaintiffs' claims.

. . .

. . .

. . .

. . .

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

RESPECTFULLY SUBMITTED this 19th day of August, 2024.

JULIE M. KRIEGH, City Attorney

By:   s/ Jody C. Corbett
    Jody C. Corbett
    Assistant City Attorney
    *Attorneys for City of Phoenix*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants (or e-mail if they have not yet appeared):

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Christopher Berry
**BERRY LAW GROUP, PPLC**
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
*Attorneys for Correctional Health Services*

2

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1  James Jellison
2  **JELLISON & ROBENS, PLLC**
   18801 N. Thompson Peak Parkway, Ste D235
3  Scottsdale, AZ 85255
4  jim@jrlawaz.com
   *Attorney for Robin Avalos*
5
   Pari K. Scroggin
6  **GRASSO LAW FIRM**
   2250 East Germann Road, Ste 10
7  Chandler, AZ 85286
8  pscroggin@grassolaw.com
   *Attorneys for Building Blocks Counseling, LLC*
9
10  By:___s/ M. Elena Sandoval_____
        *2454570_1.docx*

3