**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorney Defendant Robin Avalos*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and Jane Doe Mossman, a married couple, Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe | Case No. 2:24-cv-02087-ROS (CDB)<br><br>**WAIVER OF SERVICE OF SUMMONS BY DEFENDANT ROBIN AVALOS** |

Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah, Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Deanna Moore and John Doe Moore, a married couple; Allison Slation and John Doe Slation, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; Sarah Zavala and John Doe Zavala, a married couple; Kellee Zambrano and John Doe Zambrano, a married couple; and John and Jane Does I – X;

Defendants.

To:  Sean Woods, Esq.

I have received your request to waive service of the summons and complaint and hereby confirm that I voluntarily accept a copy of both on behalf of my client, Defendant Robin Avalos.

I, and the party I represent, agree to save the expense of serving a summons and complaint in this case.

I waive formal service of process, and understand that by accepting these papers, it is the same as if Defendant Robin Avalos was personally served under Arizona Law.

I am aware that accepting service of these court papers and signing this document

does not in any way reduce my rights or obligations to file a written objection or come to court to object.

I understand that I, or the party I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of this action, but that we waive any objections to the absence of a summons or of service.

I also understand that I, or the party I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 30, 2024, the date when this request was drafted and signed.  The response date is currently calculated as October 29, 2024.

RESPECTFULLY SUBMITTED this 30th day of August, 2024.

JELLISON LAW OFFICES, PLLC

By: s/ *James M. Jellison*
James M. Jellison, Esq.
*Attorney for Defendant Robin Avalos*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 30, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain
Charles Trullinger
Maricopa County Attorney – Civil Services Division

225 West Madison Street
Phoenix, AZ 85003
Kim.chamberlain@mcao.maricopa.gov
Trullinc@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Jody C. Corbett
Office of the City Attorney
200 W. Washington Street, Suite 1300
Phoenix, AZ 85003-1611
Law.civil.minute.entries@phoenix.gov
*Attorney for City of Phoenix*

Pari K. Scroggin
Grasso Law Firm
2250 East Germann Road, Suite 10
Chandler, AZ 85286
pscroggin@grassolaw.com
*Attorney for Building Blocks Counseling, LLC*

Christopher J. Berry
Berry Law Group, PLLC
1850 N. Central Avenue, Suite 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
*Attorney for Maricopa County*

By: s/ *Valerie Hall*