OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney, Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
*Attorneys for City of Phoenix*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.<br><br>Plaintiffs,<br><br>Arizona, State of, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS--CDB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR SERVED DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The parties, through their respective undersigned counsel, stipulate and move for an extension of time for all served Defendants to respond to Plaintiffs' Complaint to September 19, 2024. Plaintiffs filed their Complaint in Maricopa County Superior Court on June 11, 2024. Prior to the Notice of Removal filed in this Court on August 14, 2024 (Doc. 1), counsel for some of the Defendants agreed with counsel for Plaintiffs to extensions of the deadline to respond to the Complaint of September 9, 2024, and September 19, 2024. On August 19, 2024, this Court entered an Order requiring Defendants to respond to the Complaint by September 3, 2024, or the time provided in Fed. R. Civ. P. 81(c)(2), whichever is later. (Doc. 4). To ensure sufficient time for all served parties to file their consents to removal as well as sufficient time to meet and confer regarding any arguments Defendants may have for dismissal pursuant to LRCiv 12.1(c), the parties have agreed to an extension to September 19, 2024, for all Defendants who have been served or who have waived service by that date

1

to respond to Plaintiffs' Complaint. Therefore, the parties respectfully move that the Court approve the requested extension proposed by the parties.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 29th day of August, 2024.

JULIE M. KRIEGH, City Attorney

By: s/ Jody C. Corbett
    Jody C. Corbett
    Assistant City Attorney
    *Attorneys for City of Phoenix*

MILLS + WOODS LAW, PLLC

By: s/ Sean A. Woods (with permission)
    Sean A. Woods
    Robert T. Mills
    *Attorneys for Plaintiffs*

MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION

By: s/ Kim Chamberlain (with permission)
    Kim Chamberlain
    Charles Trullinger
    *Attorneys for Paul Penzone*

BERRY LAW GROUP, PPLC

By: s/ Christopher Berry (with permission)
    Christopher Berry
    *Attorneys for Maricopa County*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: s/ Jay Rademacher (with permission)
    Sean Healy
    Jay Rademacher
    *Attorneys for State of Arizona*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

JELLISON & ROBENS, PLLC


By: s/ James Jellison (with permissions)
    James Jellison
    *Attorneys for Robin Avalos*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants (or e-mail if they have not yet appeared):

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Christopher Berry
**BERRY LAW GROUP, PPLC**
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
*Attorneys for Maricopa County*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1  Sean Healy
2  Jay Rademacher
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  Phoenix Plaza Tower II
   2929 North Central Avenue, Suite 1700
4  Phoenix, Arizona 85012-2761
5  Sean.Healy@lewisbrisbois.com
   Jay.Rademacher@lewisbrisbois.com
6  *Attorneys for State of Arizona*

7
   James Jellison
8  **JELLISON & ROBENS, PLLC**
   18801 N. Thompson Peak Parkway, Ste D235
9  Scottsdale, AZ 85255
10 jim@jrlawaz.com
   *Attorneys for Robin Avalos*
11

   Pari K. Scroggin
12 **GRASSO LAW FIRM**
   2250 East Germann Road, Ste 10
13 Chandler, AZ 85286
14 pscroggin@grassolaw.com
   *Attorneys for Building Blocks Counseling, LLC*
15

16 By:   s/ M. Elena Sandoval
        *2456476_1.docx*
17
18
19
20
21
22
23
24
25
26
27
28

4