1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al. | Case No. 2:24-cv-02087-ROS--CDB |
| Plaintiffs, | **ORDER** |
| Arizona, State of, et al., | |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19

The Court, having reviewed the parties' Stipulated Motion to Extend Deadline for Served Defendants to Respond to Plaintiffs' Complaint, and good cause appearing,

IT IS HEREBY ORDERED extending the deadline to respond to Plaintiffs' Complaint to September 19, 2024, for all Defendants who have been served or who have waived service by that date.

20
21
22
23
24
25
26
27
28

1