# GRASSO
## — LAW FIRM —

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
  Attorneys for Defendant Building Blocks
  Counseling, LLC d/b/a Axiom Care

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>                  Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al.,<br><br>                  Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT BUILDING BLOCKS COUNSELING, LLC d/b/a AXIOM CARE** |

     **NOTICE IS HEREBY GIVEN** that Robert Grasso, Jr. and Pari K. Scroggin of Grasso Law Firm, P.C., will appear in these proceedings as counsel for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care (collectively "Axiom"). All future pleadings and Court documents should be directed to undersigned counsel on behalf of Axiom. Undersigned counsels' mailing address and telephone number are:

GRASSO LAW FIRM, P.C.
2250 E. Germann Road, Suite 10
Chandler, Arizona 85286
Telephone (480) 739-1200

RESPECTFULLY SUBMITTED this 30th day of August, 2024.

**GRASSO LAW FIRM, P.C.**

By:     /s/ Pari K. Scroggin
        Robert Grasso, Jr.
        Pari K. Scroggin
        2250 East Germann Road, Suite 10
        Chandler, Arizona  85286
           Attorneys for Defendant Building Blocks
           Counseling, LLC d/b/a Axiom Care

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2024, I caused this document to be electronically transmitted to the Clerk's office, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
   Attorneys for Plaintiffs

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., #1700
Phoenix, Arizona 85012
sean.healy@lewisbrisbois.com
Jay.rademacher@lewisbrisbois.com
Attorneys for Defendants State of Arizona

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trulllinger
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendant Sheriff Paul Penzone

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003
Law.civil.minute.entries@phoenix.gov
Attorney for Defendant City of Phoenix

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
Attorneys for Defendant Correctional Health Services

James Jellison
**JELLISON LAW OFFICES, PLLC**
18801 N. Thompson Peak Parkway, Ste. D235
Scottsdale, Arizona 85255
jim@jrlawaz.com
Attorney for Defendant Robin Avalos

By:/s/ Donna Ross – dross@grassolawfirm.com