**GRASSO**
— LAW FIRM —

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
   Attorneys for Defendant Building Blocks
   Counseling, LLC d/b/a Axiom Care

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**DEFENDANT BUILDING BLOCKS COUNSELING, LLC d/b/a AXIOM CARE'S JOINDER** |

Defendant Building Blocks Counseling, LLC d/b/a Axiom Care ("Axiom Care"), through its counsel, hereby joins in the Stipulated Motion to Extend Deadline for Served Defendants to Respond to Plaintiffs' Complaint [Doc. 9] and further states it does not oppose and joins Defendant Paul Penzone's Notice of Removal [Doc. 1].

/ / /

1

RESPECTFULLY SUBMITTED this 30th day of August, 2024.

**GRASSO LAW FIRM, P.C.**

By: /s/ Pari K. Scroggin
Robert Grasso, Jr.
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
    Attorneys for Plaintiffs

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., #1700
Phoenix, Arizona 85012
sean.healy@lewisbrisbois.com
Jay.rademacher@lewisbrisbois.com
Attorneys for Defendants State of Arizona

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trulllinger
Deputy County Attorneys
**CIVIL SERVICES DIVISION**
225 W. Madison Street
Phoenix, Arizona 85003
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendant Sheriff Paul Penzone

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003
Law.civil.minute.entries@phoenix.gov
Attorney for Defendant City of Phoenix

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
Attorneys for Defendant Correctional Health Services

James Jellison
**JELLISON LAW OFFICES, PLLC**
18801 N. Thompson Peak Parkway, Ste. D235
Scottsdale, Arizona 85255
jim@jrlawaz.com
Attorney for Defendant Robin Avalos


By:/s/ Donna Ross – dross@grassolawfirm.com