# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>               Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>               Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED** that the stipulated motion at ECF No. 9 is **granted**. Accordingly, all Defendants served prior to removal shall have until **September 19, 2024**, to answer or otherwise respond to the Complaint.

Dated this 30th day of August, 2024.

_____
Camille D. Bibles
United States Magistrate Judge