**GRASSO**
— LAW FIRM —

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
    Attorneys for Defendant Building Blocks
    Counseling, LLC d/b/a Axiom Care

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>    Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**NOTICE IS GIVEN** that effective September 30, 2024, undersigned counsel's address will change to:

**GRASSO LAW FIRM, P.C.**
**3075 W. Ray Road, Suite 110**
**Chandler, Arizona 85226**

The telephone number will not change.

1

RESPECTFULLY SUBMITTED this 16th day of September, 2024.

**GRASSO LAW FIRM, P.C.**

By: /s/ Pari K. Scroggin
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
    Attorneys for Defendant Building Blocks
    Counseling, LLC d/b/a Axiom Care

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2024, I caused this document to be electronically transmitted to the Clerk's office, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
    Attorneys for Plaintiffs

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., #1700
Phoenix, Arizona 85012
sean.healy@lewisbrisbois.com
Jay.rademacher@lewisbrisbois.com
Attorneys for Defendants State of Arizona

2

1  Rachel H. Mitchell
   Maricopa County Attorney
2  Kim Chamberlain
   Charles Trulllinger
3  Deputy County Attorneys
4  **MARICOPA COUNTY ATTORNEY'S OFFICE**
   Civil Services Division
5  225 W. Madison Street
   Phoenix, Arizona 85003
6  Ca-civilmailbox@mcao.maricopa.gov
7  Attorneys for Defendant Sheriff Paul Penzone

8  Jody C. Corbett
9  **OFFICE OF THE CITY ATTORNEY**
   200 W. Washington, Suite 1300
10 Phoenix, Arizona 85003
   Law.civil.minute.entries@phoenix.gov
11 Attorney for Defendant City of Phoenix

12
   Christopher Berry
13 **BERRY LAW GROUP**
   1850 N. Central Ave., #1025
14 Phoenix, Arizona 85004
15 cberry@berrylawgroup.com
   Attorneys for Defendant Correctional Health Services
16

17 James Jellison
   **JELLISON LAW OFFICES, PLLC**
18 18801 N. Thompson Peak Parkway, Ste. D235
   Scottsdale, Arizona 85255
19 jim@jrlawaz.com
20 Attorney for Defendant Robin Avalos

21 By:/s/ Donna Ross – dross@grassolawfirm.com

22

23

24

25

26

3