1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SEAN HEALY, SB #018393
2  Sean.Healy@lewisbrisbois.com
3  JAY RADEMACHER, SB #024823
   Jay.Rademacher@lewisbrisbois.com
4  Phoenix Plaza Tower II
5  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
6  Telephone: 602.385.1040
   Facsimile: 602.385.1051
7

8  *Attorneys for Defendants State of Arizona and ADOC*
9

10              UNITED STATES DISTRICT COURT
11                  DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crustchfrield and Jane Doe Crustchfrield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; | Case No. 2:24-cv-02087-ROS--CBD<br><br>**DEFENDANT STATE OF ARIZONA AND PLAINTIFF'S MOTION TO EXTEND ANSWER OR RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

145897988.1

|   |   |
|---|---|
| 1  | Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Deanna Moore and John Doe Moore, a married couple; Allison Slaton and John Doe Slaton, married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; Sarah Zavala and John Doe Zavala, a married couple; Kellee Zambrano and John Doe Zambrano, a married couple; John and Jane Does I-X, |
| 2  | |
| 3  | |
| 4  | |
| 5  | |
| 6  | |
| 7  | |
| 8  | |
| 9  | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Defendants. |

Defendant State of Arizona ("State"), by and through undersigned counsel, and Plaintiff hereby respectfully requests that the Court issue an Order extending the Answer or Responsive Pleading deadline to September 27, 2024 for the State. The Parties have engaged in a meet and confer and are working to determine whether the State is a proper party to this lawsuit. This motion is not made for the purpose of delay but to allow some additional time to explore dismissal without further litigation.



145897988.1

2

RESPECTFULLY SUBMITTED this 18th day of September, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   */s/ Jay Rademacher*
Sean P. Healy
Jay Rademacher
*Attorneys for Defendants State of Arizona and ADOC*

145897988.1

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003-1611
Law.civil.minute.entries@phoenix.gov
*Attorney for City of Phoenix*

Christopher Berry
**BERRY LAW GROUP, PPLC**
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
*Attorneys for Correctional Health Services*

James Jellison
**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway, Ste D235
Scottsdale, AZ 85255
jim@jrlawaz.com
*Attorney for Robin Avalos*

Robert Grasso, Jr.
Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
rgrasso@grassolawfirm.com
pscroggin@grassolaw.com
*Attorneys for Building Blocks Counseling, LLC*

/s/  Mariana Lara

145897988.1    5