UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crustchfrield and Jane Doe Crustchfrield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; | Case No. 2:24-cv-02087-ROS--CBD<br><br>**ORDER EXTENDING ANSWER OR RESPONSIVE PLEADING FOR DEFENDANT STATE OF ARIZONA** |

145898086.1

| | |
|---|---|
| Andrew Fairfield and Jane Doe Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Deanna Moore and John Doe Moore, a married couple; Allison Slaton and John Doe Slaton, married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; Sarah Zavala and John Doe Zavala, a married couple; Kellee Zambrano and John Doe Zambrano, a married couple; John and Jane Does I-X,<br><br>           Defendants. | |

Pursuant to Defendant State of Arizona and Plaintiff's Motion to Extend Answer or Responsive Pleading Deadline (Second Request) and good cause appearing therefore,

IT IS HEREBY ORDERED extending the deadline to September 27, 2024.

DATED _____          _____
                                                                              The Honorable Camille D. Bibles
                                                                              United States Magistrate Judge

145898086.1                                2