OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney, Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
*Attorneys for City of Phoenix*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al. <br><br> Plaintiffs, <br><br> Arizona, State of, et al., <br><br> Defendants. | Case No. 2:24-cv-02087-ROS--CDB <br><br> **SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR CITY OF PHOENIX DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs and Defendant City of Phoenix, through their respective undersigned counsel, stipulate and move for a two-week extension of time for Defendant City of Phoenix to respond to Plaintiffs' Complaint to October 3, 2024. This extension is necessary because Plaintiffs and Defendant City of Phoenix are in the process of a meet and confer regarding whether some of Plaintiffs' claims will be dismissed as to the City and City of Phoenix Police Officer Michael Villegas and whether Plaintiffs intend to move forward with claims against Chief Michael Sullivan. To ensure sufficient time for undersigned counsel for the City to determine whether Officer Villegas and, if necessary, Chief Sullivan, will waive service of process, and for Plaintiffs and these Defendants to meet and confer on the possibility of dismissal of some claims/parties, Plaintiffs and the City have agreed to an extension to October 3, 2024, for the City, Officer Villegas, and Chief Sullivan (if he remains in the case)

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

to respond to Plaintiffs' Complaint. Therefore, the parties respectfully move that the Court approve the requested proposed extension parties.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 18th day of September, 2024.

                JULIE M. KRIEGH, City Attorney

                By:  s/ Jody C. Corbett
                    Jody C. Corbett
                    Assistant City Attorney
                    *Attorneys for City of Phoenix*

                MILLS + WOODS LAW, PLLC

                By:  s/ Sean A. Woods (with permission)
                    Sean A. Woods
                    Robert T. Mills
                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants (or e-mail if they have not yet appeared):

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Christopher Berry
**BERRY LAW GROUP, PPLC**
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
*Attorneys for Maricopa County*

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Sean.Healy@lewisbrisbois.com
Jay.Rademacher@lewisbrisbois.com
*Attorneys for State of Arizona*

James Jellison
**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway, Ste D235
Scottsdale, AZ 85255
jim@jrlawaz.com
*Attorneys for Robin Avalos*

Pari K. Scroggin
**GRASSO LAW FIRM**
2250 East Germann Road, Ste 10
Chandler, AZ 85286
pscroggin@grassolaw.com
*Attorneys for Building Blocks Counseling, LLC*

By: _s/ Jody C. Corbett_
*2459729_1.docx*

3