# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** the stipulated motion at ECF No. 16 is **granted**. Accordingly, the City of Phoenix shall have until **October 3, 2024**, to answer or otherwise respond to the Complaint.

Dated this 19th day of September, 2024.

_____
Camille D. Bibles
United States Magistrate Judge