# GRASSO
## —LAW FIRM—

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
  Attorneys for Defendant Building Blocks
  Counseling, LLC d/b/a Axiom Care, Sara
  Zavala, Deanna Moore and Kellee Zambrano

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana, | Case No. 2:24-cv-02087-ROS-CDB |
| Plaintiffs, | **DEFENDANT BUILDING BLOCKS COUNSELING, LLC dba AXIOM CARE'S SEPARATE ANSWER TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | |
| State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al., | |
| Defendants. | |

Defendant Building Blocks Counseling, LLC dba Axiom Care ("Defendant Axiom"), by and through undersigned counsel, and answering Plaintiffs' Complaint admits, denies and alleges as follows:

## INTRODUCTION

Defendant Axiom objects to the allegations contained in the Introduction paragraph of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a

1

responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in the Introduction paragraph of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

## JURISDICTIONAL ALLEGATIONS

1.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 1 of Plaintiffs' Complaint. To the extent any of the allegations set forth in Paragraph 1 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

2.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 2 of Plaintiffs' Complaint and therefore denies those allegations.

3.     Because the allegations set forth in Paragraph 3 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

4.     Answering Paragraph 4 of Plaintiffs' Complaint, Defendant Axiom admits only  that jurisdiction is proper in this court. As to the remaining allegations contained in Paragraph 4, Defendant Axiom denies them.

5.     Answering Paragraph 5 of Plaintiffs' Complaint, Defendant Axiom admits only  that venue is proper in this court. As to the remaining allegations contained in Paragraph 5, Defendant Axiom denies them.

## PARTIES

6.     Answering Paragraph 6 of Plaintiffs' Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

7.      Answering Paragraph 7 of Plaintiffs' Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

8.      Answering Paragraph 8 of Plaintiffs' Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

9.      Answering Paragraph 9 of Plaintiffs' Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

10.      Because the allegations set forth in Paragraph 10 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 10 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

11.      Because the allegations set forth in Paragraph 11 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 11 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

12.      Because the allegations set forth in Paragraph 12 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 12 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

13.      Because the allegations set forth in Paragraph 13 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 13 of Plaintiffs' Complaint are intended to allege

any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

14.     Because the allegations set forth in Paragraph 14 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 14 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

15.     Because the allegations set forth in Paragraph 15 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 15 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

16.     Because the allegations set forth in Paragraph 16 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 16 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

17.     Because the allegations set forth in Paragraph 17 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 17 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

18.     Because the allegations set forth in Paragraph 18 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 18 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

19.     Because the allegations set forth in Paragraph 19 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 19 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

20.     Because the allegations set forth in Paragraph 20 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 20 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

21.     Because the allegations set forth in Paragraph 21 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 21 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

22.     Because the allegations set forth in Paragraph 22 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 22 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

23.     Because the allegations set forth in Paragraph 23 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 23 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

24.     Because the allegations set forth in Paragraph 24 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 24 of Plaintiffs' Complaint are intended to allege

any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

25.     Because the allegations set forth in Paragraph 25 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 25 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

26.     Because the allegations set forth in Paragraph 26 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 26 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

27.     Because the allegations set forth in Paragraph 27 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 27 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

28.     Because the allegations set forth in Paragraph 28 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 28 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

29.     Because the allegations set forth in Paragraph 29 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 29 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

30.     Because the allegations set forth in Paragraph 30 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 30 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

31.     Because the allegations set forth in Paragraph 31 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 31 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

32.     Because the allegations set forth in Paragraph 32 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 32 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

33.     Because the allegations set forth in Paragraph 33 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 33 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

34.     Because the allegations set forth in Paragraph 34 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 34 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

35.     Because the allegations set forth in Paragraph 35 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 35 of Plaintiffs' Complaint are intended to allege

any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

36.     Because the allegations set forth in Paragraph 36 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 36 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

37.     Because the allegations set forth in Paragraph 37 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 37 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

38.     Because the allegations set forth in Paragraph 38 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 38 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

39.     Because the allegations set forth in Paragraph 39 of Plaintiffs' Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 39 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

40.     Because the allegations set forth in Paragraph 40 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 40 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

41.     Answering Paragraph 41 of Plaintiffs' Complaint, Defendant Axiom admits the allegations contained therein.

42.     Answering Paragraph 42 of Plaintiffs' Complaint, Defendant Axiom admits only that Defendant Moore was employed by Axiom. To the extent any of the allegations set forth in Paragraph 42 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

43.     Answering Paragraph 43 of Plaintiffs' Complaint, Defendant Axiom admits only that Defendant Zavala was employed by Axiom. To the extent any of the allegations set forth in Paragraph 43 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

44.     Answering Paragraph 44 of Plaintiffs' Complaint, Defendant Axiom admits only that Defendant Zambrano was employed by Axiom. To the extent any of the allegations set forth in Paragraph 44 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

45.     Defendant Axiom objects to the allegations contained in Paragraph 45 of Plaintiffs' Complaint insofar as they constitute nomenclature not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 45 Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

46.     Because the allegations set forth in Paragraph 46 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 46 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

47.     Because the allegations set forth in Paragraph 47 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 47 of Plaintiffs' Complaint are intended to allege

any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

48.     Because the allegations set forth in Paragraph 48 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 48 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

49.     Because the allegations set forth in Paragraph 49 of Plaintiffs' Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 49 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

50.     The allegations contained in Paragraph 50 of Plaintiffs' Complaint are directed to other "Doe" parties, Defendant Axiom neither admits nor denies those allegations. To the extent any of the allegations set forth in Paragraph 50 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

51.     Defendant Axiom objects to the allegations contained in Paragraph 51 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 51 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

52.     Defendant Axiom objects to the allegations contained in Paragraph 52 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 52 of Plaintiffs'

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

53. To the extent that the allegations contained in Paragraph 53 of Plaintiffs' Complaint are directed towards Defendant Axiom, Defendant Axiom denies the allegations contained in Paragraph 53 of Plaintiffs' Complaint.

54. To the extent that the allegations contained in Paragraph 54 of Plaintiffs' Complaint are directed towards Defendant Axiom, Defendant Axiom denies the allegations contained in Paragraph 54 of Plaintiffs' Complaint.

## **BACKGROUND**

55. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 55 of Plaintiffs' Complaint, nor does Paragraph 55 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 55 are directed toward Defendant Axiom, they are denied.

56. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 56 of Plaintiffs' Complaint, nor does Paragraph 56 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 56 are directed toward Defendant Axiom, they are denied.

57. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 57 of Plaintiffs' Complaint, nor does Paragraph 57 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 57 are directed toward Defendant Axiom, they are denied.

58. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 58 of Plaintiffs' Complaint, nor does Paragraph 58 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to

the extent that any of the statements in Paragraph 58 are directed toward Defendant Axiom, they are denied.

59. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 59 of Plaintiffs' Complaint, nor does Paragraph 59 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 59 are directed toward Defendant Axiom, they are denied.

60. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 60 of Plaintiffs' Complaint, nor does Paragraph 60 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 60 are directed toward Defendant Axiom, they are denied.

61. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 61 of Plaintiffs' Complaint, nor does Paragraph 61 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 61 are directed toward Defendant Axiom, they are denied.

62. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 62 of Plaintiffs' Complaint, nor does Paragraph 62 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 62 are directed toward Defendant Axiom, they are denied.

63. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 63 of Plaintiffs' Complaint, nor does Paragraph 63 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 63 are directed toward Defendant Axiom, they are denied.

64.     Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 64 of Plaintiffs' Complaint, nor does Paragraph 64 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 64 are directed toward Defendant Axiom, they are denied.

65.     Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 65 of Plaintiffs' Complaint, nor does Paragraph 65 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 65 are directed toward Defendant Axiom, they are denied.

66.     Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 66 of Plaintiffs' Complaint, nor does Paragraph 66 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 66 are directed toward Defendant Axiom, they are denied.

67.     Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 67 of Plaintiffs' Complaint, nor does Paragraph 67 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 67 are directed toward Defendant Axiom, they are denied.

68.     Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 68 of Plaintiffs' Complaint, nor does Paragraph 68 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 68 are directed toward Defendant Axiom, they are denied.

69.     Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 69 of Plaintiffs' Complaint, nor does Paragraph 69 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to

the extent that any of the statements in Paragraph 69 are directed toward Defendant Axiom, they are denied.

70. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 70 of Plaintiffs' Complaint, nor does Paragraph 70 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 70 are directed toward Defendant Axiom, they are denied.

71. Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 71 of Plaintiffs' Complaint, nor does Paragraph 71 of Plaintiffs' Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 71 are directed toward Defendant Axiom, they are denied.

72. The statement contained in Paragraph 72 of Plaintiffs' Complaint does not appear to contain allegations against Defendant Axiom. However, to the extent that the statement in Paragraph 72 is directed toward any wrongdoing by Defendant Axiom, it is denied.

73. The statements contained in Paragraph 73 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 73 are directed toward Defendant Axiom, they are denied.

74. The statements contained in Paragraph 74 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom and Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 74 of Plaintiffs' Complaint. However, to the extent that any of the statements in Paragraph 74 are directed toward any wrongdoing by Defendant Axiom, they are denied.

75. The allegations contained in Paragraph 75 of Plaintiffs' Complaint are denied.

76. The allegations contained in Paragraph 76 of Plaintiffs' Complaint are denied.

77.     The allegations contained in Paragraph 77 of Plaintiffs' Complaint are denied.

78.     The allegations contained in Paragraph 78 of Plaintiffs' Complaint are denied.

79.     The allegations contained in Paragraph 79 of Plaintiffs' Complaint are denied.

80.     The statements contained in Paragraph 80 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 80 are directed toward Defendant Axiom, they are denied.

81.     The statements contained in Paragraph 81 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 81 are directed toward Defendant Axiom, they are denied.

82.     The statements contained in Paragraph 82 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 82 are directed toward Defendant Axiom, they are denied.

83.     The statements contained in Paragraph 83 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 83 are directed toward Defendant Axiom, they are denied.

84.     The statements contained in Paragraph 84 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 84 are directed toward Defendant Axiom, they are denied.

85.     The statements contained in Paragraph 85 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 85 are directed toward Defendant Axiom, they are denied.

86.     Answering Paragraph 86 of Plaintiffs' Complaint, Defendant Axiom admits only that Remon Yohannes was administratively discharged from Defendant Axiom on the date alleged. To the extent that any of the remaining statements contained in Paragraph 86 are directed toward any wrongdoing by Defendant Axiom, they are denied.

87. Answering Paragraph 87 of Plaintiffs' Complaint, Defendant Axiom admits only that Remon Yohannes appeared (on his own) to its facility on the date alleged. To the extent that any remaining statements contained in Paragraph 87 of Plaintiffs' Complaint are allegations directed toward Defendant Axiom, they are denied.

88. The statements contained in Paragraph 88 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 88 are allegations directed toward Defendant Axiom, they are denied.

89. Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 89 of Plaintiffs' Complaint. To the extent any of the statements set forth in Paragraph 89 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

90. Defendant Axiom denies Paragraph 90 of Plaintiffs' Complaint.

91. Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 91 of Plaintiffs' Complaint. To the extent any of the statements set forth in Paragraph 91 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

92. Defendant Axiom denies the allegations contained in Paragraph 92 of Plaintiffs' Complaint.

93. Defendant Axiom denies the allegations contained in Paragraph 93 of Plaintiffs' Complaint.

94. Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 94 of Plaintiffs' Complaint. To the extent any of the statements set forth in Paragraph 94 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

95. Defendant Axiom denies the allegations in Paragraph 95 of Plaintiffs' Complaint.

96. The statements contained in Paragraph 96 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 96 are directed toward Defendant Axiom, they are denied.

97. The statements contained in Paragraph 97 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 97 are directed toward Defendant Axiom, they are denied.

98. The statements contained in Paragraph 98 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 98 are directed toward Defendant Axiom, they are denied.

99. The statements contained in Paragraph 99 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 99 are directed toward Defendant Axiom, they are denied.

100. Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 100 of Plaintiffs' Complaint. To the extent any of the statements set forth in Paragraph 100 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

101. The statements contained in Paragraph 101 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 101 are directed toward Defendant Axiom, they are denied.

102. The statements contained in Paragraph 102 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 102 are directed toward Defendant Axiom, they are denied.

103. The statements contained in Paragraph 103 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 103 are directed toward Defendant Axiom, they are denied.

104. The statements contained in Paragraph 104 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 104 are directed toward Defendant Axiom, they are denied.

105.    The statements contained in Paragraph 105 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 105 are directed toward Defendant Axiom, they are denied.

106.    The statements contained in Paragraph 106 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 106 are directed toward Defendant Axiom, they are denied.

107.    The statements contained in Paragraph 107 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom and are taken out of context. However, to the extent that any of the statements in Paragraph 107 are directed toward Defendant Axiom, they are denied.

108.    The statements contained in Paragraph 108 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 108 are directed toward Defendant Axiom, they are denied.

109.    Defendant Axiom denies Paragraph 109 of Plaintiffs' Complaint.

110.    The statements contained in Paragraph 110 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 110 are directed toward Defendant Axiom, they are denied.

111.    The statements contained in Paragraph 111 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 111 are directed toward Defendant Axiom, they are denied.

112.    The statements contained in Paragraph 112 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 112 are directed toward Defendant Axiom, they are denied.

113.    The statements contained in Paragraph 113 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 113 are directed toward Defendant Axiom, they are denied.

114.    The statements contained in Paragraph 114 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 114 are directed toward Defendant Axiom, they are denied.

115.    The statements contained in Paragraph 115 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 115 are directed toward Defendant Axiom, they are denied.

116.    The statements contained in Paragraph 116 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 116 are directed toward Defendant Axiom, they are denied.

117.    The statements contained in Paragraph 117 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 117 are directed toward Defendant Axiom, they are denied.

118.    The statements contained in Paragraph 118 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 118 are directed toward Defendant Axiom, they are denied.

119.    The statements contained in Paragraph 119 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 119 are directed toward Defendant Axiom, they are denied.

120.    The statements contained in Paragraph 120 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 120 are directed toward Defendant Axiom, they are denied.

121.    The statements contained in Paragraph 121 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 121 are directed toward Defendant Axiom, they are denied.

122.   The statements contained in Paragraph 122 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 122 are directed toward Defendant Axiom, they are denied.

123.   The statements contained in Paragraph 123 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 123 are directed toward Defendant Axiom, they are denied.

124.   The statements contained in Paragraph 124 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 124 are directed toward Defendant Axiom, they are denied.

125.   The statements contained in Paragraph 125 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 125 are directed toward Defendant Axiom, they are denied.

126.   The statements contained in Paragraph 126 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 126 are directed toward Defendant Axiom, they are denied.

**FACTUAL ALLEGATIONS**

127.   Because the allegations set forth in Paragraph 127 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

128.   Because the allegations set forth in Paragraph 128 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

129.   Because the allegations set forth in Paragraph 129 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

130.    Because the allegations set forth in Paragraph 130 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

131.    Because the allegations set forth in Paragraph 131 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

132.    Because the allegations set forth in Paragraph 132 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

133.    Because the allegations set forth in Paragraph 133 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

134.    Because the allegations set forth in Paragraph 134 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

135.    Because the allegations set forth in Paragraph 135 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

136.    Because the allegations set forth in Paragraph 136 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

137.    Because the allegations set forth in Paragraph 137 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

138.   Because the allegations set forth in Paragraph 138 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

139.   Because the allegations set forth in Paragraph 139 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

140.   Because the allegations set forth in Paragraph 140 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

141.   Because the allegations set forth in Paragraph 141 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

142.   Because the allegations set forth in Paragraph 142 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

143.   Because the allegations set forth in Paragraph 143 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

144.   Because the allegations set forth in Paragraph 144 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

145.   Because the allegations set forth in Paragraph 145 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor  denies the allegations.

1    146.    Because the allegations set forth in Paragraph 146 of Plaintiffs' Complaint
2    are directed to other parties and because Defendant Axiom is without sufficient
3    information, Defendant Axiom neither admits nor denies the allegations.

4    147.    Because the allegations set forth in Paragraph 147 of Plaintiffs' Complaint
5    are directed to other parties and because Defendant Axiom is without sufficient
6    information, Defendant Axiom neither admits nor denies the allegations.

7    148.    Because the allegations set forth in Paragraph 148 of Plaintiffs' Complaint
8    are directed to other parties, Defendant Axiom neither admits nor  denies the  allegations.

9    149.    Because the allegations set forth in Paragraph 149 of Plaintiffs' Complaint
10   are directed to other parties and because Defendant Axiom is without sufficient
11   information, Defendant Axiom neither admits nor denies the allegations.

12   150.    Because the allegations set forth in Paragraph 150 of Plaintiffs' Complaint
13   are directed to other parties and because Defendant Axiom is without sufficient
14   information, Defendant Axiom neither admits nor denies the allegations.

15   151.    Because the allegations set forth in Paragraph 151 of Plaintiffs' Complaint
16   are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

17   152.    Because the allegations set forth in Paragraph 152 of Plaintiffs' Complaint
18   are directed to other parties and because Defendant Axiom is without sufficient
19   information, Defendant Axiom neither admits nor denies the allegations.

20   153.    Because the allegations set forth in Paragraph 153 of Plaintiffs' Complaint
21   are directed to other parties and because Defendant Axiom is without sufficient
22   information, Defendant Axiom neither admits nor denies the allegations.

23   154.    Because the allegations set forth in Paragraph 154 of Plaintiffs' Complaint
24   are directed to other parties and because Defendant Axiom is without sufficient
25   information, Defendant Axiom neither admits nor denies the allegations.

26

155.   Because the allegations set forth in Paragraph 155 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

156.   Because the allegations set forth in Paragraph 156 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

157.   Because the allegations set forth in Paragraph 157 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

158.   Because the allegations set forth in Paragraph 158 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

159.   Because the allegations set forth in Paragraph 159 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

160.   Because the allegations set forth in Paragraph 160 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

161.   Because the allegations set forth in Paragraph 161 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

162.   Because the allegations set forth in Paragraph 162 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

163.   Because the allegations set forth in Paragraph 163 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

164.   Because the allegations set forth in Paragraph 164 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

165.   Because the allegations set forth in Paragraph 165 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

166.   Because the allegations set forth in Paragraph 166 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

167.   Because the allegations set forth in Paragraph 167 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

168.   Because the allegations set forth in Paragraph 168 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

169.   Because the allegations set forth in Paragraph 169 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

170.   Because the allegations set forth in Paragraph 170 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

171.   Because the allegations set forth in Paragraph 171 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

172.   Because the allegations set forth in Paragraph 172 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

173.   Because the allegations set forth in Paragraph 173 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

174.   Because the allegations set forth in Paragraph 174 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

175.   Because the allegations set forth in Paragraph 175 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

176.   Because the allegations set forth in Paragraph 176 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

177.   Because the allegations set forth in Paragraph 177 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

178.   Because the allegations set forth in Paragraph 178 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

179.   Because the allegations set forth in Paragraph 179 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

180.   Because the allegations set forth in Paragraph 180 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

181.   Because the allegations set forth in Paragraph 181 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

182.   Because the allegations set forth in Paragraph 182 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

183. Because the allegations set forth in Paragraph 183 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

184. Because the allegations set forth in Paragraph 184 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

185. Because the allegations set forth in Paragraph 185 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

186. Because the allegations set forth in Paragraph 186 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

187. Because the allegations set forth in Paragraph 187 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

188. Because the allegations set forth in Paragraph 188 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

189. Because the allegations set forth in Paragraph 189 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

190. Because the allegations set forth in Paragraph 190 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

191.    Because the allegations set forth in Paragraph 191 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

192.    Because the allegations set forth in Paragraph 192 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

193.    Because the allegations set forth in Paragraph 193 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

194.    Because the allegations set forth in Paragraph 194 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

195.    Because the allegations set forth in Paragraph 195 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the  allegations.

196.    Because the allegations set forth in Paragraph 196 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

197.    Because the allegations set forth in Paragraph 197 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

198.    Because the allegations set forth in Paragraph 198 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

199.    Because the allegations set forth in Paragraph 199 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

200. Because the allegations set forth in Paragraph 200 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

201. Because the allegations set forth in Paragraph 201 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

202. Because the allegations set forth in Paragraph 202 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

203. Because the allegations set forth in Paragraph 203 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

204. Because the allegations set forth in Paragraph 204 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

205. Because the allegations set forth in Paragraph 205 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

206. Because the allegations set forth in Paragraph 206 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

207. Because the allegations set forth in Paragraph 207 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

208.    Because the allegations set forth in Paragraph 208 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

209.    Because the allegations set forth in Paragraph 209 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

210.    Because the allegations set forth in Paragraph 210 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

211.    Because the allegations set forth in Paragraph 211 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

212.    Because the allegations set forth in Paragraph 212 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the  allegations.

213.    Because the allegations set forth in Paragraph 213 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

214.    Because the allegations set forth in Paragraph 214 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

215.    Because the allegations set forth in Paragraph 215 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

216.    Because the allegations set forth in Paragraph 216 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

217.    Because the allegations set forth in Paragraph 217 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

218.    Because the allegations set forth in Paragraph 218 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

219.    Because the allegations set forth in Paragraph 219 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

220.    Because the allegations set forth in Paragraph 220 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

221.    Because the allegations set forth in Paragraph 221 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

222.    Because the allegations set forth in Paragraph 222 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

223.    Because the allegations set forth in Paragraph 223 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

224.    Because the allegations set forth in Paragraph 224 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

225.   Because the allegations set forth in Paragraph 225 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

226.   Because the allegations set forth in Paragraph 226 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

227.   Because the allegations set forth in Paragraph 227 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

228.   Because the allegations set forth in Paragraph 228 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

229.   Because the allegations set forth in Paragraph 229 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

230.   Because the allegations set forth in Paragraph 230 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

231.   Because the allegations set forth in Paragraph 231 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

232.   Because the allegations set forth in Paragraph 232 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

233.   Because the allegations set forth in Paragraph 233 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

234.   Because the allegations set forth in Paragraph 234 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

235.   Because the allegations set forth in Paragraph 235 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

236.   Because the allegations set forth in Paragraph 236 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

237.   Because the allegations set forth in Paragraph 237 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

238.   Because the allegations set forth in Paragraph 238 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

239.   Because the allegations set forth in Paragraph 239 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

240.   Because the allegations set forth in Paragraph 240 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

241.   Because the allegations set forth in Paragraph 241 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

242.    Because the allegations set forth in Paragraph 242 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

243.    Because the allegations set forth in Paragraph 243 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

244.    Because the allegations set forth in Paragraph 244 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

245.    Because the allegations set forth in Paragraph 245 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

246.    Because the allegations set forth in Paragraph 246 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor denies the  allegations.

247.    Because the allegations set forth in Paragraph 247 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

248.    Because the allegations set forth in Paragraph 248 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

249.    Because the allegations set forth in Paragraph 249 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

250.    Because the allegations set forth in Paragraph 250 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

251.   Because the allegations set forth in Paragraph 251 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

252.   Because the allegations set forth in Paragraph 252 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

253.   Because the allegations set forth in Paragraph 253 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

254.   Because the allegations set forth in Paragraph 254 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

255.   Because the allegations set forth in Paragraph 255 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

256.   Because the allegations set forth in Paragraph 256 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

257.   Because the allegations set forth in Paragraph 257 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

258.   Because the allegations set forth in Paragraph 258 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

259.   Because the allegations set forth in Paragraph 259 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

260.   Because the allegations set forth in Paragraph 260 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

261.   Because the allegations set forth in Paragraph 261 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

262.   Because the allegations set forth in Paragraph 262 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

263.   Because the allegations set forth in Paragraph 263 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

264.   Because the allegations set forth in Paragraph 264 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

265.   Because the allegations set forth in Paragraph 265 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

266.   Because the allegations set forth in Paragraph 266 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

267.   Because the allegations set forth in Paragraph 267 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

268.   Because the allegations set forth in Paragraph 268 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

269.   Because the allegations set forth in Paragraph 269 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

270.   Because the allegations set forth in Paragraph 270 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

271.   Because the allegations set forth in Paragraph 271 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

272.   Because the allegations set forth in Paragraph 272 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

273.   Because the allegations set forth in Paragraph 273 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

274.   Because the allegations set forth in Paragraph 274 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

275.    Because the allegations set forth in Paragraph 275 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

276.    Because the allegations set forth in Paragraph 276 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

277.    Because the allegations set forth in Paragraph 277 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

278.    Because the allegations set forth in Paragraph 278 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

279.    Because the allegations set forth in Paragraph 279 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

280.    Because the allegations set forth in Paragraph 280 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

281.    Because the allegations set forth in Paragraph 281 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

282.    Because the allegations set forth in Paragraph 282 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

283.   Because the allegations set forth in Paragraph 283 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

284.   Because the allegations set forth in Paragraph 284 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

285.   Because the allegations set forth in Paragraph 285 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

286.   Because the allegations set forth in Paragraph 286 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

287.   Because the allegations set forth in Paragraph 287 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

288.   Because the allegations set forth in Paragraph 288 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

289.   Because the allegations set forth in Paragraph 289 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

290.   Because the allegations set forth in Paragraph 290 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

291.   Because the allegations set forth in Paragraph 291 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

292.   Because the allegations set forth in Paragraph 292 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

293.   Because the allegations set forth in Paragraph 293 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

294.   Because the allegations set forth in Paragraph 294 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

295.   Because the allegations set forth in Paragraph 295 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

296.   Because the allegations set forth in Paragraph 296 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

297.   Because the allegations set forth in Paragraph 297 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

298.   Because the allegations set forth in Paragraph 298 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

299.   Because the allegations set forth in Paragraph 299 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

300.   Because the allegations set forth in Paragraph 300 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

301.   Because the allegations set forth in Paragraph 301 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

302.   Because the allegations set forth in Paragraph 302 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

303.   Because the allegations set forth in Paragraph 303 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

304.   Because the allegations set forth in Paragraph 304 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

305.   Because the allegations set forth in Paragraph 305 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

306.   Because the allegations set forth in Paragraph 306 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

307.   Because the allegations set forth in Paragraph 307 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

308.   Because the allegations set forth in Paragraph 308 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

309.   Because the allegations set forth in Paragraph 309 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

310.   Because the allegations set forth in Paragraph 310 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

311.   Because the allegations set forth in Paragraph 311 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

312.   Because the allegations set forth in Paragraph 312 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

313.   Because the allegations set forth in Paragraph 313 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

314.   Because the allegations set forth in Paragraph 314 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

315.   Because the allegations set forth in Paragraph 315 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

316.   Because the allegations set forth in Paragraph 316 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

317.   Because the allegations set forth in Paragraph 317 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

318.   Because the allegations set forth in Paragraph 318 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

319.   Because the allegations set forth in Paragraph 319 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

320.   Because the allegations set forth in Paragraph 320 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

321.   Defendant Axiom denies the allegations contained in Paragraph 321 of Plaintiffs' Complaint.

322.   To the extent the allegations contained in Paragraph 322 are directed toward Defendant Axiom, they are denied.

## **SUPERVISOR LIABILITY**

323.   Because the allegations set forth in Paragraph 323 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

1    324.   Because the allegations set forth in Paragraph 324 of Plaintiffs' Complaint

2    are directed to other parties and because Defendant Axiom is without sufficient

3    information, Defendant Axiom neither admits nor denies the  allegations.

4    325.   Answering Paragraph 325 of Plaintiffs' Complaint, Defendant Axiom admits

5    the allegations contained therein.

6    326.   Because the allegations set forth in Paragraph 326 of Plaintiffs' Complaint

7    are directed to other parties and because Defendant Axiom is without sufficient

8    information, Defendant Axiom neither admits nor denies the  allegations.

9    327.   Because the allegations set forth in Paragraph 327 of Plaintiffs' Complaint

10   are directed to other parties and because Defendant Axiom is without sufficient

11   information, Defendant Axiom neither admits nor denies the  allegations.

12   328.   Because the allegations set forth in Paragraph 328 of Plaintiffs' Complaint

13   are directed to other parties and because Defendant Axiom is without sufficient

14   information, Defendant Axiom neither admits nor denies the  allegations.

15   329.   Because the allegations set forth in Paragraph 329 of Plaintiffs' Complaint

16   are directed to other parties and because Defendant Axiom is without sufficient

17   information, Defendant Axiom neither admits nor denies the  allegations.

18   330.   Because the allegations set forth in Paragraph 330 of Plaintiffs' Complaint

19   are directed to other parties and because Defendant Axiom is without sufficient

20   information, Defendant Axiom neither admits nor denies the  allegations.

21   331.   Because the allegations set forth in Paragraph 331 of Plaintiffs' Complaint

22   are directed to other parties and because Defendant Axiom is without sufficient

23   information, Defendant Axiom neither admits nor denies the  allegations.

24   332.   Because the allegations set forth in Paragraph 332 of Plaintiffs' Complaint

25   are directed to other parties and because Defendant Axiom is without sufficient

26   information, Defendant Axiom neither admits nor denies the  allegations.

333.   Because the allegations set forth in Paragraph 333 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

334.   Because the allegations set forth in Paragraph 334 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

335.   Because the allegations set forth in Paragraph 335 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

336.   Because the allegations set forth in Paragraph 336 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

337.   Because the allegations set forth in Paragraph 337 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

338.   Because the allegations set forth in Paragraph 338 of Plaintiffs' Complaint are directed to other parties, Defendant Axiom neither admits nor  denies the  allegations.

339.   Because the allegations set forth in Paragraph 339 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

340.   Because the allegations set forth in Paragraph 340 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

341.   Because the allegations set forth in Paragraph 341 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

342.    Because the allegations set forth in Paragraph 342 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

343.    Because the allegations set forth in Paragraph 343 of Plaintiffs' Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

## COUNT I
### Wrongful Death and Survival Action
### Pursuant to A.R.S. § 12-611, *et seq. and A.R.S. § 14-3110*

*(All Defendant)*

344.    Because Paragraph 344 of Plaintiffs' Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-343 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 344 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

345.    Defendant Axiom objects to the allegations contained in Paragraph 345 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 345 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

346.    Defendant Axiom objects to the allegations contained in Paragraph 346 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 346 of Plaintiffs'

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

347.   Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 347 of Plaintiffs' Complaint and therefore denies those allegations.

348.   Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 348 of Plaintiffs' Complaint and therefore denies those allegations.

349.   Defendant Axiom denies the allegations contained in Paragraph 349 of Plaintiffs' Complaint to the extent those allegations pertain to these Defendants.

350.   Defendant Axiom denies the allegations contained in Paragraph 350 of Plaintiffs' Complaint to the extent those allegations pertain to these Defendants.

351.   Defendant Axiom objects to the allegations contained in Paragraph 351 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, and because the allegations appear to be directed to others, to the extent any of the allegations set forth in Paragraph 351 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

352.   Defendant Axiom denies the allegations contained in Paragraph 352 of Plaintiffs' Complaint to the extent those allegations pertain to these Defendants.

353.   Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 353 of Plaintiffs' Complaint and therefore denies those allegations.

354.   Defendant Axiom denies the allegations contained in Paragraph 354 of Plaintiffs' Complaint to the extent those allegations pertain to these Defendants.

355.   Defendant Axiom denies the allegations contained in Paragraph 355 of Plaintiffs' Complaint.

## COUNT II

### Gross Negligence

*(All Defendant)*

356.   Because Paragraph 356 of Plaintiffs' Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-355 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 356 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

357.   Defendant Axiom objects to the allegations contained in Paragraph 357 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 357 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

358.   Defendant Axiom objects to the allegations contained in Paragraph 358 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 358 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

359.   Defendant Axiom objects to the allegations contained in Paragraph 359 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this

objection, to the extent any of the allegations set forth in Paragraph 359 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

360.   Defendant Axiom provided services for certain time frames alleged in Plaintiffs' Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 360 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

361.   Defendant Axiom provided services for certain time frames alleged in Plaintiffs' Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 361 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

362.   Defendant Axiom denies the allegations contained in Paragraph 362 of Plaintiffs' Complaint.

363.   Because the allegations set forth in Paragraph 363 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 363 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

364.   Because the allegations set forth in Paragraph 364 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 364 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

365.   Because the allegations set forth in Paragraph 365 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 365 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

366.   Because the allegations set forth in Paragraph 366 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 366 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

367.   Defendant Axiom provided services for certain time frames alleged in Plaintiffs' Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 367 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

368.   Defendant Axiom provided services for certain time frames alleged in Plaintiffs' Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 368 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

369.   Defendant Axiom denies the  allegations contained in Paragraph 369 of Plaintiffs' Complaint.

370.   Because the allegations set forth in Paragraph 370 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 370 of Plaintiffs'

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

371.   Because the allegations set forth in Paragraph 371 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 371 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

372.   Because the allegations set forth in Paragraph 372 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 372 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

373.   Because the allegations set forth in Paragraph 373 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 373 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

374.   Because the allegations set forth in Paragraph 374 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 374 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

375.   Because the allegations set forth in Paragraph 375 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 375 of Plaintiffs'

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

376.   Because the allegations set forth in Paragraph 376 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 376 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

377.   Because the allegations set forth in Paragraph 377 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 377 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

**<u>COUNT III</u>**
**<u>Negligence</u>**
(Axiom, Axiom Defendant)

378.   Because Paragraph 378 of Plaintiffs' Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-377 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 378 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

379.   Defendant Axiom objects to the allegations contained in Paragraph 379 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 379 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

52

380.    Defendant Axiom objects to the allegations contained in Paragraph 380 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 380 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

381.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 381 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

382.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 382 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

383.    Defendant Axiom denies the  allegations contained in Paragraph 383 of Plaintiffs' Complaint.

384.    Defendant Axiom objects to the allegations contained in Paragraph 384 of Plaintiffs' Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 384 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

385.    Defendant Axiom denies the allegations contained in Paragraph 385 of Plaintiffs' Complaint.

386.   Defendant Axiom denies the allegations contained in Paragraph 386 of Plaintiffs' Complaint.

387.   Defendant Axiom denies the allegations contained in Paragraph 387 of Plaintiffs' Complaint.

## COUNT IV
## Cruel and Unusual Punishment in Violation of the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983

(CHS Defendant and MCSO Defendant)

388.   Because Paragraph 388 of Plaintiffs' Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-387 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 388 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

389.   Because the allegations set forth in Paragraph 389 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 389 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

390.   Because the allegations set forth in Paragraph 390 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 390 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

391.   Because the allegations set forth in Paragraph 391 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 391 of Plaintiffs'

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

392.   Because the allegations set forth in Paragraph 392 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 392 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

393.   Because the allegations set forth in Paragraph 393 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 393 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

394.   Because the allegations set forth in Paragraph 394 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 394 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

395.   Because the allegations set forth in Paragraph 395 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 395 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

396.   Because the allegations set forth in Paragraph 396 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 396 of Plaintiffs'

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

397.   Because the allegations set forth in Paragraph 397 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 397 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

**<u>COUNT V</u>**
**<u>Cruel and Unusual Punishment in Violation of the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983 – *Monell* – Policy, Custom and Practice</u>**

(Maricopa, Penzone)

398.   Because Paragraph 398 of Plaintiffs' Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by reference their responses to those allegations in Paragraphs 1-397 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 398 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

399.   Because the allegations set forth in Paragraph 399 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 399 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

400.   Because the allegations set forth in Paragraph 400 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 400 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

401.   Because the allegations set forth in Paragraph 401 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 401 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

402.   Because the allegations set forth in Paragraph 402 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 402 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

403.   Because the allegations set forth in Paragraph 403 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 403 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

404.   Because the allegations set forth in Paragraph 404 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 404 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

405.   Because the allegations set forth in Paragraph 405 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 405 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

406.    Because the allegations set forth in Paragraph 406 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 406 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

407.    Because the allegations set forth in Paragraph 407 of Plaintiffs' Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 407 of Plaintiffs' Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

## JURY TRIAL DEMAND

408.    Defendant Axiom demands a trial by jury on all triable issues

409.    Defendant Axiom denies each and every allegation of Plaintiffs' Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1.    For its first and separate affirmative defense, Defendant Axiom alleges assumption of the risk.

2.    For its second and separate affirmative defense, Defendant Axiom alleges that other parties, named or unnamed, are at fault, in whole or in part, for any damages suffered by Plaintiffs.

3.    For its third and separate affirmative defense, Defendant Axiom alleges that there is no causal nexus between Plaintiffs' alleged injuries and Defendant Axiom's actions or inactions.

4.    For its fourth and separate affirmative defense, Defendant Axiom alleges that any damages suffered by Plaintiffs were the result of an intervening/superseding cause or occurred as a result of the negligence, gross negligence, or intentional acts of someone or some entity other than Defendant Axiom.

5.      For its fifth and separate affirmative defense, Defendant Axiom alleges it is entitled to all privileges, immunities and defenses pursuant to state and federal law.

6.      For its sixth and separate affirmative defense, Defendant Axiom alleges that Plaintiffs' claim is barred or that Plaintiffs' damages must be reduced due to the applicability of the doctrine of mitigation of damages and avoidable consequences.

7.      Additional facts may be revealed by future discovery that support additional affirmative defenses available to Defendant Axiom. Accordingly, Defendant Axiom incorporates, by this reference, all of the affirmative defenses available to Defendant Axiom.  Defendant Axiom further incorporates, by this reference, all of the affirmative defenses set forth in Rules 8 and 12 of the Arizona Rules of Civil Procedure.

## **PRAYER FOR RELIEF**

Having fully answered Plaintiffs' Complaint, Defendant Axiom respectfully requests that this action be dismissed, that Plaintiffs be ordered to pay the costs and attorneys' fees incurred by Defendant Axiom, and for any further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 19th day of September, 2024.

**GRASSO LAW FIRM, P.C.**

By: _____
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona  85286
Attorneys for Defendant Building Blocks
Counseling, LLC d/b/a Axiom Care

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of September, 2024, I electronically filed the foregoing via the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
   Attorneys for Plaintiffs

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., #1700
Phoenix, Arizona 85012
sean.healy@lewisbrisbois.com
jay.rademacher@lewisbrisbois.com
Attorneys for Defendant State of Arizona

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trulllinger
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendant Sheriff Paul Penzone

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003
Law.civil.minute.entries@phoenix.gov
Attorney for Defendant City of Phoenix

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
Attorneys for Defendant Correctional Health Services

James M. Jellison
**JELLISON LAW OFFICES, PLLC**
18801 N. Thompson Peak Parkway, Ste. D235
Scottsdale, Arizona 85255
jim@jellisonlaw.com
Attorney for Defendant Robin Avalos


By:/s/ Donna Ross – dross@grassolawfirm.com