Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorney for Defendant Maricopa County*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate Of Remon Yohannes; and, Tesfai Haggmana, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, et al., <br><br> Defendants. | Case No.  2:24-CV-02087-ROS (CDB) <br><br> **DEFENDANT MARICOPA COUNTY'S SECOND STIPULATED MOTION TO EXTEND ITS RESPONSIVE PLEADING DEADLINE** |

Defendant Maricopa County ("Maricopa County") respectfully moves the Court for an order extending Maricopa County's deadline to file its responsive pleading in this matter.  This is a stipulated Motion agreed upon between Plaintiffs' counsel and counsel for Maricopa County and the Correctional Health Service Defendants ("CHS Defendants") who have been named as defendants but who have not yet been served with process.  As the Court is aware, September 19, 2024 is both the responsive pleading deadline for all defendants who have been served, as well as the deadline for Plaintiffs to serve all of the defendants who have not yet been served.

Counsel for Maricopa County and the CHS Defendants is authorized to accept service of process on behalf of all but a few of the CHS Defendants.  It is expected that those few individuals will also authorize counsel to accept service of process within the

next two weeks.  Plaintiffs' counsel is preparing waivers of service of process for the CHS Defendants, most of which will be signed and filed with the Court in the next few days.

Plaintiff has agreed that Maricopa County can file its responsive pleading on the same date as the CHS Defendants, which would be 60 days from the date of acceptance. To ensure that a single, planned date is in effect as opposed to scattered dates as acceptances are signed, the County Defendants and Plaintiffs have agreed that the County will file its Responsive Pleading on or before November 15, 2024.  The parties will then file a stipulated motion to make November 15, 2024 the responsive pleading deadline for the CHS Defendants after their waivers of service are executed, and as counsel obtains authority to accept service on behalf of the CHS Defendants who have not already granted their authority.

**RESPECTFULLY SUBMITED** this 19th day of September, 2024.

**BERRY LAW GROUP, PLLC**

By:   /s/ Christopher J. Berry
Christopher J. Berry, Esq.
**Attorneys for Defendant Maricopa County**

**MILLS + WOODS LAW, PLLC**

By:   /s/ Sean A. Woods w/permission
Sean A. Woods, Esq.
**Attorneys for Plaintiff**

BERRY LAW GROUP
PLLC
ATTORNEYS AT LAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003-1611
Law.civil.minute.entries@phoenix.gov
*Attorney for City of Phoenix*

James Jellison
**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway, Ste D235
Scottsdale, AZ 85255
jim@jrlawaz.com
*Attorney for Robin Avalos*

-3-

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolaw.com
*Attorneys for Building Blocks Counseling, LLC*

By:  /s/ Maria Elena Garcia

BERRY LAW GROUP
PLLC
ATTORNEYS AT LAW