BERRY LAW GROUP
— PLLC —
ATTORNEYS AT LAW

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate Of Remon Yohannes; and, Tesfai Haggmana, | Case No.  2:24-CV-02087-ROS (CDB) |
| | **ORDER EXTENDING ANSWER OR RESPONSIVE PLEADING FOR DEFENDANT MARICOPA COUNTY** |
| Plaintiffs, | |
| v. | |
| State of Arizona, et. al. | |
| Defendants. | |

THE COURT, having reviewed Maricopa County's Second Stipulated Motion to Extend Its Responsive Pleading Deadline, and for good cause appearing therefore,

IT IS HEREBY ORDERED extending the deadline for Maricopa County to file its responsive pleading to November 15, 2024.

DATED September ____, 2024.

_____
The Honorable Camille D. Bibles
United States Magistrate Judge

-1-