RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: KIM CHAMBERLAIN (031675)
CHARLES TRULLINGER (018936)
Deputy County Attorneys
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendant Sheriff Russell Skinner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**DEFENDANT SHERIFF SKINNER'S SECOND STIPULATED MOTION TO EXTEND ITS RESPONSIVE PLEADING DEADLINE** |

Defendant Russell Skinner respectfully moves the Court for an order extending Skinner's deadline to file its responsive pleading in this matter. This is a stipulated motion agreed upon between Plaintiffs' counsel and counsel for Sheriff Skinner and the Maricopa County Sheriff's Office employee Defendants ("MCSO Defendants") who have been named as defendants but who have not yet been served with process. The current deadline for the served Defendants to answer (Doc. 12) is September 19, 2024.

1 Counsel for Sheriff Skinner and the MCSO Defendants is authorized to waive service of process for the MCSO Defendants. Undersigned counsel received the waivers of service of process for the MCSO Defendants this morning and is in the process of completing them.

Plaintiffs have agreed that Sheriff Skinner can file his responsive pleading on the same date as the MCSO Defendants. To ensure that a single, planned date is in effect as opposed to scattered dates, the MCSO Defendants and Plaintiffs have agreed that Sheriff Skinner will file his responsive pleading on or before November 15, 2024. After the waivers of service of process are executed and filed for the MCSO Defendants, the parties will file a stipulated motion to make November 15, 2024, the responsive pleading deadline for the MCSO Defendants.

**RESPECTFULLY SUBMITTED** this 19th day of September, 2024.

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

BY: */s/Kim Chamberlain*
    KIM CHAMBERLAIN
    CHARLES TRULLINGER
    Deputy County Attorneys
    *Attorneys for Defendant Sheriff Russell Skinner*

**MILLS + WOODS LAW, PLLC**

By: /s/ Sean A. Woods with permission
    Sean A. Woods
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\MTE for Answer.docx