# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | **No.** CV-24-02087-PHX-ROS (CDB)<br><br>**ORDER EXTENDING ANSWER OR OTHER RESPONSIVE PLEADING DEADLINE FOR DEFENDANT SHERIFF RUSSELL SKINNER** |

THE COURT, having reviewed Sheriff Russell Skinner's Second Stipulated Motion to Extend his Responsive Pleading Deadline, and for good cause appearing,

IT IS ORDERED extending the deadline for Sheriff Russell Skinner to file its responsive pleading to November 15, 2024.

DATED September ___, 2024.

_____
The Honorable Camille D. Bibles
United States Magistrate Judge