IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　　　Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** the motion at ECF No. 19 is **granted**. Accordingly, Maricopa County and the Correctional Health Service Defendants shall have until **November 15, 2024**, to answer or otherwise respond to the Complaint. **This deadline will not be further extended**.

**IT IS FURTHER ORDERED that** the motion at ECF No. 24 is **granted**. Accordingly, Defendant Skinner and the Maricopa County Sheriff's Office employee Defendants shall have until **November 15, 2024**, to answer or otherwise respond to the Complaint. **This deadline will not be further extended**.

Dated this 20th day of September, 2024.

_____
Camille D. Bibles
United States Magistrate Judge