MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT STATE OF ARIZONA TO RESPOND TO COMPLAINT**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Deanna Moore and John Doe Moore, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; Sarah Zavala and John Doe Zavala, a married couple; Kellee Zambrano and John Doe Zambrano, a married couple; John and Jane Does I-X,

Defendants.

THE COURT, having received and reviewed the "Stipulation for Extension of Time for Defendant State of Arizona to Respond to Complaint" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Defendant State of Arizona shall have until no later than November 15, 2024 to answer otherwise respond to the Plaintiffs' Complaint.