

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
   Attorneys for Defendant Building Blocks
   Counseling, LLC d/b/a Axiom Care

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana, | Case No. 2:24-cv-02087-ROS-CDB |
| Plaintiffs, | **NOTICE OF CONFLICT** |
| vs. | |
| State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al., | |
| Defendants. | |

Counsel for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care gives notice of a conflict with the telephonic Scheduling Conference (Doc. 26) set for October 30, 2024 at 1:00 p.m. Both counsel undersigned will be serving as trial counsel at the jury trial in the matter of *Terry v. Sharp-Stilliard and Rancho Solano Preparatory School, et al.,* Maricopa

1

County Superior Court Case No. CV2020-056304. The trial is scheduled to commence on October 28, 2024 and continue through November 13, 2024.

Accordingly, Defendant Building Blocks Counseling, LLC d/b/a Axiom Care respectfully requests that the telephonic Scheduling Conference in this case be rescheduled. A proposed form of Order is lodged with this Notice.

RESPECTFULLY SUBMITTED this 26th day of September, 2024.

**GRASSO LAW FIRM, P.C.**

By: _____

Robert Grasso, Jr.
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona  85286
   Attorneys for Defendant Building Blocks
   Counseling, LLC d/b/a Axiom Care

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2024, I caused this document to be electronically transmitted to the Clerk's office, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
   Attorneys for Plaintiffs

2

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., #1700
Phoenix, Arizona 85012
sean.healy@lewisbrisbois.com
Jay.rademacher@lewisbrisbois.com
Attorneys for Defendants State of Arizona

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trulllinger
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendant Sheriff Paul Penzone

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003
Law.civil.minute.entries@phoenix.gov
Attorney for Defendant City of Phoenix

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
Attorneys for Defendant Correctional Health Services

1  James M. Jellison
   **JELLISON LAW OFFICES, PLLC**
2  18801 N. Thompson Peak Parkway, Ste. D235
   Scottsdale, Arizona 85255
3  jim@jellisonlaw.com
4  Attorney for Defendant Robin Avalos

5  By:/s/ Donna Ross – dross@GrassoLawFirm.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26