# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**ORDER** |

Based upon the Notice of Conflict filed by Defendant Building Blocks Counseling, LLC d/b/a Axiom Care (Doc. 30), and for good cause shown:

IT IS ORDERED the telephonic Scheduling Conference (Doc. 26) set for October 30, 2024 at 1:00 p.m. is vacated.

IT IS FURTHER ORDERED rescheduling the conference to _____.

1