# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,

Plaintiffs,

v.

State of Arizona, et al.,

Defendants.

No. CV 24-02087 PHX ROS (CDB)

**ORDER**

Per the notice at ECF No. 30, the **telephonic** scheduling conference currently set for October 30, 2024, is **vacated** and is **reset** for **Thursday, October 24, 2024, at 1:00 p.m. Mountain Standard Time**. All of the other provisions in the order at ECF No. 26 shall remain in full force and effect.

Dated this 26th day of September, 2024.

Camille D. Bibles
United States Magistrate Judge