OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney, Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
*Attorneys for Defendants City of Phoenix,*
   *Sullivan and Villegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, et al.<br><br>Plaintiffs,<br><br>Arizona, State of, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS--CDB<br><br>**THIRD STIPULATED MOTION TO EXTEND DEADLINE FOR CITY OF PHOENIX DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs and Defendants City of Phoenix, Michael Sullivan, and Michael Villegas ("City Defendants"), through their respective undersigned counsel, stipulate and move for a three-week extension of time for the City Defendants to respond to Plaintiffs' Complaint to October 24, 2024. This extension is necessary because Plaintiffs and the City Defendants are continuing to confer regarding whether some or all of Plaintiffs' claims against the City Defendants will be dismissed. The parties have agreed to this extension to allow sufficient time for Plaintiffs to evaluate evidence provided by the City Defendants and determine whether to dismiss some or all of the claims against the City Defendants. Therefore, Plaintiff and the City Defendants respectfully request that the Court approve the proposed extension.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

. . .

. . .

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

RESPECTFULLY SUBMITTED this 1st day of October, 2024.

JULIE M. KRIEGH, City Attorney

By:  s/ Jody C. Corbett
  Jody C. Corbett
  Assistant City Attorney
  *Attorneys for Defendants City of Phoenix, Sullivan and Villegas*

MILLS + WOODS LAW, PLLC

By:  s/ Sean A. Woods (with permission)
  Sean A. Woods
  Robert T. Mills
  *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1 | Christopher Berry
2 | **BERRY LAW GROUP, PPLC**
  | 1850 N. Central Avenue, Ste 1025
3 | Phoenix, AZ 85004
4 | cberry@berrylawgroup.com
  | *Attorneys for Maricopa County*
5 |
6 | Sean Healy
  | Jay Rademacher
7 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
  | Phoenix Plaza Tower II
8 | 2929 North Central Avenue, Suite 1700
  | Phoenix, Arizona 85012-2761
9 | Sean.Healy@lewisbrisbois.com
10 | Jay.Rademacher@lewisbrisbois.com
   | *Attorneys for State of Arizona*
11 |
12 | James Jellison
   | **JELLISON & ROBENS, PLLC**
13 | 18801 N. Thompson Peak Parkway, Ste D235
   | Scottsdale, AZ 85255
14 | jim@jrlawaz.com
15 | *Attorneys for Robin Avalos*
16 | Pari K. Scroggin
   | **GRASSO LAW FIRM**
17 | 2250 East Germann Road, Ste 10
18 | Chandler, AZ 85286
   | pscroggin@grassolaw.com
19 | *Attorneys for Building Blocks Counseling, LLC*
20 | By:   s/ *M. Elena Sandoval*
21 |        2461204_1

3