1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9
10
11
12
13
14

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

15      **IT IS ORDERED that** the unopposed motion at ECF No. 45 is **granted**.

16   Accordingly, Defendants the City of Phoenix, Michael Sullivan, and Michael Villegas

17   shall have until **October 24, 2024**, to answer or otherwise respond to the Complaint.

18      Dated this 2nd day of October, 2024.

19
20
21
22

_____

Camille D. Bibles
United States Magistrate Judge

23
24
25
26
27
28