OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney, Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
*Attorneys for Defendants City of Phoenix,*
  *Sullivan and Villegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.<br><br>Plaintiffs,<br><br>Arizona, State of, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS--CDB<br><br>**FOURTH STIPULATED MOTION TO EXTEND DEADLINE FOR CITY OF PHOENIX DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs and Defendants City of Phoenix, Michael Sullivan, and Michael Villegas ("City Defendants"), through their respective undersigned counsel, stipulate and move for an additional extension of time for the City Defendants to respond to Plaintiffs' Complaint. This extension is necessary because Plaintiffs recently filed a Motion to Amend Complaint (Doc. 49). It would be inefficient to file a response to the original Complaint until after the Court rules on the Motion to Amend and the parties know which Complaint is the operative Complaint. Therefore, Plaintiff and the City Defendants respectfully request that the deadline for the City Defendants to respond to Plaintiffs' Complaint be extended to fourteen days after the Court rules on Plaintiff's Motion to Amend (Doc. 49).

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

. . .

. . .

. . .

1

RESPECTFULLY SUBMITTED this 23rd day of October, 2024.

JULIE M. KRIEGH, City Attorney

By: s/ Jody C. Corbett
Jody C. Corbett
Assistant City Attorney
*Attorneys for Defendants City of Phoenix, Sullivan and Villegas*

MILLS + WOODS LAW, PLLC

By: s/ Sean A. Woods (with permission)
Sean A. Woods
Robert T. Mills
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the October 23, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1  Christopher Berry
2  **BERRY LAW GROUP, PPLC**
   1850 N. Central Avenue, Ste 1025
3  Phoenix, AZ 85004
4  cberry@berrylawgroup.com
   *Attorneys for Maricopa County*
5
6  Sean Healy
   Jay Rademacher
7  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Phoenix Plaza Tower II
8  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
9  Sean.Healy@lewisbrisbois.com
10 Jay.Rademacher@lewisbrisbois.com
   *Attorneys for State of Arizona*
11
12 James Jellison
   **JELLISON & ROBENS, PLLC**
13 18801 N. Thompson Peak Parkway, Ste D235
   Scottsdale, AZ 85255
14 jim@jrlawaz.com
15 *Attorneys for Robin Avalos*

16 Pari K. Scroggin
17 **GRASSO LAW FIRM**
   2250 East Germann Road, Ste 10
18 Chandler, AZ 85286
   pscroggin@grassolaw.com
19 *Attorneys for Building Blocks Counseling, LLC*

20 By: *s/ M. Elena Sandoval*
21     2465772_1

22
23
24
25
26
27
28

3