**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, et al._<br><br>Plaintiffs,_<br><br>Arizona, State of, et al.,_<br><br>Defendants. | Case No. 2:24-cv-02087-ROS--CDB<br><br>**ORDER** |

The Court, having reviewed the Fourth Stipulated Motion to Extend Deadline for City of Phoenix Defendants to Respond to Plaintiffs' Complaint, and good cause appearing,

IT IS HEREBY ORDERED extending the deadline to for Defendants City of Phoenix, Chief Michael Sullivan, and Officer Michael Villegas to respond to Plaintiffs' Complaint to fourteen days after the Court rules on Plaintiffs' Motion to Amend Complaint (Doc. 49).

1