# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** the motion at ECF No. 50, seeking a fourth extension of the time allowed Defendants the City of Phoenix, Michael Sullivan, and Michael Villegas to answer or otherwise respond to the Complaint, is **denied**.

Defendant City of Phoenix was served with the Complaint on July 15, 2024, and the matter was removed to federal court on August 14, 2024. The proposed amended complaint lodged at ECF No. 49 does not seek to substantively amend the Complaint with regard to the allegations against Defendants the City of Phoenix, Sullivan, or Villegas. The proposed amended complaint adds two statements of fact with regard to Defendant Villegas' actions, which do not substantively alter the allegations and basis of the claims against Defendants, and modifies the wording of a different statement of fact. (ECF No. 49-1 at 17).[1]

---

[1] The added allegations are: "Officer Michael Villegas [] was listed as the arresting officer," and "[the decedent] had exhibited classic signs of withdrawal during his arrest and transport to City holding facilities and to MCSO intake." (ECF No. 49-1 at 17). Plaintiffs previously alleged the decedent, at the time of his arrest, "can be seen in distress throughout - at points even passed out on the floor;" and "[h]e was in severe distress," experiencing "extreme

1  Accordingly, Defendants must answer or otherwise respond to the Complaint and
2  may amend their answer or other response should leave to amend be granted. Given that
3  Defendants filed their motion for additional time just prior to the close of business on the
4  date before the answer is due (today, October 24), the Court will allow these Defendants
5  until October 28, 2024, to answer or otherwise respond to the Complaint.

   Dated this 24th day of October, 2024.

_____
Camille D. Bibles
United States Magistrate Judge

---

diabetic symptoms, including lethargy, disorientation, intense pain, thirst, dehydration, disorientation, and nausea …;" the decedent "can clearly be seen vomiting on camera during his Health Assessment." (ECF No. 49-1 at 16-17). The proposed amended complaint clarifies that Villegas was the arresting officer, but removes the allegation that Villegas completed the receiving screening form regarding the health assessment. (ECF No. 49-1 at 17)

- 2 -