# EXHIBIT 1

## DECLARATION OF MICHAEL VILLEGAS

STATE OF ARIZONA      )

                      ) ss.

County of Maricopa      )

I, Michael Villegas, say and attest the following:

1. I am currently employed as an officer with the City of Phoenix Police Department. I have been employed by the City of Phoenix Police Department since November 2022.

2. On or about August 21, 2024, I learned that I had been named as a defendant in a lawsuit brought in Maricopa County Superior Court by Plaintiffs Edmon Yohannes and Tesfai Haggmana.

3. The lawsuit is related to the arrest of Remon Yohannes that occurred in October 2023.

4. Sometime after February 21, 2024, I learned that a Notice of Claim had been mailed to the City of Phoenix related to this incident.

5. However, I was never personally served by a process server with a notice of claim made by Tesfai Haggmana or any other beneficiary or representative of Remon Yohannes, nor has a notice of claim been delivered to me at my residence.

6. I have never authorized any person or persons to accept service of process of a notice of claim for me.

7. I have never been asked by anyone employed at the City of Phoenix whether he or she could accept service of process of a notice of claim.

8. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this **25** day of October, 2024.

_M. Villegas_ 11668           10-25-2024

                                             Michael Villegas

1