# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,

    Plaintiffs,

v.

State of Arizona, et al.,

    Defendants.

No. CV 24-02087 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Defendant Avalos' motion at ECF No. 55 is **granted**. Accordingly, Defendant Avalos shall have until November 29, 2024, to answer or otherwise respond to the operative complaint.

Dated this 29th day of October, 2024.

*[signature]*

Camille D. Bibles
United States Magistrate Judge