# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 49 seeking leave to proceed on an amended complaint, being unopposed, is **granted**. Accordingly, Plaintiff shall have until **November 12, 2024**, to docket a clean copy of the proposed amended complaint (a red-line strike-out version of which is at ECF No. 49-1).

Dated this 8th day of November, 2024.

Camille D. Bibles
United States Magistrate Judge