Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorney for Defendant Maricopa County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate Of Remon Yohannes; and, Tesfai Haggmana,<br><br>　　　　　Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-02087-ROS (CDB)<br><br>**CHS DEFENDANTS' STIPULATED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Defendants Michael Chailland, Pamela Conn, Mary Daugomah, Sira Hodge, Audaine Rintala, and Julie Stevens are individual defendants identified in the First Amended Complaint as "CHS Defendants." These Defendants respectfully move the Court for an order extending the deadline to file their responsive pleading to Plaintiffs' First Amended Complaint. This is the first request for an extension of time that these Defendants have made in connection with the First Amended Complaint. This is a Stipulated Motion agreed upon between Plaintiffs' counsel and counsel for Maricopa County ("County Defendants").

As the Court is aware, November 15, 2024 is both the responsive pleading deadline for all defendants who have been served (Doc. 25), but that deadline was set before Plaintiffs filed their First Amended Complaint. In the interim, on November 8,

-1-

2024, Plaintiffs filed their First Amended Complaint (Doc. 63) which changed some factual allegations related to various CHS Defendants and added a claim against them for battery (Count Six).

At this time, Maricopa County is able to answer the First Amended Complaint on November 15, 2024, the deadline set for responding to the initial Complaint. Other CHS Defendants will also file responsive pleadings on that date. However, additional time is necessary to review the First Amended Complaint with the moving CHS Defendants to obtain their input and approval of their answers.

Plaintiffs have to the moving CHS Defendants having an additional two weeks to file their answers from the current November 15, 2024 deadline subject of course to the Court's approval. Defendants Chailland, Conn, Daugomah, Hodge, Rintala, and Stevens therefore move the Court to extend their answer deadline until and including November 27, 2024; which is slightly less than two calendar weeks from the date of filing this Motion.

**RESPECTFULLY SUBMITTED** this 14th day of November, 2024.

**BERRY LAW GROUP, PLLC**

By: /s/ Christopher J. Berry
Christopher J. Berry, Esq.
***Attorneys for Defendant Maricopa County***

**MILLS + WOODS LAW, PLLC**

By: /s/ Sean A. Woods w/permission
Sean A. Woods, Esq.
***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003-1611
Law.civil.minute.entries@phoenix.gov
*Attorney for City of Phoenix*

James Jellison
**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway, Ste D235
Scottsdale, AZ 85255
jim@jrlawaz.com
*Attorney for Robin Avalos*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolaw.com
*Attorneys for Building Blocks Counseling, LLC*

By:  /s/ Maria Elena Garcia