## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>    Plaintiffs,<br>    v.<br><br>State of Arizona, et. al.<br><br>    Defendants. | Case No. 2:24-CV-02087-ROS (CDB)<br><br>**ORDER EXTENDING ANSWER OR RESPONSIVE PLEADING FOR CHS DEFENDANTS TO FIRST AMENDED COMPLAINT** |

THE COURT, having reviewed the Stipulated Motion to Extend its Answer/Responsive Pleading deadline of CHS Defendants Chailland, Conn, Daugomah, Hodge, Rintala and Stevens, and for good cause appearing therefore,

IT IS HEREBY ORDERED extending the deadline for these CHS Defendants to file their responsive pleading to and including November 27, 2024.

DATED _____. 2024.

_____
The Honorable Camille D. Bibles
United States Magistrate Judge

-1-