1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8  Edmon     Yohannes,    as    personal
   representative  and  on  behalf  of  the
9  estate  of  Remon  Yohannes;
   and Tesfai Haggmana,                              No. CV 24-02087 PHX ROS (CDB)
10
                           Plaintiffs,             **ORDER**
11 v.

12 State of Arizona, et al.,

13                         Defendants.

14

15         **IT IS ORDERED that** the motion at ECF No. 64 is **granted**. Accordingly,

16 Defendants Chailland, Conn, Daugomah, Hodge, Rintala, and Stevens shall have until

17 November 27, 2024, to answer or otherwise respond to the Amended Complaint at ECF

18 No. 63. **This deadline will not be further extended for any reason regardless of any**

19 **stipulation of the parties.**

20         Dated this 15th day of November, 2024.

21

22

23

24         _____

25                 Camille D. Bibles
               United States Magistrate Judge
26

27

28