# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,

    Plaintiffs,

v.

State of Arizona, et al.,

    Defendants.

No. CV 24-02087 PHX ROS (CDB)

**ORDER TO SHOW CAUSE**

This matter was removed by from the Maricopa County Superior Court on August 14, 2024. In an order entered August 19, 2024, the Court ordered:

> Plaintiffs must either serve each remaining unserved Defendant or seek a waiver of service for each Defendant. If Plaintiffs do not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Notice of Removal or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served.

(ECF No. 4).

Accordingly, service on all Defendants was due no later than November 12, 2024. As of November 26, 2024, the following undismissed Defendants have not been served (i.e., no notice of service as executed has been docketed) nor appeared: Jane Doe Crutchfield, John Doe Struble, John Doe Conn, Jane Doe Gan, Jane Doe Chailland, John Doe Arrington, John Doe Sanders, Jane Doe Williams, John Doe Mossman, Jane Doe Ball, John Doe Avalos, John Doe Rintala, Jane Doe Fairfield, John Doe Martin, John Doe

Daugomah, Jane Doe Guerra, John Doe Sambrano, John Doe Stevens, John Doe Hodge, John Doe Trevett, John Doe Wright, John Doe Slaton, Jane Doe Villegas.

Accordingly,

**IT IS ORDERED that** Plaintiffs shall have until **December 6, 2024**, to show cause why each and all of the above-named Defendants and all of Plaintiff's claims against the these Defendants should not be dismissed for Plaintiff's failure to timely serve these Defendants.

Dated this 26th day of November, 2024.

Camille D. Bibles
United States Magistrate Judge