# GRASSO
## LAW FIRM

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
 Attorneys for Defendant Building Blocks
 Counseling, LLC d/b/a Axiom Care

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>          Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity, et al.,<br><br>          Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**DEFENDANT BUILDING BLOCKS COUNSELING, LLC dba AXIOM CARE'S SEPARATE ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

     Defendant Building Blocks Counseling, LLC dba Axiom Care ("Defendant Axiom"), by and through undersigned counsel, and answering Plaintiffs' First Amended Complaint [Doc. 63] admits, denies and alleges as follows:

## **INTRODUCTION**

     Defendant Axiom objects to the allegations contained in the Introduction paragraph of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not

susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in the Introduction paragraph of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

## **JURISDICTIONAL ALLEGATIONS**

1.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 1 of Plaintiffs' First Amended Complaint. To the extent any of the allegations set forth in Paragraph 1 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

2.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 2 of Plaintiffs' First Amended Complaint and therefore denies those allegations.

3.     Because the allegations set forth in Paragraph 3 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

4.     Answering Paragraph 4 of Plaintiffs' First Amended Complaint, Defendant Axiom admits only that jurisdiction is proper in this court. As to the remaining allegations contained in Paragraph 4, Defendant Axiom denies them.

5.     Answering Paragraph 5 of Plaintiffs' First Amended Complaint, Defendant Axiom admits only that venue is proper in this court. As to the remaining allegations contained in Paragraph 5, Defendant Axiom denies them.

## **PARTIES**

6.     Answering Paragraph 6 of Plaintiffs' First Amended Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

7.      Answering Paragraph 7 of Plaintiffs' First Amended Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

8.      Answering Paragraph 8 of Plaintiffs' First Amended Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

9.      Answering Paragraph 9 of Plaintiffs' First Amended Complaint, Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and therefore denies them.

10.     Because the allegations set forth in Paragraph 10 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 10 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

11.     Because the allegations set forth in Paragraph 11 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 11 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

12.     Because the allegations set forth in Paragraph 12 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 12 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

13.     Because the allegations set forth in Paragraph 13 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To

the extent any of the allegations set forth in Paragraph 13 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

14.    Because the allegations set forth in Paragraph 14 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 14 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

15.    Because the allegations set forth in Paragraph 15 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 15 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

16.    Because the allegations set forth in Paragraph 16 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 16 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

17.    Because the allegations set forth in Paragraph 17 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 17 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

18.    Because the allegations set forth in Paragraph 18 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 18 of Plaintiffs' First Amended

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

19.    Because the allegations set forth in Paragraph 19 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 19 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

20.    Because the allegations set forth in Paragraph 20 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 20 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

21.    Because the allegations set forth in Paragraph 21 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 21 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

22.    Because the allegations set forth in Paragraph 22 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 22 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

23.    Because the allegations set forth in Paragraph 23 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 23 of Plaintiffs' First Amended

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

24.     Because the allegations set forth in Paragraph 24 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 24 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

25.     Because the allegations set forth in Paragraph 25 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 25 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

26.     Because the allegations set forth in Paragraph 26 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 26 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

27.     Because the allegations set forth in Paragraph 27 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 27 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

28.     Because the allegations set forth in Paragraph 28 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 28 of Plaintiffs' First Amended

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

29.    Because the allegations set forth in Paragraph 29 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 29 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

30.    Because the allegations set forth in Paragraph 30 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 30 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

31.    Because the allegations set forth in Paragraph 31 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 31 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

32.    Because the allegations set forth in Paragraph 32 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 32 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

33.    Because the allegations set forth in Paragraph 33 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 33 of Plaintiffs' First Amended

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

34.     Because the allegations set forth in Paragraph 34 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 34 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

35.     Because the allegations set forth in Paragraph 35 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 35 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

36.     Because the allegations set forth in Paragraph 36 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 36 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

37.     Because the allegations set forth in Paragraph 37 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 37 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

38.     Because the allegations set forth in Paragraph 38 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 38 of Plaintiffs' First Amended

Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

39.    Because the allegations set forth in Paragraph 39 of Plaintiffs' First Amended Complaint are directed to another party, the allegations are neither admitted nor denied.  To the extent any of the allegations set forth in Paragraph 39 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

40.    Because the allegations set forth in Paragraph 40 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 40 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

41.    Answering Paragraph 41 of Plaintiffs' First Amended Complaint, Defendant Axiom admits the allegations contained therein.

42.    Because the allegations set forth in Paragraph 42 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 42 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

43.    Because the allegations set forth in Paragraph 43 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 43 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

44.    Because the allegations set forth in Paragraph 44 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To

the extent any of the allegations set forth in Paragraph 44 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

45.   Because the allegations set forth in Paragraph 45 of Plaintiffs' First Amended Complaint are directed to other parties, the allegations are neither admitted nor denied. To the extent any of the allegations set forth in Paragraph 45 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

46.   The allegations contained in Paragraph 46 of Plaintiffs' First Amended Complaint are directed to other "Doe" parties, Defendant Axiom neither admits nor denies those allegations. To the extent any of the allegations set forth in Paragraph 46 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

47.   Defendant Axiom objects to the allegations contained in Paragraph 47 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 47 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

48.   Defendant Axiom objects to the allegations contained in Paragraph 48 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 48 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

49.    To the extent that the allegations contained in Paragraph 49 of Plaintiffs' First Amended Complaint are directed towards Defendant Axiom, Defendant Axiom denies the allegations contained in Paragraph 49 of Plaintiffs' First Amended Complaint.

50.    To the extent that the allegations contained in Paragraph 50 of Plaintiffs' First Amended Complaint are directed towards Defendant Axiom, Defendant Axiom denies the allegations contained in Paragraph 50 of Plaintiffs' First Amended Complaint.

## **BACKGROUND**

51.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 51 of Plaintiffs' First Amended Complaint, nor does Paragraph 51 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 51 are directed toward Defendant Axiom, they are denied.

52.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 52 of Plaintiffs' First Amended Complaint, nor does Paragraph 52 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 52 are directed toward Defendant Axiom, they are denied.

53.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 53 of Plaintiffs' First Amended Complaint, nor does Paragraph 53 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 53 are directed toward Defendant Axiom, they are denied.

54.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 54 of Plaintiffs' First Amended Complaint, nor does Paragraph 54 of Plaintiffs' First Amended Complaint appear to contain allegations against

Defendant Axiom. However, to the extent that any of the statements in Paragraph 54 are directed toward Defendant Axiom, they are denied.

55.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 55 of Plaintiffs' First Amended Complaint, nor does Paragraph 55 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 55 are directed toward Defendant Axiom, they are denied.

56.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 56 of Plaintiffs' First Amended Complaint, nor does Paragraph 56 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 56 are directed toward Defendant Axiom, they are denied.

57.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 57 of Plaintiffs' First Amended Complaint, nor does Paragraph 57 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 57 are directed toward Defendant Axiom, they are denied.

58.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 58 of Plaintiffs' First Amended Complaint, nor does Paragraph 58 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 58 are directed toward Defendant Axiom, they are denied.

59.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 59 of Plaintiffs' First Amended Complaint, nor does Paragraph 59 of Plaintiffs' First Amended Complaint appear to contain allegations against

Defendant Axiom. However, to the extent that any of the statements in Paragraph 59 are directed toward Defendant Axiom, they are denied.

60.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 60 of Plaintiffs' First Amended Complaint, nor does Paragraph 60 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 60 are directed toward Defendant Axiom, they are denied.

61.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 61 of Plaintiffs' First Amended Complaint, nor does Paragraph 61 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 61 are directed toward Defendant Axiom, they are denied.

62.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 62 of Plaintiffs' First Amended Complaint, nor does Paragraph 62 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 62 are directed toward Defendant Axiom, they are denied.

63.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 63 of Plaintiffs' First Amended Complaint, nor does Paragraph 63 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 63 are directed toward Defendant Axiom, they are denied.

64.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 64 of Plaintiffs' First Amended Complaint, nor does Paragraph 64 of Plaintiffs' First Amended Complaint appear to contain allegations against

Defendant Axiom. However, to the extent that any of the statements in Paragraph 64 are directed toward Defendant Axiom, they are denied.

65.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 65 of Plaintiffs' First Amended Complaint, nor does Paragraph 65 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 65 are directed toward Defendant Axiom, they are denied.

66.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 66 of Plaintiffs' First Amended Complaint, nor does Paragraph 66 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 66 are directed toward Defendant Axiom, they are denied.

67.    Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 67 of Plaintiffs' First Amended Complaint, nor does Paragraph 67 of Plaintiffs' First Amended Complaint appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 67 are directed toward Defendant Axiom, they are denied.

68.    The statement contained in Paragraph 68 of Plaintiffs' First Amended Complaint does not appear to contain allegations against Defendant Axiom. However, to the extent that the statement in Paragraph 68 of Plaintiffs' First Amended Complaint is directed toward any wrongdoing by Defendant Axiom, it is denied.

69.    The statements contained in Paragraph 69 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 69 are directed toward Defendant Axiom, they are denied.

70.    The statements contained in Paragraph 70 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom and Defendant Axiom is without sufficient information to admit or deny the allegations contained in Paragraph 70 of Plaintiffs' First Amended Complaint. However, to the extent that any of the statements in Paragraph 70 are directed toward any wrongdoing by Defendant Axiom, they are denied.

71.    The allegations contained in Paragraph 71 of Plaintiffs' First Amended Complaint are denied.

72.    The allegations contained in Paragraph 72 of Plaintiffs' First Amended Complaint are denied.

73.    The allegations contained in Paragraph 73 of Plaintiffs' First Amended Complaint are denied.

74.    The allegations contained in Paragraph 74 of Plaintiffs' First Amended Complaint are denied.

75.    The allegations contained in Paragraph 75 of Plaintiffs' First Amended Complaint are denied.

76.    The statements contained in Paragraph 76 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 76 are directed toward Defendant Axiom, they are denied.

77.    The statements contained in Paragraph 77 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 77 are directed toward Defendant Axiom, they are denied.

78.    The statements contained in Paragraph 78 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the

extent that any of the statements in Paragraph 78 are directed toward Defendant Axiom, they are denied.

79.    The statements contained in Paragraph 79 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 79 are directed toward Defendant Axiom, they are denied.

80.    The statements contained in Paragraph 80 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 80 are directed toward Defendant Axiom, they are denied.

81.    The statements contained in Paragraph 81 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 81 are directed toward Defendant Axiom, they are denied.

82.    Answering Paragraph 82 of Plaintiffs' First Amended Complaint, Defendant Axiom admits only that Remon Yohannes was administratively discharged from Defendant Axiom on the date alleged. To the extent that any of the remaining statements contained in Paragraph 82 are directed toward any wrongdoing by Defendant Axiom, they are denied.

83.    Answering Paragraph 83 of Plaintiffs' First Amended Complaint, Defendant Axiom admits only that Remon Yohannes appeared (on his own) to its facility on the date alleged. To the extent that any remaining statements contained in Paragraph 83 of Plaintiffs' First Amended Complaint are allegations directed toward Defendant Axiom, they are denied.

84.    The statements contained in Paragraph 84 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the

extent that any of the statements in Paragraph 84 are allegations directed toward Defendant Axiom, they are denied.

85.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 85 of Plaintiffs' First Amended Complaint. To the extent any of the statements set forth in Paragraph 85 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

86.     Defendant Axiom denies Paragraph 86 of Plaintiffs' First Amended Complaint.

87.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 87 of Plaintiffs' First Amended Complaint. To the extent any of the statements set forth in Paragraph 87 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

88.     Defendant Axiom denies the allegations contained in Paragraph 88 of Plaintiffs' First Amended Complaint.

89.     Defendant Axiom denies the allegations contained in Paragraph 89 of Plaintiffs' First Amended Complaint.

90.     Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 90 of Plaintiffs' First Amended Complaint. To the extent any of the statements set forth in Paragraph 90 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

91.     Defendant Axiom denies the allegations in Paragraph 91 of Plaintiffs' First Amended Complaint.

92.    The statements contained in Paragraph 92 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 92 are directed toward Defendant Axiom, they are denied.

93.    The statements contained in Paragraph 93 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 93 are directed toward Defendant Axiom, they are denied.

94.    The statements contained in Paragraph 94 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 94 are directed toward Defendant Axiom, they are denied.

95.    The statements contained in Paragraph 95 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 95 are directed toward Defendant Axiom, they are denied.

96.    Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the statements set forth in Paragraph 96 of Plaintiffs' First Amended Complaint. To the extent any of the statements set forth in Paragraph 96 are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the statements are denied.

97.    The statements contained in Paragraph 97 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 97 are directed toward Defendant Axiom, they are denied.

1    98.    The statements contained in Paragraph 98 of Plaintiffs' First Amended

2    Complaint do not appear to contain allegations against Defendant Axiom. However, to the

3    extent that any of the statements in Paragraph 98 are directed toward Defendant Axiom,

4    they are denied.

5    99.    The statements contained in Paragraph 99 of Plaintiffs' First Amended

6    Complaint do not appear to contain allegations against Defendant Axiom. However, to the

7    extent that any of the statements in Paragraph 99 are directed toward Defendant Axiom,

8    they are denied.

9    100.    The statements contained in Paragraph 100 of Plaintiffs' First Amended

10   Complaint do not appear to contain allegations against Defendant Axiom. However, to the

11   extent that any of the statements in Paragraph 100 are directed toward Defendant Axiom,

12   they are denied.

13   101.    The statements contained in Paragraph 101 of Plaintiffs' First Amended

14   Complaint do not appear to contain allegations against Defendant Axiom. However, to the

15   extent that any of the statements in Paragraph 101 are directed toward Defendant Axiom,

16   they are denied.

17   102.    The statements contained in Paragraph 102 of Plaintiffs' First Amended

18   Complaint do not appear to contain allegations against Defendant Axiom. However, to the

19   extent that any of the statements in Paragraph 102 are directed toward Defendant Axiom,

20   they are denied.

21   103.    The statements contained in Paragraph 103 of Plaintiffs' First Amended

22   Complaint do not appear to contain allegations against Defendant Axiom. However, to the

23   extent that any of the statements in Paragraph 103 are directed toward Defendant Axiom,

24   they are denied.

25   104.    The statements contained in Paragraph 104 of Plaintiffs' First Amended

26   Complaint do not appear to contain allegations against Defendant Axiom. However, to the

extent that any of the statements in Paragraph 104 are directed toward Defendant Axiom, they are denied.

105.    The statements contained in Paragraph 105 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom and are taken out of context. However, to the extent that any of the statements in Paragraph 105 are directed toward Defendant Axiom, they are denied.

106.    The statements contained in Paragraph 106 of Plaintiffs' Complaint do not appear to contain allegations against Defendant Axiom and are taken out of context. However, to the extent that any of the statements in Paragraph 106 are directed toward Defendant Axiom, they are denied.

107.    The statements contained in Paragraph 107 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 107 are directed toward Defendant Axiom, they are denied.

108.    Defendant Axiom denies Paragraph 108 of Plaintiffs' First Amended Complaint.

109.    Defendant Axiom denies Paragraph 109 of Plaintiffs' First Amended Complaint.

110.    The statements contained in Paragraph 110 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 110 are directed toward Defendant Axiom, they are denied.

111.    The statements contained in Paragraph 111 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 111 are directed toward Defendant Axiom, they are denied.

112.    The statements contained in Paragraph 112 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 112 are directed toward Defendant Axiom, they are denied.

113.    The statements contained in Paragraph 113 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 113 are directed toward Defendant Axiom, they are denied.

114.    The statements contained in Paragraph 114 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 114 are directed toward Defendant Axiom, they are denied.

115.    The statements contained in Paragraph 115 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 115 are directed toward Defendant Axiom, they are denied.

116.    The statements contained in Paragraph 116 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 116 are directed toward Defendant Axiom, they are denied.

117.    The statements contained in Paragraph 117 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 117 are directed toward Defendant Axiom, they are denied.

118.    The statements contained in Paragraph 118 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the

extent that any of the statements in Paragraph 118 are directed toward Defendant Axiom, they are denied.

119.   The statements contained in Paragraph 119 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 119 are directed toward Defendant Axiom, they are denied.

120.   The statements contained in Paragraph 120 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 120 are directed toward Defendant Axiom, they are denied.

121.   The statements contained in Paragraph 121 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 121 are directed toward Defendant Axiom, they are denied.

122.   The statements contained in Paragraph 122 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 122 are directed toward Defendant Axiom, they are denied.

123.   The statements contained in Paragraph 123 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 123 are directed toward Defendant Axiom, they are denied.

124.   The statements contained in Paragraph 124 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 124 are directed toward Defendant Axiom, they are denied.

125.    The statements contained in Paragraph 125 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 125 are directed toward Defendant Axiom, they are denied.

126.    The statements contained in Paragraph 126 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 126 are directed toward Defendant Axiom, they are denied.

127.    The statements contained in Paragraph 127 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 127 are directed toward Defendant Axiom, they are denied.

128.    The statements contained in Paragraph 128 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 128 are directed toward Defendant Axiom, they are denied.

129.    The statements contained in Paragraph 129 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 129 are directed toward Defendant Axiom, they are denied.

## **FACTUAL ALLEGATIONS**

130.    Because the allegations set forth in Paragraph 130 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

131.   Because the allegations set forth in Paragraph 131 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

132.   The statements contained in Paragraph 132 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 132 are directed toward Defendant Axiom, they are denied.

133.   The statements contained in Paragraph 133 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 132 are directed toward Defendant Axiom, they are denied.

134.   Because the allegations set forth in Paragraph 134 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

135.   Because the allegations set forth in Paragraph 135 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

136.   Because the allegations set forth in Paragraph 136 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

137.   Because the allegations set forth in Paragraph 137 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

138.   Because the allegations set forth in Paragraph 138 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

139.    Because the allegations set forth in Paragraph 139 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

140.    Because the allegations set forth in Paragraph 140 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

141.    Because the allegations set forth in Paragraph 141 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

142.    Because the allegations set forth in Paragraph 142 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

143.    Because the allegations set forth in Paragraph 143 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

144.    Because the allegations set forth in Paragraph 144 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

145.    Because the allegations set forth in Paragraph 145 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

146.    Because the allegations set forth in Paragraph 146 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

147.    Because the allegations set forth in Paragraph 147 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

148.    Because the allegations set forth in Paragraph 148 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

149.    Because the allegations set forth in Paragraph 149 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor  denies the allegations.

150.    Because the allegations set forth in Paragraph 150 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

151.    Because the allegations set forth in Paragraph 151 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

152.    Because the allegations set forth in Paragraph 152 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

153.    Because the allegations set forth in Paragraph 153 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

154.    The statements contained in Paragraph 154 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 154 are directed toward Defendant Axiom, they are denied.

155.    The statements contained in Paragraph 155 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 155 are directed toward Defendant Axiom, they are denied.

156.    The statements contained in Paragraph 156 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 156 are directed toward Defendant Axiom, they are denied.

157.    The statements contained in Paragraph 157 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 157 are directed toward Defendant Axiom, they are denied.

158.    The statements contained in Paragraph 158 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 158 are directed toward Defendant Axiom, they are denied.

159.    The statements contained in Paragraph 159 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 159 are directed toward Defendant Axiom, they are denied.

160.    Because the allegations set forth in Paragraph 160 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

161.    Because the allegations set forth in Paragraph 161 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

27

162.    Because the allegations set forth in Paragraph 162 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

163.    Because the allegations set forth in Paragraph 163 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

164.    Because the allegations set forth in Paragraph 164 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

165.    The statements contained in Paragraph 165 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 165 are directed toward Defendant Axiom, they are denied.

166.    The statements contained in Paragraph 166 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 166 are directed toward Defendant Axiom, they are denied.

167.    Because the allegations set forth in Paragraph 167 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

168.    Because the allegations set forth in Paragraph 168 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

169.    Because the allegations set forth in Paragraph 169 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

170. Because the allegations set forth in Paragraph 170 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

171. The statements contained in Paragraph 171 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 171 are directed toward Defendant Axiom, they are denied.

172. The statements contained in Paragraph 172 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 172 are directed toward Defendant Axiom, they are denied.

173. The statements contained in Paragraph 173 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 173 are directed toward Defendant Axiom, they are denied.

174. Because the allegations set forth in Paragraph 174 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

175. Because the allegations set forth in Paragraph 175 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

176. Because the allegations set forth in Paragraph 176 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

177.    Because the allegations set forth in Paragraph 177 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

178.    The statements contained in Paragraph 178 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 178 are directed toward Defendant Axiom, they are denied.

179.    The statements contained in Paragraph 179 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 179 are directed toward Defendant Axiom, they are denied.

180.    The statements contained in Paragraph 180 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 180 are directed toward Defendant Axiom, they are denied.

181.    The statements contained in Paragraph 181 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 181 are directed toward Defendant Axiom, they are denied.

182.    Because the allegations set forth in Paragraph 182 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

183.    Because the allegations set forth in Paragraph 183 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

184.    Because the allegations set forth in Paragraph 184 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

185.    Because the allegations set forth in Paragraph 185 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

186.    Because the allegations set forth in Paragraph 186 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

187.    Because the allegations set forth in Paragraph 187 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

188.    Because the allegations set forth in Paragraph 188 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

189.    Because the allegations set forth in Paragraph 189 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

190.    Because the allegations set forth in Paragraph 190 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

191.    Because the allegations set forth in Paragraph 191 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

192.   Because the allegations set forth in Paragraph 192 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

193.   Because the allegations set forth in Paragraph 193 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

194.   Because the allegations set forth in Paragraph 194 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the  allegations.

195.   Because the allegations set forth in Paragraph 195 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

196.   Because the allegations set forth in Paragraph 196 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

197.   Because the allegations set forth in Paragraph 197 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

**9 AM INCIDENT**

198.   Because the allegations set forth in Paragraph 198 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

199.   Because the allegations set forth in Paragraph 199 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

200. Because the allegations set forth in Paragraph 200 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

201. Because the allegations set forth in Paragraph 201 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

202. Because the allegations set forth in Paragraph 202 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

203. Because the allegations set forth in Paragraph 203 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

204. Because the allegations set forth in Paragraph 204 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

205. Because the allegations set forth in Paragraph 205 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor  denies the allegations.

206. Because the allegations set forth in Paragraph 206 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

207. Because the allegations set forth in Paragraph 207 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

208.   Because the allegations set forth in Paragraph 208 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

209.   Because the allegations set forth in Paragraph 209 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

210.   Because the allegations set forth in Paragraph 210 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

211.   Because the allegations set forth in Paragraph 211 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor  denies the allegations.

212.   Because the allegations set forth in Paragraph 212 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor  denies the allegations.

213.   Because the allegations set forth in Paragraph 213 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

214.   Because the allegations set forth in Paragraph 214 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

215.   Because the allegations set forth in Paragraph 215 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

216.    Because the allegations set forth in Paragraph 216 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

217.    Because the allegations set forth in Paragraph 217 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

218.    Because the allegations set forth in Paragraph 218 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

219.    Because the allegations set forth in Paragraph 219 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

220.    The statements contained in Paragraph 220 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 220 are directed toward Defendant Axiom, they are denied.

221.    The statements contained in Paragraph 221 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 221 are directed toward Defendant Axiom, they are denied.

222.    Because the allegations set forth in Paragraph 222 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

223.    Because the allegations set forth in Paragraph 223 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

224.     The statements contained in Paragraph 224 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 224 are directed toward Defendant Axiom, they are denied.

225.     The statements contained in Paragraph 225 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 225 are directed toward Defendant Axiom, they are denied.

226.     Because the allegations set forth in Paragraph 226 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

227.     Because the allegations set forth in Paragraph 227 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

228.     Because the allegations set forth in Paragraph 228 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

229.     Because the allegations set forth in Paragraph 229 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

230.     Because the allegations set forth in Paragraph 230 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

231.     Because the allegations set forth in Paragraph 231 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

232.    Because the allegations set forth in Paragraph 232 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

233.    Because the allegations set forth in Paragraph 233 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

234.    Because the allegations set forth in Paragraph 234 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

235.    Because the allegations set forth in Paragraph 235 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

236.    Because the allegations set forth in Paragraph 236 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

237.    Because the allegations set forth in Paragraph 237 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

238.    Because the allegations set forth in Paragraph 238 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

239.    Because the allegations set forth in Paragraph 239 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

240. Because the allegations set forth in Paragraph 240 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

241. Because the allegations set forth in Paragraph 241 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

242. Because the allegations set forth in Paragraph 242 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

243. Because the allegations set forth in Paragraph 243 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

244. Because the allegations set forth in Paragraph 244 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

245. Because the allegations set forth in Paragraph 245 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

246. Because the allegations set forth in Paragraph 246 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

247. Because the allegations set forth in Paragraph 247 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

248.    Because the allegations set forth in Paragraph 248 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

249.    Because the allegations set forth in Paragraph 249 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

250.    Because the allegations set forth in Paragraph 250 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

251.    Because the allegations set forth in Paragraph 251 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

252.    Because the allegations set forth in Paragraph 252 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

253.    Because the allegations set forth in Paragraph 253 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

254.    The statements contained in Paragraph 254 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 254 are directed toward Defendant Axiom, they are denied.

255.    The statements contained in Paragraph 255 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 255 are directed toward Defendant Axiom, they are denied.

256.    The statements contained in Paragraph 256 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 256 are directed toward Defendant Axiom, they are denied.

257.    The statements contained in Paragraph 257 of Plaintiffs' First Amended Complaint do not appear to contain allegations against Defendant Axiom. However, to the extent that any of the statements in Paragraph 257 are directed toward Defendant Axiom, they are denied.

## 2PM INCIDENT

258.    Because the allegations set forth in Paragraph 258 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

259.    Because the allegations set forth in Paragraph 259 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

260.    Because the allegations set forth in Paragraph 260 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the  allegations.

261.    Because the allegations set forth in Paragraph 261 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

262.    Because the allegations set forth in Paragraph 262 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

263.    Because the allegations set forth in Paragraph 263 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

264.    Because the allegations set forth in Paragraph 264 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

265.    Because the allegations set forth in Paragraph 265 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

266.    Because the allegations set forth in Paragraph 266 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

267.    Because the allegations set forth in Paragraph 267 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

268.    Because the allegations set forth in Paragraph 268 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

269.    Because the allegations set forth in Paragraph 269 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

270.    Because the allegations set forth in Paragraph 270 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

271.    Because the allegations set forth in Paragraph 271 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

272.    Because the allegations set forth in Paragraph 272 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

273.    Because the allegations set forth in Paragraph 273 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

274.    Because the allegations set forth in Paragraph 274 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

275.    Because the allegations set forth in Paragraph 275 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

276.    Because the allegations set forth in Paragraph 276 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

277.    Because the allegations set forth in Paragraph 277 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

278.    Because the allegations set forth in Paragraph 278 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

279.    Because the allegations set forth in Paragraph 279 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

280.    Because the allegations set forth in Paragraph 280 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

281.    Because the allegations set forth in Paragraph 281 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

282.    Because the allegations set forth in Paragraph 282 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

283.    Because the allegations set forth in Paragraph 283 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

284.    Because the allegations set forth in Paragraph 284 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

285.    Because the allegations set forth in Paragraph 285 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

286.    Because the allegations set forth in Paragraph 286 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

287.    Because the allegations set forth in Paragraph 287 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

288.    Because the allegations set forth in Paragraph 288 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

289.    Because the allegations set forth in Paragraph 289 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

290.    Because the allegations set forth in Paragraph 290 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

291.    Because the allegations set forth in Paragraph 291 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

292.    Because the allegations set forth in Paragraph 292 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

293.    Because the allegations set forth in Paragraph 293 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

294.    Because the allegations set forth in Paragraph 294 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

295.    Because the allegations set forth in Paragraph 295 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

296.    Because the allegations set forth in Paragraph 296 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

297.    Because the allegations set forth in Paragraph 297 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

298.    Because the allegations set forth in Paragraph 298 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

299.    Because the allegations set forth in Paragraph 299 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

300.    Because the allegations set forth in Paragraph 300 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

301.    Because the allegations set forth in Paragraph 301 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

302.    Because the allegations set forth in Paragraph 302 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

303.   Because the allegations set forth in Paragraph 303 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

304.   Because the allegations set forth in Paragraph 304 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

305.   Because the allegations set forth in Paragraph 305 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

306.   Because the allegations set forth in Paragraph 306 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

307.   Because the allegations set forth in Paragraph 307 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

308.   Because the allegations set forth in Paragraph 308 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

309.   Because the allegations set forth in Paragraph 309 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

310.   Because the allegations set forth in Paragraph 310 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

311.    Because the allegations set forth in Paragraph 311 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

312.    Because the allegations set forth in Paragraph 312 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

313.    Because the allegations set forth in Paragraph 313 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

314.    Because the allegations set forth in Paragraph 314 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

315.    Because the allegations set forth in Paragraph 315 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

316.    Because the allegations set forth in Paragraph 316 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

### AFTER THE FACT ADDITIONS/ADDENDUM TO REMON'S FILE

317.    Because the allegations set forth in Paragraph 317 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

318.    Because the allegations set forth in Paragraph 318 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

319.    Because the allegations set forth in Paragraph 319 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

320.    Because the allegations set forth in Paragraph 320 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

321.    Because the allegations set forth in Paragraph 321 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

322.    Because the allegations set forth in Paragraph 322 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

323.    Because the allegations set forth in Paragraph 323 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

324.    Because the allegations set forth in Paragraph 324 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

325.    Because the allegations set forth in Paragraph 325 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

326.    Because the allegations set forth in Paragraph 326 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

327. Because the allegations set forth in Paragraph 327 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

328. Because the allegations set forth in Paragraph 328 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

329. Because the allegations set forth in Paragraph 329 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

330. Because the allegations set forth in Paragraph 330 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

331. Because the allegations set forth in Paragraph 331 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

332. Because the allegations set forth in Paragraph 332 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

333. Because the allegations set forth in Paragraph 333 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

334. Because the allegations set forth in Paragraph 334 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

335.    Because the allegations set forth in Paragraph 335 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

336.    Because the allegations set forth in Paragraph 336 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

337.    Because the allegations set forth in Paragraph 337 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

338.    Because the allegations set forth in Paragraph 338 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

339.    Because the allegations set forth in Paragraph 339 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

340.    Because the allegations set forth in Paragraph 340 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

341.    Because the allegations set forth in Paragraph 341 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

342.    Because the allegations set forth in Paragraph 342 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

343.    Because the allegations set forth in Paragraph 343 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

### INDIVIDUAL LIABILITY

344.    Because the allegations set forth in Paragraph 344 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

345.    Because the allegations set forth in Paragraph 345 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

346.    Because the allegations set forth in Paragraph 346 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

347.    Because the allegations set forth in Paragraph 347 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

348.    Because the allegations set forth in Paragraph 348 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

349.    Because the allegations set forth in Paragraph 349 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

350.    Because the allegations set forth in Paragraph 350 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

351.    Because the allegations set forth in Paragraph 351 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

352.    Because the allegations set forth in Paragraph 352 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

353.    Because the allegations set forth in Paragraph 353 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

354.    Because the allegations set forth in Paragraph 354 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

355.    Because the allegations set forth in Paragraph 355 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

356.    Because the allegations set forth in Paragraph 356 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

357.    Because the allegations set forth in Paragraph 357 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

358.    Because the allegations set forth in Paragraph 358 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

359.   Because the allegations set forth in Paragraph 359 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

360.   Because the allegations set forth in Paragraph 360 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

361.   Because the allegations set forth in Paragraph 361 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

362.   Because the allegations set forth in Paragraph 362 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

363.   Because the allegations set forth in Paragraph 363 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

364.   Because the allegations set forth in Paragraph 364 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

365.   Defendant Axiom denies the allegations contained in Paragraph 365 of Plaintiffs' First Amended Complaint.

366.   To the extent the allegations contained in Paragraph 366 of Plaintiffs' First Amended Complaint are directed toward Defendant Axiom, they are denied.

### SUPERVISOR LIABILITY

367.   Because the allegations set forth in Paragraph 367 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

368.    Because the allegations set forth in Paragraph 368 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

369.    Answering Paragraph 369 of Plaintiffs' First Amended Complaint, Defendant Axiom admits the allegations contained therein.

370.    Because the allegations set forth in Paragraph 370 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

371.    Because the allegations set forth in Paragraph 371 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

372.    Because the allegations set forth in Paragraph 372 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

373.    Because the allegations set forth in Paragraph 373 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

374.    Because the allegations set forth in Paragraph 374 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

375.    Because the allegations set forth in Paragraph 375 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

376.    Because the allegations set forth in Paragraph 376 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

377.   Because the allegations set forth in Paragraph 377 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

378.   Because the allegations set forth in Paragraph 378 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

379.   Because the allegations set forth in Paragraph 379 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

380.   Because the allegations set forth in Paragraph 380 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

381.   Because the allegations set forth in Paragraph 381 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

382.   Because the allegations set forth in Paragraph 382 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations

383.   Because the allegations set forth in Paragraph 383 of Plaintiffs' First Amended Complaint are directed to other parties, Defendant Axiom neither admits nor denies the allegations.

384.   Because the allegations set forth in Paragraph 384 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

385.   Because the allegations set forth in Paragraph 385 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

386.   Because the allegations set forth in Paragraph 386 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations

387.   Because the allegations set forth in Paragraph 387 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations

388.   Because the allegations set forth in Paragraph 388 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

389.   Because the allegations set forth in Paragraph 389 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

390.   Because the allegations set forth in Paragraph 390 of Plaintiffs' First Amended Complaint are directed to other parties and because Defendant Axiom is without sufficient information, Defendant Axiom neither admits nor denies the allegations.

## COUNT I
### Wrongful Death and Survival Action
### Pursuant to A.R.S. § 12-611, *et seq.* and A.R.S. § 14-3110

*(All Defendants)*

391.   Because Paragraph 391 of Plaintiffs' First Amended Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference its responses to those allegations in Paragraphs 1-390 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 391 of Plaintiffs'

First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axion, the allegations are denied.

392.   Defendant Axiom objects to the allegations contained in Paragraph 392 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 392 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

393.   Defendant Axiom objects to the allegations contained in Paragraph 393 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 393 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

394.   Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 394 of Plaintiffs' First Amended Complaint and therefore denies those allegations.

395.   Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 395 of Plaintiffs' First Amended Complaint and therefore denies those allegations.

396.   Defendant Axiom denies the allegations contained in Paragraph 396 of Plaintiffs' First Amended Complaint to the extent those allegations pertain to Defendant Axiom.

397.   Defendant Axiom denies the allegations contained in Paragraph 397 of Plaintiffs' First Amended Complaint to the extent those allegations pertain to Defendant Axiom.

398.    Defendant Axiom objects to the allegations contained in Paragraph 398 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, and because the allegations appear to be directed to others, to the extent any of the allegations set forth in Paragraph 398 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

399.    Defendant Axiom denies the allegations contained in Paragraph 399 of Plaintiffs' First Amended Complaint to the extent those allegations pertain to Defendant Axiom.

400.    Defendant Axiom does not have sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 400 of Plaintiffs' First Amended Complaint and therefore denies those allegations.

401.    Defendant Axiom denies the allegations contained in Paragraph 401 of Plaintiffs' First Amended Complaint to the extent those allegations pertain to Defendant Axiom.

402.    Defendant Axiom denies the allegations contained in Paragraph 402 of Plaintiffs' First Amended Complaint.

### COUNT II
### Gross Negligence
*(All Defendants)*

403.    Because Paragraph 403 of Plaintiffs' First Amended Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-402 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 403 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

404.    Defendant Axiom objects to the allegations contained in Paragraph 404 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 404 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

405.    Defendant Axiom objects to the allegations contained in Paragraph 405 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 405 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

406.    Defendant Axiom objects to the allegations contained in Paragraph 406 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 406 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

407.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' First Amended Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 407 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

408.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' First Amended Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 408 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

409.    Defendant Axiom denies the allegations contained in Paragraph 409 of Plaintiffs' First Amended Complaint.

410.    Because the allegations set forth in Paragraph 410 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 410 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

411.    Because the allegations set forth in Paragraph 411 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 411 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

412.    Because the allegations set forth in Paragraph 412 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 412 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

413.    Because the allegations set forth in Paragraph 413 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 413 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

414.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' First Amended Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 414 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

415. Defendant Axiom provided services for certain time frames alleged in Plaintiffs' First Amended Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 415 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

416. Defendant Axiom denies the allegations contained in Paragraph 416 of Plaintiffs' First Amended Complaint.

417. Because the allegations set forth in Paragraph 417 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 417 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

418. Because the allegations set forth in Paragraph 418 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 418 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

419. Because the allegations set forth in Paragraph 419 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 419 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

420. Because the allegations set forth in Paragraph 420 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 420 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

421.    Because the allegations set forth in Paragraph 421 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 421 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

422.    Because the allegations set forth in Paragraph 422 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 422 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

423.    Because the allegations set forth in Paragraph 423 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 423 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

424.    Because the allegations set forth in Paragraph 424 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 424 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

## COUNT III
### Negligence
*(Axiom)*

425.    Because Paragraph 425 of Plaintiffs' First Amended Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-424 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 425 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

426.    Defendant Axiom objects to the allegations contained in Paragraph 426 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 426 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

427.    Defendant Axiom objects to the allegations contained in Paragraph 427 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 427 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

428.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' First Amended Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 428 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

429.    Defendant Axiom provided services for certain time frames alleged in Plaintiffs' First Amended Complaint and it did so in a sufficient and reasonable manner; however, to the extent any of the allegations set forth in Paragraph 429 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

430.    Defendant Axiom denies the  allegations contained in Paragraph 430 of Plaintiffs' First Amended Complaint.

431.    Defendant Axiom objects to the allegations contained in Paragraph 431 of Plaintiffs' First Amended Complaint insofar as they constitute legal conclusions not susceptible of a responsive pleading. Notwithstanding this pleading deficiency and without waiving this objection, to the extent any of the allegations set forth in Paragraph 431 of

Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

432.    Defendant Axiom denies the allegations contained in Paragraph 432 of Plaintiffs' First Amended Complaint.

433.    Defendant Axiom denies the allegations contained in Paragraph 433 of Plaintiffs' First Amended Complaint.

434.    Defendant Axiom denies the allegations contained in Paragraph 434 of Plaintiffs' First Amended Complaint.

## COUNT IV
### Cruel and Unusual Punishment in Violation of the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983
*(CHS Defendant and MCSO Defendant)*

435.    Because Paragraph 435 of Plaintiffs' First Amended Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by this reference their responses to those allegations in Paragraphs 1-434 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 435 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

436.    Because the allegations set forth in Paragraph 436 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 436 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

437.    Because the allegations set forth in Paragraph 437 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 437 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

438.    Because the allegations set forth in Paragraph 438 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 438 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

439.    Because the allegations set forth in Paragraph 439 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 439 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

440.    Because the allegations set forth in Paragraph 440 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 440 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

441.    Because the allegations set forth in Paragraph 441 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 441 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

442.    Because the allegations set forth in Paragraph 442 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 442 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

443.    Because the allegations set forth in Paragraph 443 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph

443 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

444.    Because the allegations set forth in Paragraph 444 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 444 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

## COUNT V
### Cruel and Unusual Punishment in Violation of the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983 – *Monell* – Policy, Custom and Practice
*(Maricopa, Penzone)*

445.    Because Paragraph 445 Plaintiffs' First Amended Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by reference their responses to those allegations in Paragraphs 1-444 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 445 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

446.    Because the allegations set forth in Paragraph 446 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 446 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

447.    Because the allegations set forth in Paragraph 447 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 447 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

448.    Because the allegations set forth in Paragraph 448 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 448 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

449.    Because the allegations set forth in Paragraph 449 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 449 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

450.    Because the allegations set forth in Paragraph 450 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 450 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

451.    Because the allegations set forth in Paragraph 451 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 451 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

452.    Because the allegations set forth in Paragraph 452 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 452 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

453.    Because the allegations set forth in Paragraph 453 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph

453 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

454.    Because the allegations set forth in Paragraph 454 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 454 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

<u>**COUNT V**</u>
<u>**Battery and Survival Action Pursuant to A.R.S. § 12-542, 14-3110**</u>
*(CHS Defendants)*

455.    Because Paragraph 455 Plaintiffs' First Amended Complaint incorporates all previous allegations, Defendant Axiom incorporates herein by reference their responses to those allegations in Paragraphs 1-454 above as though fully set forth herein. To the extent any of the allegations set forth in Paragraph 455 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

456.    Because the allegations set forth in Paragraph 456 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 456 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

457.    Because the allegations set forth in Paragraph 457 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 457 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

458.    Because the allegations set forth in Paragraph 458 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor

denies the allegations; however, to the extent any of the allegations set forth in Paragraph 458 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

459.    Because the allegations set forth in Paragraph 459 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 459 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

460.    Because the allegations set forth in Paragraph 460 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 460 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

461.    Because the allegations set forth in Paragraph 461 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 461 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

462.    Because the allegations set forth in Paragraph 462 of Plaintiffs' First Amended Complaint are directed to another party, Defendant Axiom neither admits nor denies the allegations; however, to the extent any of the allegations set forth in Paragraph 462 of Plaintiffs' First Amended Complaint are intended to allege any form of liability or wrongdoing on the part of Defendant Axiom, the allegations are denied.

463.    Defendant Axiom denies each and every allegation of Plaintiffs' First Amended Complaint not expressly admitted herein.

## **JURY TRIAL DEMAND**

464.    Defendant Axiom demands a trial by jury on all triable issues.

**AFFIRMATIVE DEFENSES**

1.      For its first and separate affirmative defense, Defendant Axiom alleges assumption of the risk.

2.      For its second and separate affirmative defense, Defendant Axiom alleges that other parties, named or unnamed, are at fault, in whole or in part, for any damages suffered by Plaintiffs.

3.      For its third and separate affirmative defense, Defendant Axiom alleges that there is no causal nexus between Plaintiffs' alleged injuries and Defendant Axiom's actions or inactions.

4.      For its fourth and separate affirmative defense, Defendant Axiom alleges that any damages suffered by Plaintiffs were the result of an intervening/superseding cause or occurred as a result of the negligence, gross negligence, or intentional acts of someone or some entity other than Defendant Axiom.

5.      For its fifth and separate affirmative defense, Defendant Axiom alleges it is entitled to all privileges, immunities and defenses pursuant to state and federal law.

6.      For its sixth and separate affirmative defense, Defendant Axiom alleges that Plaintiffs' claim is barred or that Plaintiffs' damages must be reduced due to the applicability of the doctrine of mitigation of damages and avoidable consequences.

7.      Additional facts may be revealed by future discovery that support additional affirmative defenses available to Defendant Axiom. Accordingly, Defendant Axiom incorporates, by this reference, all of the affirmative defenses available to Defendant Axiom.  Defendant Axiom further incorporates, by this reference, all of the affirmative defenses set forth in Rules 8 and 12 of the Arizona Rules of Civil Procedure.

**PRAYER FOR RELIEF**

Having fully answered Plaintiffs' First Amended Complaint, Defendant Axiom respectfully requests that this action be dismissed, that Plaintiffs be ordered to pay the costs and attorneys' fees incurred by Defendant Axiom, and for any further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 27th day of November, 2024.

**GRASSO LAW FIRM, P.C.**

By: _____

Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona  852826
Attorneys for Defendant Building Blocks
Counseling, LLC d/b/a Axiom Care

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of November, 2024, I electronically filed the foregoing via the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
  Attorneys for Plaintiffs

Sean Healy
Jay Rademacher
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Phoenix Plaza Tower II
2929 N. Central Ave., #1700
Phoenix, Arizona 85012
sean.healy@lewisbrisbois.com
jay.rademacher@lewisbrisbois.com
Attorneys for State of Arizona Defendants

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trulllinger
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendant Penzone and Maricopa Defendants

Jody C. Corbett
**OFFICE OF THE CITY ATTORNEY**
200 W. Washington, Suite 1300
Phoenix, Arizona 85003
Law.civil.minute.entries@phoenix.gov
Attorney for City of Phoenix Defendants

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
Attorneys for Correctional Health Services Defendants

James M. Jellison
**JELLISON LAW OFFICES, PLLC**
18801 N. Thompson Peak Parkway, Ste. D235
Scottsdale, Arizona 85255
jim@jellisonlaw.com
Attorney for Defendant Robin Avalos


By:/s/ Donna Ross – dross@grassolawfirm.com