**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorney Defendant Robin Avalos*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana, <br><br>Plaintiffs, <br>vs. <br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and Jane Doe Mossman, a married couple, Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe | Case No. 2:24-cv-02087-ROS (CDB) <br><br>**COUNSEL'S STATEMENT AND CERTIFICATE OF CONFERRAL** |

1

Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah, Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Deanna Moore and John Doe Moore, a married couple; Allison Slation and John Doe Slation, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; Sarah Zavala and John Doe Zavala, a married couple; Kellee Zambrano and John Doe Zambrano, a married couple; and John and Jane Does I – X;

   Defendants.

Pursuant to L.R.Civ. 12.1, counsel undersigned certifies that he conferred with Plaintiffs' counsel on Thursday, September 12, 2024 and again on November 25, 2024 to discuss Defendant Robin Avalos' intention to file a Rule 12(b)(6) motion. The parties were unable to agree that the *amended* pleading was curable in any part by another permissible amendment offered by the pleading party.

DATED this 27th day of November, 2024.

JELLISON LAW OFFICES, PLLC

By : s/ *James M. Jellison*
James M. Jellison, Esq.
*Attorney for Defendant Robin Avalos*

2