# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>　　　　　　　Plaintiffs,<br>v.<br>State of Arizona, et al.,<br>　　　　　　　Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the stipulation of the parties at ECF No. 78,

**IT IS ORDERED that** Plaintiffs shall have until **December 13, 2024**, to docket a response to the motion to dismiss as ECF No. 65.

Dated this 2nd day of December, 2024.

Camille D. Bibles
United States Magistrate Judge