Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CITY DEFENDANTS**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

| | |
|---|---|
| | couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X, |
| | Defendants. |

Through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs give notice that they hereby dismiss, without prejudice, the following Defendants from this action: the City of Phoenix, Michael Sullivan, and Michael Villegas (collectively, the "City Defendants"). This dismissal is effective upon filing, without a court order, because none of the City Defendants have filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED** this 6th day of December 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sean P. Healy
sean.healy@lewisbrisbois.com
donna.hatheway@lewisbrisbois.com
holly.bornhoft@lewisbrisbois.com
Jay R. Rademacher
jay.rademacher@lewisbrisbois.com
mariana.lara@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012-2761
*Attorneys for Defendant State of Arizona*

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
*Attorneys for Defendant Maricopa County, CHS Defendants, Struble and Crutchfield*

Kim Chamberlain
kim.chamberlain@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
Charles Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
shinabad@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

1  Jody C. Corbett
2  jody.corbett@phoenix.gov
   maria.sandoval@phoenix.gov
3  **OFFICE OF THE CITY ATTORNEY**
   law.civil.minute.entries@phoenix.gov
4  200 W Washington, Ste. 1300
5  Phoenix, AZ 85003-1611
   *Attorneys for Defendants City of Phoenix, Sullivan, and Villegas*
6
7  James Jellison
   jim@jellisonlaw.com
8  **JELLISON LAW OFFICES, PLLC**
   admin@jellisonlaw.com
9  18801 N Thompson Peak Parkway, Ste. D235
10 Scottsdale, AZ 85255
   *Attorney for Defendant Robin Avalos*
11
12 Robert Grasso, Jr.
   rgrasso@grassolawfirm.com
13 jgarcia@grassolawfirm.com
   Pari K. Scroggin
14 pscroggin@grassolawfirm.com
   dross@grassolawfirm.com
15 **GRASSO LAW FIRM, P.C.**
16 minuteentries@grassolawfirm.com
   3075 W Ray Rd., Ste. 110
17 Chandler, AZ 85226
18 *Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*
19
20      */s/ Ben Dangerfield*
21
22
23
24
25
26
27
28

4