# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the stipulation of the parties at ECF No. 82,

**IT IS ORDERED that** Plaintiffs shall have until **December 13, 2024**, to docket responses to the motions at ECF No. 71, 72, and 73.

Dated this 9th day of December, 2024.

Camille D. Bibles
United States Magistrate Judge