KAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, et al., <br><br> Defendants. | No. CV-24-02087-PHX-ROS (CDB) <br><br> **ORDER** |

Plaintiffs Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes, and Tesfai Haggmana, who are represented by counsel, brought this action against numerous Defendants. Pending before the Court are: (1) Defendants City of Phoenix, Michael Sullivan, and Michael Villegas's Motions to Dismiss[1] (Docs. 54, 69), (2) the State of Arizona, Mark Guerra, Yesenia Sambrano, and Allison Slaton's Motion to Dismiss (Doc. 65), (3) Defendants LaShon Arrington, Michelle Martin, Christie Trevett, Andrew Fairfield, and Cynthia Wright's Motion to Dismiss (Doc. 71); (4) Defendant Victor Gan's Motion to Dismiss (Doc. 72), (5) Defendants Lisa Struble and David Crutchfield's Motion to Dismiss (Doc. 73), and (6) Defendant Robin Avalos' Motion to Dismiss (Doc. 77).

---

[1] These Motions address Plaintiff's original Complaint and First Amended Complaint respectively.

Since the filing of these Motions, Plaintiffs voluntarily dismissed all of these Defendants with the exception of Defendant Arrington. (*See* Doc. 81 (dismissing City of Phoenix, Sullivan, and Villegas); Doc. 84 (dismissing State of Arizona, Guerra, Sambrano, Slaton, Avalos, Gan, Crutchfield, Struble, Fairfield, Martin, Trevett, Wright).)

Accordingly, the Motions to Dismiss the Defendants that were voluntarily dismissed will be denied as moot without prejudice.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is **withdrawn** as to Defendants City of Phoenix, Michael Sullivan, and Michael Villegas's Motions to Dismiss (Docs. 54, 69), the State of Arizona, Mark Guerra, Yesenia Sambrano, and Allison Slaton's Motion to Dismiss (Doc. 65), Defendants LaShon Arrington, Michelle Martin, Christie Trevett, Andrew Fairfield, and Cynthia Wright's Motion to Dismiss (Doc. 71); Defendant Victor Gan's Motion to Dismiss (Doc. 72), Defendants Lisa Struble and David Crutchfield's Motion to Dismiss (Doc. 73), and Defendant Robin Avalos' Motion to Dismiss (Doc. 77).

(2) Defendants City of Phoenix, Michael Sullivan, and Michael Villegas's Motions to Dismiss (Docs. 54, 69), the State of Arizona, Mark Guerra, Yesenia Sambrano, and Allison Slaton's Motion to Dismiss (Doc. 65), Defendant Victor Gan's Motion to Dismiss (Doc. 72), Defendants Lisa Struble and David Crutchfield's Motion to Dismiss (Doc. 73), and Defendant Robin Avalos' Motion to Dismiss (Doc. 77) are **denied as moot without prejudice**.

…

…

…

…

…

…

…

…

(3) Defendants LaShon Arrington, Michelle Martin, Christie Trevett, Andrew Fairfield, and Cynthia Wright's Motion to Dismiss (Doc. 71) is **denied as moot** as to Defendants Martin, Trevett, Fairfield, and Wright. The part of the Motion (Doc. 71) pertaining to Defendant Arrington **remains pending**.

Dated this 23rd day of December, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge