# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>    Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

The parties having submitted a Rule 26 statement agreeing as to the deadlines for completing discovery and the filing of dispositive motions,

**IT IS ORDERED that** telephonic scheduling conference set for January 14, 2025, at 1 p.m., is **vacated**. A scheduling order will follow.

Dated this 8th day of January, 2025.

_____
Camille D. Bibles
United States Magistrate Judge