# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>               Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>               Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the Rule 26 report submitted by the parties,

**IT IS ORDERED that:**

1. All parties shall serve their initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, if not previously made, no later than **February 17, 2025**.

2. Deadline for Joining Parties and Amending Pleadings. The deadline for joining parties, amending pleadings, or filing supplemental pleadings is **February 24, 2025**. Any motion for leave to amend or notice of amendment must be filed in accordance with Rule 15.1 of the Local Rules of Civil Procedure. Any motion or notice that does not comply with the local and federal rules may be stricken by the Court.

3. Discovery Deadlines and Limitations. Depositions in this case shall be limited to seven hours each as provided in Rule 30(d)(1) of the Federal Rules of Civil Procedure. The number of depositions and interrogatories shall be as limited in Rule 30(a)(2)(A)(i) and Rule 33(a)(1) of the Federal Rules of Civil Procedure. Should any party seek to limit

or conduct additional depositions they should file an appropriate motion. Each side may also propound up to 40 requests for production of documents, including subparts, and up to 40 requests for admissions, including subparts. The limitations set forth in this paragraph may be increased by agreement of the parties, but such an increase will not result in an extension of the discovery deadlines.

a. Depositions: All depositions shall be scheduled to commence at least **five working days** prior to the discovery deadline. A deposition commenced five days prior to the deadline may continue up until the deadline, as necessary.

b. Fact Discovery: All written fact discovery, including the disclosure of electronically stored information ("ESI"), shall be **completed no later than November 3, 2025**. Responses to requests for production and interrogatories shall include all information stored electronically. All ESI recordings must be produced in audio and video format. All fact/lay witness depositions must be **completed** no later than **November 3, 2025**.

4. Deadlines for Disclosure of Experts and Completion of Expert Discovery.

a. Plaintiffs shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **October 31, 2025**.

b. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **December 15, 2025**.

c. Rebuttal expert disclosure, if any, shall be made no later than **January 15, 2026**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

d. All expert witness depositions shall be **completed** no later than **February 16, 2026**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

5. <u>Discovery Disputes</u>.

The parties are directed to Local Civil Rule 7.2(j), which prohibits filing discovery motions unless the parties have first met to resolve any discovery difficulties. If the parties cannot reach a resolution, they are directed to file the appropriate motion specifying the relief sought and citing to any published legal opinion which supports their motion. Any briefing regarding a discovery dispute shall comply with Local Rule of Civil Procedure 7.2(k).

6. <u>Deadline for Filing Dispositive Motions</u>.

a. Dispositive motions shall be filed no later than **March 30, 2026.** Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

b. No party shall file more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure unless permission is first obtained from the Court.

c. Pursuant to Local Rule of Civil Procedure 7.2(f), a party desiring oral argument on a motion for summary judgment must request it by placing "Oral Argument Requested" immediately below the title of the motion or the response to the motion. The Court may decide motions without oral argument and will issue an order scheduling oral argument as it deems appropriate.

7. <u>Deadline for Engaging in Good Faith Settlement Talks</u>. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **January 30, 2026**. The parties shall jointly notify the Court if and when they seek referral to a different magistrate judge for the purpose of conducting a settlement conference.

Upon completion of settlement talks, and in no event later than seven working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint Report on Settlement Talks executed by or on behalf of all counsel. The Report shall inform the Court that good faith settlement talks have been held and shall

report on the outcome of such talks. The parties shall promptly notify the Court at any time when settlement is reached during the course of this litigation.

8. <u>Deadline for Notice of Readiness for Pretrial Conference</u>. Plaintiffs shall notify the Court that the parties are ready for scheduling of a Final Pretrial Conference pursuant to Rule 16(d) of the Federal Rules of Civil Procedure. Plaintiffs shall file and serve this notice within fourteen days after the dispositive motion deadline if no dispositive motions are pending on that date. If dispositive motions are pending, Plaintiffs shall file and serve such notice within fourteen days after the resolution of dispositive motions. The Court will then issue an order setting the Final Pretrial Conference that (a) sets deadlines for briefing motions in limine, (b) includes a form for the completion of the parties' Joint Proposed Final Pretrial Order, and (c) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial Conference. A firm trial date will be set at the Final Pretrial Conference.

9. <u>The Deadlines Are Real</u>. The parties are advised that the Court intends to enforce the deadlines set forth in this order and should plan their litigation activities accordingly.

Dated this 8th day of January, 2025.

_____
Camille D. Bibles
United States Magistrate Judge