RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  KIM CHAMBERLAIN (031675)
     CHARLES TRULLINGER (018936)
     Deputy County Attorneys
     Kim.Chamberlain@mcao.maricopa.gov
     trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Penzone, Sheridan, Williams, Mossman, Sanders, and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | **No.** CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICER** |

Pursuant to Federal Rule of Civil Procedure 25(d), Maricopa County Sheriff Gerard ("Jerry") A. Sheridan gives notice that he has been appointed as the successor to Maricopa County Sheriff Russell Skinner, effective January 1, 2025, and as such, he is automatically substituted for former Sheriff Russell Skinner and/or former Sheriff Paul Penzone in this action for all official capacity claims. To the extent there are any remaining individual claims against Paul Penzone, Penzone will remain as a properly named Defendant for

those claims only. Jerry Sheridan requests that the Court direct the Clerk of the Court to amend the docket to reflect this automatic substitution for all other claims.

**RESPECTFULLY SUBMITTED** this 10th day of January, 2025.

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

BY: */s/Kim Chamberlain*
    KIM CHAMBERLAIN
    CHARLES TRULLINGER
    Deputy County Attorney
    *Attorneys for Defendants Penzone, Sheridan, Williams, Mossman, Sanders, and Ball*

### CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\Ntc of Sheriff Sub 1.10.25.docx