1  RACHEL H. MITCHELL
   MARICOPA COUNTY ATTORNEY
2
3  By:   KIM CHAMBERLAIN (031675)
         CHARLES TRULLINGER (018936)
4        Deputy County Attorneys
         Kim.Chamberlain@mcao.maricopa.gov
5        trullinc@mcao.maricopa.gov

6  CIVIL SERVICES DIVISION
   225 West Madison Street
7  Phoenix, Arizona 85003
   Telephone: (602) 506-8541
8  Facsimile: (602) 506-4316
   ca-civilmailbox@mcao.maricopa.gov
9  MCAO Firm No.: 00032000

10 *Attorneys for Defendants Sheriff Jerry Sheridan,
   Brent Williams, Jannis Mossman, Miranda
11 Sanders, and Bryant Ball*

12               **IN THE UNITED STATES DISTRICT COURT**

13                  **FOR THE DISTRICT OF ARIZONA**

14

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF MARICOPA COUNTY DEFENDANTS' INITIAL RULE 26.1 DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that the undersigned counsel for Defendants did serve via e-mail on February 18, 2025, Defendants' Initial Disclosure Statement upon Plaintiff.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

1  **RESPECTFULLY SUBMITTED** this 18th day of February, 2025.

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

BY: */s/Kim Chamberlain*
    KIM CHAMBERLAIN
    CHARLES TRULLINGER
    Deputy County Attorney
    *Attorneys for Defendants Sheriff Jerry Sheridan, Brent Williams, Jannis Mossman, Miranda Sanders, and Bryant Ball*

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
*Attorneys for Defendants Maricopa County, Correctional Health Services and LaShon Arrington*

Robert Grasso, Jr.,
Pari K. Scroggin
**GRASSO LAW FIRM**
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care*

*/s/Judith. E*

\\Valley.ca.mcao.maricopa.gov\public\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\NOS\25-0218 NOS DEF IDS .docx

3