Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Defendants Maricopa County, Chailland, Conn, Daugomah, Hodge, Rintala and Stevens*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>State of Arizona, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT OF DEFENDANTS MARICOPA COUNTY, CHAILLAND, CONN, DAUGOMAH, HODGE, RINTALA AND STEVENS** |

NOTICE IF HEREBY GIVEIN that the undersigned counsel for Defendants Maricopa County, Chailland, Conn, Daugomah, Hodge, Rintala and Stevens, served via e-mail on February 18, 2025, Defendants' Initial Disclosure Statement upon Plaintiff.

The original of this Notice has been e-filed with the Clerk of this Court.

**RESPECTFULLY SUBMITED** this 18th day of February, 2025.

                    **BERRY LAW GROUP, PLLC**


            By:  /s/ Christopher J. Berry
                    Christopher J. Berry, Esq.
                    *Attorneys for Defendants Maricopa County, Chailland, Conn, Daugomah, Hodge, Rintala and Stevens*

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By:  /s/ Maria Elena Garcia