**GRASSO**
— LAW FIRM —

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
    Attorneys for Defendant Building Blocks
    Counseling, LLC d/b/a Axiom Care

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>                Plaintiffs,<br>vs.<br><br>Maricopa County, a governmental entity; Correctional Health Services; LaShon Arrington; Maricopa County Sheriff's Office; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company, etc., et al.,<br><br>                Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**STIPULATION TO EXTEND DESIGNATION OF NON-PARTIES AT FAULT DEADLINE** |

      The parties, through undersigned counsel, stipulate to extend the deadline for the designation of non-parties at fault to **December 15, 2025.**

      This Stipulation is based upon the Defendants who remain in this case after voluntarily dismissals have been filed and have recently summitted Rule 26 Initial

1

Disclosure Statements. The parties request extension of the non-party at fault deadline in order to allow the remaining Defendants to properly assess this case.

  A proposed Order is lodged with this Stipulation.

  RESPECTFULLY SUBMITTED this 19th day of February, 2025.

| **MILLS + WOODS LAW, PLLC** | **GRASSO LAW FIRM, P.C.** |
|---|---|
| By:/s/ *Sean A. Woods*<br> Robert T. Mills<br> Sean A. Woods<br> 5055 N. 12th Street, Suite 101<br> Phoenix, Arizona 85014<br> Attorneys for Plaintiffs | By:/s/ *Pari K. Scroggin*<br> Robert Grasso, Jr.<br> Pari K. Scroggin<br> 3075 W. Ray Road, Suite 110<br> Chandler, Arizona 85226<br> Attorneys for Defendant Building<br> Blocks Counseling, LLC d/b/a<br> Axiom Care |
| **MARICOPA COUNTY ATTORNEY'S OFFICE** | **BERRY LAW GROUP** |
| By:/s/ *Kim Chamberlain*<br> Rachel H. Mitchell<br> Kim Chamberlain<br> Charles Trulllinger<br> Civil Services Division<br> 225 W. Madison Street<br> Phoenix, Arizona 85003<br> Attorneys for Defendants MCSO, Sheriff Russell Skinner, Paul Penzone, D.O. Sanders, D.O. Williams, D.O. Mossman and D.O. Ball | By:/s/ *Christopher Berry*<br> Christopher Berry<br> 1850 N. Central Ave., #1025<br> Phoenix, Arizona 85004<br> Attorneys for Defendants Maricopa County, Correctional Health Services and LaShon Arrington |

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2025, I caused this document to be electronically transmitted to the Clerk's office, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
   Attorneys for Plaintiffs

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trulllinger
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
kim.chamberlain@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendants MCSO, Sheriff Russell Skinner, Paul Penzone, D.O. Sanders, D.O. Williams, D.O. Mossman And D.O. Ball

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
Attorneys for Defendants Maricopa County,
 Correctional Health Services and LaShon Arrington

By:/s/ Donna Ross – dross@grassolawfirm.com

3