# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>        Plaintiffs,<br><br>vs.<br><br>Maricopa County, a governmental entity; Correctional Health Services; LaShon Arrington; Maricopa County Sheriff's Office; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company, etc., et al.,<br><br>        Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**ORDER EXTENDING DESIGNATION OF NON-PARTIES AT FAULT DEADLINE** |

Based upon stipulation of the parties and for good cause shown:

IT IS ORDERED extending the deadline for designation of non-parties at fault to **December 15, 2025.**

1