# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　　　Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the stipulation of the parties at ECF No. 96,

**IT IS ORDERED that** the deadline for designating non-parties at fault is extended to December 15, 2025.

The parties are advised to be diligent in pursuing relevant discovery and this deadline will not be extended absent a showing of extraordinary cause.

Dated this 20th day of February, 2025.

_____
Camille D. Bibles
United States Magistrate Judge