# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al., | No. CV-24-02087-PHX-ROS (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Before the Court is the Parties' Stipulation for Dismissal of Certain Defendants (Doc. 98). Good cause appearing,

**IT IS ORDERED** the Stipulation for Dismissal of Certain Defendants (Doc. 98) is **GRANTED**.

**IT IS FURTHER ORDERED** Defendant Paul Penzone is **DISMISSED WITH PREJUDICE** in his individual capacity only.

**IT IS FURTHER ORDERED** Defendants Brent Williams, Jannis Mossman, and Miranda Sanders are **DISMISSED WITHOUT PREJUDICE**.

Dated this 28th day of February, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge