# GRASSO
## LAW FIRM

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
    Attorneys for Defendant Building Blocks
    Counseling, LLC d/b/a Axiom Care

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative of and on behalf of The Estate of Remon Yohannes; and Tesfai Haggmana,<br><br>          Plaintiffs,<br>vs.<br><br>Maricopa County, a governmental entity; Correctional Health Services; LaShon Arrington; Maricopa County Sheriff's Office; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company, etc., et al.,<br><br>          Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br><br>**NOTICE OF SERVICE OF DEFENDANT AXIOM'S RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY** |

**NOTICE IS GIVEN** that on June 27, 2025, Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, by and through undersigned counsel, served upon the parties via email, the following:

1

1    1.    Defendant Axiom's Responses to Plaintiffs' Requests for Production of

Documents and Interrogatories.

RESPECTFULLY SUBMITTED this 27th day of June, 2025.

**GRASSO LAW FIRM, P.C.**

By:    _____
Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona  85226
    Attorneys for Defendant Building Blocks
    Counseling, LLC d/b/a Axiom Care

////                        ////                                        ////

2

1
2
3
4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of June, 2025, I caused this document to be electronically transmitted to the Clerk's office, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

5
6
7
8
9

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
   Attorneys for Plaintiffs

10
11
12
13
14
15
16
17
18
19

Rachel H. Mitchell
Maricopa County Attorney
Kim Chamberlain
Charles Trullinger
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
kim.chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
Attorneys for Defendants MCSO, Sheriff Russell Skinner, and D.O. Ball

20
21
22
23
24

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., #1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
Attorneys for Defendants Maricopa County,
 Correctional Health Services and LaShon Arrington

25
26

By:/s/ Donna Ross – dross@grassolawfirm.com

3