RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   KIM CHAMBERLAIN (031675)
      CHARLES TRULLINGER (018936)
      Deputy County Attorneys
      Kim.Chamberlain@mcao.maricopa.gov
      trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Gerald Sheridan and Bryant Ball*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

Notice is hereby given that undersigned counsel for Defendant's Sheridan and Ball did serve Defendant's First Supplemental Disclosure Statement via E-mail on July 3, 2025, upon Plaintiff. The original of this Notice has been e-filed with the Clerk of the Court.

///

///

**RESPECTFULLY SUBMITTED** this 3rd day of July 2025.

                                             **RACHEL H. MITCHELL**
                                             **MARICOPA COUNTY ATTORNEY**

                            BY: */s/Kim Chamberlain*
                                    KIM CHAMBERLAIN
                                    CHARLES TRULLINGER
                                    Deputy County Attorney
                                    *Attorneys for Defendants Gerald Sheridan and Bryant Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Disclosure\MC DEF\NOS 1st SDS.docx

2