Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Defendant Maricopa County and CHS Defendants*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| Edmon Yohannes, et al., | Case No. 2:24-cv-02087-PHX-ROS (CDB) |
|---|---|
| Plaintiffs, | **MARICOPA COUNTY AND CHS DEFENDANTS NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

NOTICE IS GIVEN that on July 24, 2025, Maricopa County and the CHS Defendants, by and through undersigned counsel, served upon the parties via email, Maricopa County and CHS Defendants' Responses to First Set of Interrogatories to the parties.

**RESPECTFULLY SUBMITTED** this 24th day of July, 2025.

**BERRY LAW GROUP, PLLC**

By: /s/ Christopher J. Berry
Christopher J. Berry, Esq.
*Attorneys for Defendant Maricopa County*

-1-

# CERTIFICATE OF SERVICE

I hereby certify that on July 24 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia