Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Maricopa County and CHS Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.,<br><br>  Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>  Defendants. | Case No. 2:24-cv-02087-PHX-ROS (CDB)<br><br>**MARICOPA COUNTY AND CHS DEFENDANTS NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCITON TO PLAINTIFF** |

NOTICE IS GIVEN that on July 28, 2025, Maricopa County and the CHS Defendants, by and through undersigned counsel, served upon the Plaintiff via email, Maricopa County and CHS Defendants' First Set of Interrogatories and First Set of Requests for Production.

**RESPECTFULLY SUBMITTED** this 28th day of July, 2025.

**BERRY LAW GROUP, PLLC**

By: /s/ Christopher J. Berry
Christopher J. Berry, Esq.
*Attorneys for Maricopa County and CHS Defendants*

-1-

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia