Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby agree and stipulate to an extension of existing deadlines in this action by approximately sixty days each, as set forth below and in accordance with the [Proposed] Scheduling Order attached hereto. No previous extension of any of the deadlines set forth herein has been granted[1].

Good cause exists for such an extension, which is sought in good faith and not for purposes of delay. Due to the voluminous amount of documents that have been, or need to be, produced in this action, the parties require more time than anticipated to review disclosure, respond to discovery requests, and retain expert witnesses. As a result, the parties request an extension of deadlines as follows:

---

[1] On February 20, 2025, pursuant to a previous Stipulation, the Court extended the deadline for designating non-parties at fault to December 15, 2025. However, the parties are not presently seeking an extension of that deadline.

1. The last day for Plaintiffs to serve their initial expert disclosures, from October 31, 2025 to **December 31, 2025**;

2. The last day for the completion of fact discovery, from November 3, 2025 to **January 2, 2025**;

3. The last day for Defendants to serve their initial expert disclosures, from December 15, 2025 to **February 13, 2026**;

4. The last day to serve rebuttal expert disclosures, from January 15, 2026 to **March 16, 2026**;

5. The last day for the parties to meet in person and engage in good-faith settlement talks, from January 30, 2026 to **March 30, 2026**;

6. The last day to complete expert depositions, from February 16, 2026 to **April 17, 2026**, and;

7. The last day to file dispositive motions, from March 30, 2026 to **May 29, 2026**.

**RESPECTFULLY SUBMITTED** this 6th day of October 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiffs*

**BERRY LAW GROUP, PLLC**

By  */s/ Christopher J. Berry (w/ permission)*
  Christopher J. Berry
  1850 N Central Ave., Ste. 1025
  Phoenix, AZ 85004
  *Attorneys for Defendant Maricopa County and CHS Defendants*

**MARICOPA COUNTY ATTORNEY**

By  */s/ Kim Chamberlain (w/ permission)*
  Kim Chamberlain
  225 W Madison St.
  Phoenix, AZ 85003
  *Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

**GRASSO LAW FIRM, P.C.**

By  */s/ Robert Grasso, Jr. (w/ permission)*
  Robert Grasso, Jr.
  3075 W Ray Rd., Ste. 110
  Chandler, AZ 85226
  *Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
*Attorneys for Defendant Maricopa County and CHS Defendants*

Kim Chamberlain
kim.chamberlain@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
Charles Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
shinabad@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

Robert Grasso, Jr.
rgrasso@grassolawfirm.com
jgarcia@grassolawfirm.com
Pari K. Scroggin
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
**GRASSO LAW FIRM, P.C.**
minuteentries@grassolawfirm.com
3075 W Ray Rd., Ste. 110
Chandler, AZ 85226
*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

*/s/ Ben Dangerfield*

6