# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the stipulation of the parties at ECF No. 111,

**IT IS ORDERED that** the unexpired deadlines for completing discovery and filing dispositive motions are extended as follows:

1. Plaintiff shall have until **December 31, 2025**, to serve complete expert witness disclosure. Defendants shall have until **February 13, 2026**, to serve complete expert witness disclosure. The parties shall have until **March 16, 2026**, to serve any rebuttal expert witness disclosure.

2. All fact discovery shall be **completed** no later than **January 2, 2026**.

3. The parties shall engage in settlement discussions no later than **March 30, 2026**.

4. The parties shall have until **May 29, 2026**, to file dispositive motions.

Dated this 6th day of October, 2025.

_____
Camille D. Bibles
United States Magistrate Judge