Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Defendant Maricopa County and CHS Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Edmon Yohannes, et al., | Case No. 2:24-cv-02087-PHX-ROS (CDB) |
|---|---|
| Plaintiffs, | **STIPULATION TO PERMIT AMENDMENT OF MARICOPA COUNTY'S ANSWER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | (Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

Through undersigned counsel and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to permit Defendant Maricopa County to amend its Answer for the purpose of affirmatively alleging all applicable defenses under A.R.S. §§ 12-711, 12-712, 12-713 & 12-716.

**RESPECTFULLY SUBMITTED** this 7th day of October, 2025.

**BERRY LAW GROUP, PLLC**

By: /s/ Christopher J. Berry
Christopher J. Berry, Esq.
***Attorneys for Defendant Maricopa County***

**MILLS + WOODS LAW, PLLC**

By: /s/ Sean A. Woods w/Permission
Sean A. Woods, Esq.
*Attorneys for Plaintiff*

**MARICOPA COUNTY ATTORNEY**

By: /s/ Kim Chamberlain w/Permission
Kim Chamberlain, Esq.
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O., Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

**GRASSO LAW FIRM, P.C.**

By: /s/ Robert Grasso, Jr. w/Permission
Robert Grasso, Jr., Esq.
*Attorneys for Defendants Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia