Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Defendant Maricopa County and CHS Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al., <br><br>  Plaintiffs, <br> v. <br><br> State of Arizona, et al., <br><br>  Defendants. | Case No. 2:24-cv-02087-PHX-ROS (CDB) <br><br> **ORDER** |

Pursuant to the stipulation of the parties filed October 7, 2025,

IT IS ORDERED that Defendant Maricopa County is granted leave to file an amended answer in this lawsuit for the purpose of alleging all applicable defenses under A.R.S. §§ 12-711, 12-712, 12-713 & 12-716.

Dated this _____ day of October 2025.

---

Camille D. Bibles
United States Magistrate Judge

-1-