# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 24-02087 PHX ROS (CDB)<br><br>**ORDER** |

Pursuant to the stipulation of the parties at ECF No. 113,

**IT IS ORDERED that** Defendant Maricopa County is granted leave to file an amended answer for the purpose of alleging all applicable defenses under Arizona Revised Statutes §§ 12-711, 12-712, 12-713, and 12-716.

Dated this 7th day of October, 2025.

Camille D. Bibles
United States Magistrate Judge