Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs hereby give notice that this same day they served upon Defendants, via email to their Counsel, the following documents: Plaintiffs' Response to the CHS Defendants' First Set of Interrogatories; Plaintiffs' Second Set of Requests for Production to the MCSO Defendants; Plaintiffs' Second Set of Requests for Production to the CHS Defendants; Plaintiffs' Second Set of Requests for Production to Building Blocks Counseling, LLC; Plaintiffs' Second Set of Interrogatories to the CHS Defendants; Plaintiffs' Notice of Deposition of Audaine Rintala, and; Plaintiffs' Notice of Deposition of Julie Stevens.

///

///

///

2

**RESPECTFULLY SUBMITTED** this 3rd day of November 2025.

                                     **MILLS + WOODS LAW, PLLC**

                          By  */s/ Sean A. Woods*
                                    Robert T. Mills
                                    Sean A. Woods
                                    5055 North 12th Street, Suite 101
                                    Phoenix, AZ 85014
                                    *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
*Attorneys for Defendant Maricopa County and CHS Defendants*

Kim Chamberlain
kim.chamberlain@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
Charles Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
elizabeth.kabel@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

Robert Grasso, Jr.
rgrasso@grassolawfirm.com
jgarcia@grassolawfirm.com
Pari K. Scroggin
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
**GRASSO LAW FIRM, P.C.**
minuteentries@grassolawfirm.com
3075 W Ray Rd., Ste. 110
Chandler, AZ 85226
*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

*/s/ Ben Dangerfield*

5