**GRASSO**
— LAW FIRM —

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
 *Attorneys for Defendant Building Blocks*
 *Counseling, LLC d/b/a Axiom Care*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>             Plaintiffs,<br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John | Case No. 2:24-cv-02087-ROS-CDB<br><br>**NOTICE OF SERVICE OF DEFENDANT BUILDING BLOCKS COUNSELING, LLC d/b/a AXIOM CARE'S RESPONSE TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Doe Daugomah, a married couple; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

**NOTICE IS GIVEN** that on December 3, 2025, Defendant Building Blocks Counseling, LLC d/b/a Axiom Care (Defendant Axiom), by and through undersigned counsel, served upon the parties via email, the following:

1. Defendant Axiom's Response to Plaintiffs' Second Set of Requests for Production.

RESPECTFULLY SUBMITTED this 3rd day of December, 2025.

**GRASSO LAW FIRM, P.C.**

By: /s/ Pari K. Scroggin
Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendant Building Blocks Counseling LLC d/b/a Axiom Care*

ORIGINAL electronically transmitted this 3rd day of December, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Kim Chamberlain, Esq,
Charles Trulllinger, Esq.
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
kim.chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
shinabad@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
   *Attorneys for Defendants MCSO, Sheriff Russell Skinner, and D.O. Ball*

Christopher J. Berry, Esq.
**BERRY LAW GROUP, PLLC**
1850 North Central Avenue, Suite 1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
   *Attorneys for Defendants Maricopa County,*
   *Correctional Health Services and LaShon Arrington*

By: /s/ T. Elwess