**GRASSO**
—Law Firm—

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
 *Attorneys for Defendant Building Blocks
 Counseling, LLC d/b/a Axiom Care*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>                                    Plaintiffs,<br>       vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John | Case No. 2:24-cv-02087-ROS-CDB<br><br>**DEFENDANT BUILDING BLOCKS COUNSELING, LLC dba AXIOM CARE'S NOTICE OF NON-PARTIES AT FAULT**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Doe Daugomah, a married couple; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

Defendant Building Blocks Counseling, LLC d/b/a Axiom Care ("Defendant"), by and through undersigned counsel, provides the following based on the state law claims asserted by Plaintiffs in this matter.

This matter is only in the initial stages of discovery; further investigation and discovery may bring to light additional information that may bear upon the theories of defense of Defendant. In addition, Plaintiffs and other individuals possess important knowledge, information, documentation, and history of events giving rise to this lawsuit. Defendant has not yet received all potentially relevant medical, mental health and care management records in this case, and limited depositions have been conducted.

Accordingly, this Notice of Non-Parties at Fault is preliminary and is subject to supplementation, amendment, explanation, change, and amplification as additional information is obtained by Defendant. Therefore, if any part of this Notice of Non-Parties at Fault is ever read to the jury, fairness would require that the jury be read this preliminary statement or be instructed that this case was in the preliminary stages of discovery, that Defendant had limited access to information at the time this Notice of Non-Parties at Fault was served, and that this Notice of Non-Parties at Fault was required to be filed by a certain date. Defendant reserves the right to supplement or amend this Notice as discovery continues.

Based on the limited information available to Defendant at this time, and pursuant to Rule 26 of the Federal Rules of Civil Procedure and A.R.S. §12-2506(B), Defendant hereby identifies and designates the following individuals and entities (known or unknown at this time) as non-parties at fault:

1. **<u>Remon Yohannes and any parties, known or unknown, who supplied/gave/or provided Remon Yohannes with access to and for any intoxicating substances, including but not limited to opiates, any other drugs/medications (prescribed or illicit) and/or alcohol</u>**

Based on the limited evidence to date, Remon Yohannes had used opiates, any other drugs/medications (prescription or illicit) and/or alcohol at or near the time of the events which caused or contributed to his death. Therefore, these members (including Remon Yohannes) who used, provided access to, supplied/gave/or provided Remon Yohannes with any and all such intoxicating substances, made poor choices or were negligent in this regard, they are wholly or partially at fault for Remon Yohannes' death and Plaintiffs' claimed injuries and damages.

RESPECTFULLY SUBMITTED this 15th day of December, 2025.

**GRASSO LAW FIRM, P.C.**

By: /s/ Pari K. Scroggin
Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendant Building Blocks Counseling LLC d/b/a Axiom Care*

///
///
///
///

1  ORIGINAL electronically transmitted this 15th day of December, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
  *Attorneys for Plaintiffs*

Kim Chamberlain, Esq,
Charles Trulllinger, Esq.
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
kim.chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
Elizabeth.Kabel@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
  *Attorneys for Defendants MCSO, Sheriff Russell Skinner, and D.O. Ball*

Christopher J. Berry, Esq.
**BERRY LAW GROUP, PLLC**
1850 North Central Avenue, Suite 1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
  *Attorney for Defendants Maricopa County,*
  *Correctional Health Services and LaShon Arrington*

By: /s/  T. Elwess