Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com
*Attorneys for Defendant Maricopa County and CHS Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>State of Arizona, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-02087-PHX-ROS (CDB)<br><br>**DEFENDANT MARICOPA COUNTY'S AND THE CHS DEFENDANTS' NOTICE OF NON-PARTY AT FAULT** |

Pursuant to A.R.S. § 12-2506(b), Defendants Maricopa County, Lashon Arrington, Pamela Conn, Michael Chailland, Mary Daugomah, Sira Hodge, Audaine Rintala, and Julie Stevens identify the following non-parties at fault in this matter: Remon Yohannes; Edmon Yohannes; and unidentified individuals who sold or supplied the methamphetamine and/or fentanyl to Remon Yohannes that caused or contributed to his death.

**RESPECTFULLY SUBMITTED** this 15th day of December, 2025.

　　　　　　　　　　　　　**BERRY LAW GROUP, PLLC**


By:　/s/ Christopher J. Berry
　　　Christopher J. Berry, Esq.
　　　***Attorneys for Defendant Maricopa County and CHS Defendants***

-1-

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia