RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   KIM CHAMBERLAIN (031675)
      CHARLES TRULLINGER (018936)
      Deputy County Attorneys
      Kim.Chamberlain@mcao.maricopa.gov
      trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Penzone, Sheridan, and Ball*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF JOINDER IN DEFENDANT MARICOPA COUNTY'S AND THE CHS DEFENDANTS' NOTICE OF NON-PARTY AT FAULT** |

Defendant Maricopa County Sheriff Gerald A. Sheridan and Bryant Ball join in Defendant Maricopa County's and the CHS Defendants' Notice of Non-Party at Fault.

**RESPECTFULLY SUBMITTED** this 15th day of December, 2025.

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

BY: <u>*/s/Kim Chamberlain*</u>
KIM CHAMBERLAIN
CHARLES TRULLINGER
Deputy County Attorney
*Attorneys for Defendants Penzone, Sheridan, and Ball*

## **CERTIFICATE OF SERVICE**

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

<u>*/s/J. Christiansen*</u>

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\Ntc of Non Party 1.10.25.docx

2