Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION AND [PROPOSED] ORDER**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

Through undersigned counsel, Plaintiffs hereby give notice of their withdrawal of the following documents filed this same day in this action: "Plaintiffs' Motion for Extension of Deadlines (2nd Request)," ECF No. 122, and the accompanying "[Proposed] Order Extending Deadlines," ECF No. 122-1. These were inadvertently filed, and Plaintiffs regret the error.

**RESPECTFULLY SUBMITTED** this 31st day of December 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
*Attorneys for Defendant Maricopa County and CHS Defendants*

Kim Chamberlain
kim.chamberlain@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
Charles Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
elizabeth.kabel@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

Robert Grasso, Jr.
rgrasso@grassolawfirm.com
jgarcia@grassolawfirm.com
Pari K. Scroggin
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
**GRASSO LAW FIRM, P.C.**
minuteentries@grassolawfirm.com
3075 W Ray Rd., Ste. 110
Chandler, AZ 85226
*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

*/s/ Ben Dangerfield*

4