Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**JOINT MOTION FOR EXTENSION OF DEADLINES**<br><br>(2nd Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

| | |
|---|---|
| couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,<br><br>                    Defendants. | |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, all remaining parties except for Building Blocks Counseling, LLC, Sara Zavala, Deanna Moore, and Kellee Zambrano (collectively, the "Moving Parties") hereby move for a second extension of deadlines in this matter, as one such extension was previously granted. Building Blocks Counseling, LLC, Sara Zavala, Deanna Moore, and Kellee Zambrano have indicated to the Moving Parties that they are not in support of this extension request, as they intend to file a motion for summary judgment.

Good cause exists for such an extension, which is not sought for purposes of delay. Discovery is currently ongoing. However, due to the nature of this matter, the amount of documents that have been, are currently being, and still need to be, disclosed is extraordinarily voluminous, and the parties need more time to locate, produce, and analyze, all relevant documents. Moreover, the existence of multiple scheduling conflicts on the

2

part of the Moving Parties' counsel, sickness of Plaintiffs' counsel, and the Holiday Season, have all combined to greatly slow the progress of discovery.

In light of the foregoing, the Moving Parties hereby respectfully move for extension of the following deadlines in this action as follows:

1. The last day for Plaintiffs to serve their expert disclosures, from December 31, 2025 to **April 17, 2026**;

2. The deadline for fact discovery, from January 2, 2026 to **April 17, 2026**;

3. The last day to complete expert depositions, from February 9, 2026 to **August 28, 2026**;

4. The last day for Defendants to serve their expert disclosures, from February 13, 2026 to **May 29, 2026**;

5. The last day to serve rebuttal expert disclosures, from March 16, 2026 to **June 30, 2026**;

6. The last day for the parties to meet in person and engage in good faith settlement talks, from March 30, 2026 to **June 30, 2026**;

7. The last day to file a Joint Report on settlement talks, from April 8, 2026 to **July 8, 2026**, and;

8. The last day to file dispositive motions, from May 29, 2026 to **September 25, 2026**.

///

///

///

3

**RESPECTFULLY SUBMITTED** this 31st day of December 2025.

MILLS + WOODS LAW, PLLC

By  /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

BERRY LAW GROUP, PLLC

By  /s/ Christopher J. Berry (w/ permission)
Christopher J. Berry
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
*Attorneys for Defendant Maricopa County and CHS Defendants*

MARICOPA COUNTY ATTORNEY

By  /s/ Kim Chamberlain (w/ permission)
Kim Chamberlain
Charles Trullinger
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
*Attorneys for Defendant Maricopa County and CHS Defendants*

4

Kim Chamberlain
kim.chamberlain@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
Charles Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
elizabeth.kabel@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants Paul Penzone, Sheriff Russell Skinner, D.O. Sanders, D.O. Williams, D.O. Mossman, and D.O. Ball*

Robert Grasso, Jr.
rgrasso@grassolawfirm.com
jgarcia@grassolawfirm.com
Pari K. Scroggin
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
**GRASSO LAW FIRM, P.C.**
minuteentries@grassolawfirm.com
3075 W Ray Rd., Ste. 110
Chandler, AZ 85226
*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*


    /s/ Ben Dangerfield