MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

THE COURT, having reviewed the "Joint Motion for Extension of Deadlines (2nd Request)" (the "Joint Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Joint Motion.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1. The last day for Plaintiffs to serve their expert disclosures, from December 31, 2025 to **April 17, 2026**;

2. The deadline for fact discovery, from January 2, 2026 to **April 17, 2026**;

3. The last day to complete expert depositions, from February 9, 2026 to **August 28, 2026**;

4. The last day for Defendants to serve their expert disclosures, from February 13, 2026 to **May 29, 2026**;

2

5. The last day to serve rebuttal expert disclosures, from March 16, 2026 to **June 30, 2026**;

6. The last day for the parties to meet in person and engage in good faith settlement talks, from March 30, 2026 to **June 30, 2026**;

7. The last day to file a Joint Report on settlement talks, from April 8, 2026 to **July 8, 2026**, and;

8. The last day to file dispositive motions, from May 29, 2026 to **September 25, 2026**.