# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,

Plaintiffs,

v.

State of Arizona, et al.,

Defendants.

No. CV 24-02087 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** the motion at ECF No. 124 is **granted**, and the motion at ECF No. 122 is **denied as moot**. Accordingly,

1. Plaintiffs shall have until **April 17, 2026**, to serve complete expert witness disclosure. Defendants shall have until **May 29, 2026**, to serve complete expert witness disclosure. The parties shall have until **June 30, 2026**, to serve any rebuttal expert witness disclosure. All expert witness depositions must be **completed** no later than **August 28, 2026**.

2. All fact discovery shall be **completed** no later than **April 17, 2026**.

3. The parties shall engage in settlement discussions no later than **June 30, 2026**.

4. The parties shall have until **September 25, 2026**, to file dispositive motions.

These deadlines will not be extended regardless of any stipulation of the parties.

Dated this 2nd day of January, 2026.

Camille D. Bibles
United States Magistrate Judge