Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Maricopa County and CHS Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al., | Case No. 2:24-cv-02087-PHX-ROS (CDB) |
|           Plaintiffs, | **NOTICE OF SERVICE OF MARICOPA COUNTY AND CHS DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND SECOND SET OF REQUESTS FOR PRODUCTION** |
|    v. | |
| State of Arizona, et al., | |
|           Defendants. | |

NOTICE IS GIVEN that on January 8, 2026, Maricopa County and the CHS Defendants, by and through undersigned counsel, served upon the Plaintiff via email, Maricopa County and CHS Defendants' Responses to Plaintiff's Second Set of Interrogatories and Second Requests for Production.

RESPECTFULLY SUBMITED this 8th day of January, 2026.

**BERRY LAW GROUP, PLLC**


By:   /s/ Christopher J. Berry
_____
Christopher J. Berry, Esq.
*Attorneys for Maricopa County and CHS
Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

2

3          I hereby certify that on January 8, 2026, I caused the foregoing document to be

4   electronically transmitted to the Clerk's Office using CM/ECF System for filing and

    served on counsel of record via the Court's CM/ECF system

5                                    Sean A. Woods
                                     Robert T. Mills
6                          **MILLS + WOODS LAW, PLLC**
                              5055 North 12th Street, Ste 101
7                                Phoenix, Arizona 85014
                              swoods@millsandwoods.com
8                              docket@millsandwoods.com
9                                *Attorneys for Plaintiff*

10                                 Kim Chamberlain
                                   Charles Trullinger
11      **MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
                                225 West Madison Street
12                               Phoenix, Arizona 85003
                         Kim.Chamberlain@mcao.maricopa.gov
13                             trullinc@mcao.maricopa.gov
                        ca-civilmailbox@mcao.maricopa.gov
14                             *Attorneys for Paul Penzone*
15

16                                 Pari K. Scroggin
                              **GRASSO LAW FIRM**
17                            3075 W. Ray Road, Suite 110
                                  Chandler, AZ 85226
18                            pscroggin@grassolawfirm.com
                               dross@grassolawfirm.com
19                *Attorneys for Building Blocks Counseling, LLC*
20

21

22          By:   /s/ Maria Elena Garcia

23

24

25

26

BERRY LAW GROUP
PLLC
ATTORNEYS AT LAW