# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; Tesfai Haggmana, <br><br> Plaintiffs, <br> v. <br> State of Arizona, et al., <br><br> Defendants. | No. CV 24-02087 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the motion at ECF No. 126, asking the Court to "vacate" or "adjust" the order at ECF No. 125 (which extended the deadlines for expert witness disclosure, the completing of fact discovery, and the deadline for filing dispositive motions, and warned that these deadlines will not be further extended for any reason), is **denied**.

Dated this 13th day of January, 2026.

Camille D. Bibles
United States Magistrate Judge