**GRASSO**
— LAW FIRM —

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
  *Attorneys for Defendant Building Blocks*
  *Counseling, LLC d/b/a Axiom Care*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>　　　　　　　　　Plaintiffs,<br>　vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John | Case No. 2:24-cv-02087-ROS-CDB<br><br>**DEFENDANT AXIOM CARE'S JOINDER IN MARICOPA COUNTY'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

Doe Daugomah, a married couple; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, by and through undersigned counsel, hereby joins in Defendants Maricopa County's Amended Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint insofar as any of the affirmative defenses also apply to this Defendant.

RESPECTFULLY SUBMITTED this 27th day of January 2026.

**GRASSO LAW FIRM, P.C.**

By: /s/ Pari K. Scroggin
Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendant Building Blocks Counseling LLC d/b/a Axiom Care*

ORIGINAL electronically transmitted this 27th day of January, 2026, to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
  *Attorneys for Plaintiffs*

Kim Chamberlain, Esq,
Charles Trulllinger, Esq.
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
kim.chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
Elizabeth.Kabel@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
   *Attorneys for Defendants MCSO, Sheriff Russell Skinner, and D.O. Ball*

Christopher J. Berry, Esq.
**BERRY LAW GROUP, PLLC**
1850 North Central Avenue, Suite 1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
   *Attorneys for Defendants Maricopa County,
   Correctional Health Services and LaShon Arrington*


By: /s/ Cody Hudson