|   |   |
|---|---|
| 1 | Christopher J. Berry, Esq. – #015385 |
| 2 | **BERRY LAW GROUP, PLLC**<br>1850 N. Central Ave., Suite 1025 |
| 3 | Phoenix, Arizona 85004<br>Telephone: (602) 462-1141 |
| 4 | Facsimile: (602) 462-1151<br>cberry@berrylawgroup.com |
| 5 | admin@berrylawgroup.com |
| 6 | *Attorneys for Maricopa County and CHS Defendants* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Edmon Yohannes, et al., | Case No. 2:24-cv-02087-PHX-ROS (CDB) |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF MARICOPA COUNTY AND CHS DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

NOTICE IS GIVEN that on March 3, 2026, Maricopa County and the CHS Defendants, by and through undersigned counsel, served upon the Plaintiff via email, Maricopa County and CHS Defendants' Second Set of Interrogatories to Plaintiffs.

**RESPECTFULLY SUBMITTED** this 3rd day of March, 2026.

        **BERRY LAW GROUP, PLLC**

        By: /s/ Christopher J. Berry
              Christopher J. Berry, Esq.
              *Attorneys for Maricopa County and CHS Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I caused the foregoing document to be electronically transmitted with the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia