RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   CHARLES TRULLINGER (018936)
      KIM CHAMBERLAIN (031675)
      Deputy County Attorneys
      trullinc@mcao.maricopa.gov
      Kim.Chamberlain@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan & Ball*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF DEFENDANTS SHERIDAN AND BALL'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT AND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION AND INTERROGATORIES TO MCSO DEFENDANTS** |

NOTICE IS HEREBY GIVEN that the undersigned counsel for Defendants Sheridan and Ball did serve via e-mail on March 6, 2026, Defendants Sheridan and Ball's Second Supplemental Disclosure Statement and Defendants Sheridan and Ball's First Supplemental Responses to Plaintiffs' First Set of Requests for Production and

Interrogatories to Maricopa County Sheriff's Office Defendants upon Plaintiff.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 6th day of March, 2026.

                RACHEL H. MITCHELL
                MARICOPA COUNTY ATTORNEY

        BY: */s/Charles Trullinger*
                CHARLES TRULLINGER
                KIM CHAMBERLAIN
                Deputy County Attorneys
                *Attorneys for Defendants and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

/s/ *E.K.*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Disclosure\MCSO DEF\26-0306 NOS DEFS Sheridan & Balls 2nd SDS & 1st Suppl Resp RFP & Rogs .docx

2