RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES E. TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUEÑAS (037586)
       trullinc@mcao.maricopa.gov
       Alyson.Foster@mcao.maricopa.gov
       Evelyn.Duenas@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Evelyn D. Dueñas Deputy County Attorney of the Maricopa County Attorney's Office, Civil Services Division, enters this Notice of Appearance as co-counsel for Defendants Sheridan and Ball in the above-entitled action.

///

Ms. Dueñas' information is as follows:

> Evelyn D. Dueñas
> AZ Bar No. 037586
> Maricopa County Attorney's Office
> Civil Services Division
> 225 West Madison Street
> Phoenix, Arizona 85003
> Telephone No. (602) 506-8541
> Fax No. (602) 506-4316
> evelyn.duenas@mcao.maricopa.gov

**RESPECTFULLY SUBMITTED** this 12th day of March 2026

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> BY: */s/ Evelyn D. Dueñas*
>     CHARLES TRULLINGER
>     ALYSON FOSTER
>     EVELYN D. DUEÑAS
>     Deputy County Attorneys
>     *Attorneys for Defendants Sheridan & Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

/s/ *E.K.*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\NOA-ED.docx