RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  CHARLES E. TRULLINGER (018936)
     ALYSON FOSTER (024141)
     EVELYN D. DUEÑAS (037586)
     trullinc@mcao.maricopa.gov
     Alyson.Foster@mcao.maricopa.gov
     Evelyn.Duenas@mcao.maricopa.gov
     Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

NOTICE IS HEREBY GIVEN that Alyson Foster, Deputy County Attorney of the Maricopa County Attorney's Office, Civil Services Division, is substituted in place of Kim Chamberlain as co-counsel of record for Defendants Sheridan and Ball in the above-entitled action.

Ms. Foster's information is as follows:

>Alyson Foster
>AZ Bar No. 024141
>Maricopa County Attorney's Office
>Civil Services Division
>225 West Madison Street
>Phoenix, Arizona 85003
>Telephone No. (602) 506-8541
>Fax No. (602) 506-4316
>alyson.foster@mcao.maricopa.gov

**RESPECTFULLY SUBMITTED** this 13th day of March 2026

>RACHEL H. MITCHELL
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/ *Alyson Foster*
>   CHARLES TRULLINGER
>   ALYSON FOSTER
>   EVELYN D. DUEÑAS
>   Deputy County Attorneys
>   *Attorneys for Defendants Sheridan & Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

/s/ *E.K.*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\NOS - AF for KC.docx

2