RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES E. TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUEÑAS (037586)
       trullinc@mcao.maricopa.gov
       Kim.Chamberlain@mcao.maricopa.gov
       Alyson.Foster@mcao.maricopa.gov
       Evelyn.Duenas@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF DEFENDANTS SHERIDAN AND BALL'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS, FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS AND FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFFS** |

NOTICE IS HEREBY GIVEN that on March 23, 2026, Defendants Sheridan and Ball, by and through undersigned counsel, served upon Plaintiff via email, Defendants Sheridan and Ball's First Set of Interrogatories to Plaintiffs, Defendants Sheridan and

Ball's First Set of Requests for Production and Defendants Sheridan and Ball's First Set of Requests for Admissions to Plaintiffs.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 23rd day of March, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
CHARLES TRULLINGER
ALYSON FOSTER
EVELYN D. DUEÑAS
Deputy County Attorney
*Attorneys for Defendants Sheridan and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

2