RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES TRULLINGER (018936)
       KIM CHAMBERLAIN (031675)
       Deputy County Attorneys
       trullinc@mcao.maricopa.gov
       Kim.Chamberlain@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan & Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>                    Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF DEFENDANTS SHERIDAN AND BALL'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that the undersigned counsel for Defendants Sheridan and Ball did serve via e-mail on March 25, 2026, Defendants Sheridan and Ball's Third Supplemental Disclosure Statement upon the parties.

///

///

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 25th day of March, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Charles Trullinger*
    CHARLES TRULLINGER
    KIM CHAMBERLAIN
    Deputy County Attorneys
    *Attorneys for Defendants and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ E.K.*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Disclosure\MCSO DEF\Drafts\NOS DEFS Sheridan & Balls 3rd SDS 3.25.26.docx