RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES E. TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUEÑAS (037586)
       trullinc@mcao.maricopa.gov
       Alyson.Foster@mcao.maricopa.gov
       Evelyn.Duenas@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>                    Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF DEPOSITION OF TESFAI HAGGMANA** |

        YOU ARE HEREBY NOTIFIED that pursuant to Fed. R. Civ. P. 30, that

Defendant will record the deposition of the person whose name is stated below at the time

and place below before an officer authorized by law to administer oaths and will be

recorder by the methods indicated:

**PERSON TO BE EXAMINED:**     Tesfai Haggmana

**DEPOSITION DATE:**     Tuesday, April 14, 2026

**DEPOSITION START TIME:**     1:00 p.m. or immediately after the deposition of Azeb Lyon

**DEPOSITION LOCATION:**     Maricopa County Attorney's Office
225 W. Madison
Phoenix, AZ 85003

**METHOD OF RECORDING:**     The deposition will be recorded stenographically and by both audio and video, including the use of a camera. The lighting for the recording will be under normal conditions. The deposition will also be video recorded. The camera will be positioned facing the witness, head shot to chest level and/or table level.

**COURT REPORTER:**     Griffin & Associates
3200 E. Camelback Rd, #177
Phoenix, Arizona 85018

**IF AN INTERPRETER IS REQUIRED TO TRANSLATE TESTIMONY, NOTICE OF SAME MUST BE GIVEN WITHIN TEN (10) DAYS BEFORE THE DEPOSITION DATE, AND THE SPECIFIC LANGUAGE AND/OR DIALECT DESIGNATED.**

The undersigned certifies that copies of this notice have been served upon the persons listed, on the date below.

///

2

///

**RESPECTFULLY SUBMITTED** this 27th day of March, 2026

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> BY: */s/ Charles Trullinger*
> CHARLES TRULLINGER
> ALYSON FOSTER
> EVELYN D. DUEÑAS
> Deputy County Attorneys
> *Attorneys for Defendants Sheridan & Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ E.K.*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Deposition\Tesfai Haggmana\NOD - Tesfai Haggmana.docx

3