Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**JOINT MOTION FOR EXTENSION OF DEADLINES**<br><br>(Third Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, all remaining parties except for Defendants Building Blocks Counseling, LLC, Sara Zavala, Deanna Moore, and Kellee Zambrano (collectively, the "Moving Parties") hereby move for a third extension of deadlines in this matter, as two such extensions have previously been granted. The Moving Parties request that deadlines be extended by approximately ninety days each, as set forth below. Defendants Building Blocks Counseling, LLC, Sara Zavala, Deanna Moore, and Kellee Zambrano (collectively, the "Building Blocks Defendants") have indicated that they are not in support of this extension request.

Good cause exists for such an extension, which is not sought for purposes of delay. Discovery is currently ongoing. However, Plaintiffs' counsel has a four-week trial in

another federal action scheduled to take place from late April through most of May that will occupy a large majority of his time from mid-April through end of May.

In addition to that four-week trial, it has taken longer than anticipated for the Arizona Department of Corrections to adequately respond to Plaintiffs' Subpoena for documents. Moreover, Plaintiffs and Defendants have been working to schedule depositions of their individual parties or employees, but scheduling conflicts have also made that difficult.

In light of the foregoing, the Moving Parties hereby respectfully move for an extension of the following deadlines in this action as follows:

1. The last day for Plaintiffs to serve their expert disclosures, from April 17, 2026 to **July 17, 2026**;

2. The last day for fact discovery, from April 17, 2026 to **July 17, 2026**;

3. The last day for Defendants to serve their expert disclosures, from May 29, 2026 to **August 28, 2026**;

4. The last day to serve rebuttal expert disclosures, from June 30, 2026 to **September 30, 2026**;

5. The last day for the parties to meet in person and engage in good faith settlement talks, from June 30, 2026 to **September 30, 2026**;

6. The last day to file a Joint Report on settlement talks, from July 9, 2026 to **October 9, 2026**;

7. The last day to conclude expert depositions, from August 28, 2026 to **November 25, 2026**, and;

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

8.    The last day to file dispositive motions, from September 25, 2026 to **December 23, 2026**.

**RESPECTFULLY SUBMITTED** this 31st day of March 2026.

MILLS + WOODS LAW, PLLC

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

BERRY LAW GROUP, PLLC

By    */s/ Christopher J. Berry (w/ permission)*
      Christopher J. Berry
      1850 N Central Ave., Ste. 1025
      Phoenix, AZ 85004
      *Attorneys for Defendant Maricopa County
      and CHS Defendants*

MARICOPA COUNTY ATTORNEY'S OFFICE

By    */s/ Charles E. Trullinger (w/ permission)*
      Charles E. Trullinger
      Alyson Foster
      225 W Madison St.
      Phoenix, AZ 85003
      *Attorneys for Defendants Sheridan and
      Ball*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
(602) 462-1141
*Attorneys for Defendant Maricopa County and CHS Defendants*

Charles E. Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
elizabeth.kabel@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
Alyson Foster
alyson.foster@mcao.maricopa.gov
Evelyn D. Duenas
evelyn.duenas@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
(602) 506-8541
*Attorneys for Defendants Sheridan and Ball*

Robert Grasso, Jr.
rgrasso@grassolawfirm.com
jgarcia@grassolawfirm.com
Pari K. Scroggin
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
**GRASSO LAW FIRM, P.C.**
minuteentries@grassolawfirm.com
3075 W Ray Rd., Ste. 110
Chandler, AZ 85226
(480) 739-1200

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556