MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

THE COURT, having reviewed the "Joint Motion for Extension of Deadlines (Third Request)" (the "Joint Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Joint Motion.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1.    The last day for Plaintiffs to serve their expert disclosures, from April 17, 2026 to **July 17, 2026**;

2.    The last day for fact discovery, from April 17, 2026 to **July 17, 2026**;

3.    The last day for Defendants to serve their expert disclosures, from May 29, 2026 to **August 28, 2026**;

4.    The last day to serve rebuttal expert disclosures, from June 30, 2026 to **September 30, 2026**;

2

5.     The last day for the parties to meet in person and engage in good faith settlement talks, from June 30, 2026 to **September 30, 2026**;

6.     The last day to file a Joint Report on settlement talks, from July 9, 2026 to **October 9, 2026**;

7.     The last day to conclude expert depositions, from August 28, 2026 to **November 25, 2026**, and;

8.     The last day to file dispositive motions, from September 25, 2026 to **December 23, 2026**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3