GRASSO
— LAW FIRM —
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
    *Attorneys for Defendant Building Blocks*
    *Counseling, LLC d/b/a Axiom Care*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>                              Plaintiffs,<br>      vs.<br><br>State of Arizona, et al.<br><br>                              Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**DEFENDANT AXIOM CARE'S OBJECTION TO JOINT MOTION FOR EXTENSION OF DEADLINES [DOC. 141]**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

Defendant Building Blocks Counseling, LLC d/b/a Axiom Care ("Axiom Care"), by and through undersigned counsel, opposes the Joint Motion for Extension of Deadlines filed by Plaintiffs.  The Motion is misleading and does not clearly state that not all parties are in agreement (which is the second time this has been presented to the Court.) Defendant Axiom Care reiterates its positions as set forth in its prior filing [DOC. 126] as though fully set forth herein.

Plaintiffs do not set forth the due diligence and good cause necessary for another extension of deadlines.

/ / /

- 1 -

RESPECTFULLY SUBMITTED this 31st day of March 2026.

**GRASSO LAW FIRM, P.C.**


By:   /s/ Pari K. Scroggin

Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendant Building Blocks Counseling LLC d/b/a Axiom Care*

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

ORIGINAL electronically transmitted this 31st day of March 2026 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
    *Attorneys for Plaintiffs*

Alyson Foster, Esq,
Charles Trulllinger, Esq.
Evelyn Duenas, Esq.
Deputy County Attorneys
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
alyson.foster@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
Evelyn.Duenas@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
Elizabeth.Kabel@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
    *Attorneys for Defendants MCSO, Sheriff Russell Skinner, and D.O. Ball*

Christopher J. Berry, Esq.
**BERRY LAW GROUP, PLLC**
1850 North Central Avenue, Suite 1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
    *Attorneys for Defendants Maricopa County,*
    *Correctional Health Services and LaShon Arrington*

By: /s/  Cody Hudson

- 3 -