RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   CHARLES E. TRULLINGER (018936)
      ALYSON FOSTER (024141)
      EVELYN D. DUEÑAS (037586)
      trullinc@mcao.maricopa.gov
      Alyson.Foster@mcao.maricopa.gov
      Evelyn.Duenas@mcao.maricopa.gov
      Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**CANCELLATION OF NOTICE OF DEPOSITION OF AZEB LYON** |

///

///

NOTICE IS HEREBY GIVEN that, due to the representation that the deponent's current medical condition makes it impossible or impractical for her to be deposed, the deposition of Azeb Lyon, scheduled for April 14, 2026, at 9:00 a.m., is hereby cancelled. Defendants Sheridan and Ball reserve the right to reschedule the deposition on a different day.

**RESPECTFULLY SUBMITTED** this 8th day of April 2026

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Charles Trullinger*
CHARLES TRULLINGER
ALYSON FOSTER
EVELYN D. DUEÑAS
Deputy County Attorneys
*Attorneys for Defendants Sheridan & Ball*

<u>**CERTIFICATE OF SERVICE**</u>

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ E.K.*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\Cancellation of NOD - Azeb Lyon - 4.8.26.docx