RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES E. TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUEÑAS (037586)
       trullinc@mcao.maricopa.gov
       Kim.Chamberlain@mcao.maricopa.gov
       Alyson.Foster@mcao.maricopa.gov
       Evelyn.Duenas@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF MCSO DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION** |

NOTICE IS HEREBY GIVEN that on April 21, 2026, MCSO Defendants', by and through undersigned counsel, served upon Plaintiff via email, MCSO Defendants Responses to Plaintiff's Second Set of Requests for Production.

The original of this Notice has been e-filed with the Clerk of the Court in lieu

thereof.

**RESPECTFULLY SUBMITTED** this 21st day of April, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
     CHARLES TRULLINGER
     ALYSON FOSTER
     EVELYN D. DUEÑAS
     Deputy County Attorney
     *Attorneys for Defendants Sheridan and Ball*

**CERTIFICATE OF SERVICE**

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

/s/ *E.K.*

2