Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Defendant Maricopa County and CHS Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, et al., | Case No. 2:24-cv-02087-PHX-ROS (CDB) |
| Plaintiffs, | |
| v. | **CORRECTED NOTICE OF ZOOM VIDEO DEPOSITION OF EDMON YOHANNES RE INMATE NUMBER** |
| State of Arizona, et al., | |
| Defendants. | (Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oath.

PERSON TO BE EXAMINED: **Edmon Yohannes, Inmate *#374448***

DATE OF EXAMINATION: **May 18, 2026**

TIME OF EXAMINATION: **11:00 a.m. (AZ time)**

PLACE OF EXAMINATION: **Via Zoom**

COURT REPORTER: **Griffin & Associates, LLC**

METHOD OF RECORDING: **Transcribed and Videotaped**

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

-1-

**RESPECTFULLY SUBMITED** this 28th day of April, 2026.

**BERRY LAW GROUP, PLLC**


By:  /s/ Christopher J. Berry
    Christopher J. Berry, Esq.
    *Attorneys for Defendant Maricopa County*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Alyson Foster
Charles Trullinger
Evelyn D. Dueñas
**MARICOPA COUNTY ATTORNEYCIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
alyson.foster@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
evelyn.duenas@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Sheridan and Ball*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By:  /s/ Maria Elena Garcia

-2-