RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUENAS (037586)
       Deputy County Attorneys
       trullinc@mcao.maricopa.gov
       alyson.foster@mcao.maricopa.gov
       evelyn.duenas@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF DEFENDANTS SHERIDAN AND BALL'S FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT, RESPONSE TO REQUEST FOR ADMISSIONS, RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSE TO SECOND SET OF REQUESTS FOR PRODUCTIONS** |

NOTICE IS HEREBY GIVEN that on May 4, 2026, Defendants Maricopa County Sherrif Jerry Sheridan and Bryant Ball, by and through undersigned counsel, served upon Plaintiffs via email, Defendants Sheridan and Ball's Fourth Supplemental Disclosure Statement, Response to Plaintiffs' First Set of Request for Admissions to the MCSO

Defendants, Responses to Plaintiffs' Second Set of Interrogatories to the MCSO Defendants, and Supplemental Response to Plaintiffs' Second Set of Requests for Production to MCSO Defendants.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 4th day of May, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
CHARLES TRULLINGER
ALYSON FOSTER
EVELYN D. DUENAS
Deputy County Attorney
*Attorneys for Defendants Sheridan and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/R.S.*
S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\NOS - MCSO 4th SDS Resp RFA Res 2nd RFP.docx