Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

*Attorneys for Maricopa County and CHS Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, et al., | Case No. 2:24-cv-02087-PHX-ROS (CDB) |
| Plaintiffs, | **NOTICE OF SERVICE OF MARICOPA COUNTY AND CHS DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD SET OF REQUEST FOR PRODUCTION AND REQUEST FOR ADMISSION** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

NOTICE IS GIVEN that on June 2, 2026, the Maricopa County and CHS Defendants, by and through undersigned counsel, served upon the Plaintiff via email, Maricopa County and CHS Defendants' Responses to Plaintiffs Third Set of Requests for Production and Requests for Admission.

RESPECTFULLY SUBMITED this 2nd day of June, 2026.

**BERRY LAW GROUP, PLLC**

By:  /s/ Christopher J. Berry
        Christopher J. Berry, Esq.
        *Attorneys for Maricopa County and CHS Defendants*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I caused the foregoing document to be electronically transmitted with the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Kim Chamberlain
Charles Trullinger
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Paul Penzone*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia

BERRY LAW GROUP
PLLC
ATTORNEYS AT LAW

-2-