Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Maricopa County, a governmental entity; City of Phoenix, a governmental entity; David Crutchfield and Jane Doe Crutchfield, a married couple; Lisa Struble and John Doe Struble, a married couple; Michael Sullivan, Chief of the Phoenix Police Department; Paul Penzone, Maricopa County Sheriff; Pamela Conn and John Doe Conn, a married couple; Victor Gan and Jane Doe Gan, a married couple; Michael Chailland and Jane Doe Chailland, a married couple; Lashon Arrington and John Doe Arrington, a married couple; Miranda Sanders and John Doe Sanders, a married couple; Brent Williams and Jane Doe Williams, a married couple; Jannis Mossman and John Doe Mossman, a married couple; Bryant Ball and Jane Doe Ball, a married couple; Robin Avalos and John Doe Avalos, a married couple; Audaine Rintala and John Doe Rintala, a married couple; Andrew Fairfield and Jane Doe Fairfield, a married | No.: CV-24-02087-PHX-ROS (CDB)<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES**<br><br>(Fourth Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Magistrate Camille D. Bibles for all pretrial proceedings) |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

couple; Michelle Martin and John Doe Martin, a married couple; Mary Daugomah and John Doe Daugomah; Mark Guerra and Jane Doe Guerra, a married couple; Yesenia Sambrano and John Doe Sambrano, a married couple; Julie Stevens and John Doe Stevens, a married couple; Sira Hodge and John Doe Hodge, a married couple; Christi Trevett and John Doe Trevett, a married couple; Cynthia Wright and John Doe Wright, a married couple; Allison Slaton and John Doe Slaton, a married couple; Michael Villegas and Jane Doe Villegas, a married couple; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company; John and Jane Does I-X,

Defendants.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs Edmon Yohannes and Tesfai Haggmana (collectively, "Plaintiffs") hereby move for a fourth extension of deadlines in this matter, as three such extensions have previously been granted. Plaintiffs do not bring this lightly knowing the Court's previous admonitions, and counsel has made arrangements for additional staffing in light of the below so that no further requests will be made. Plaintiffs request that deadlines be extended by approximately ninety days each, as set forth below. Defendant Maricopa County and the CHS Defendants, as well as the MCSO Defendants, have indicated they do not oppose this request. The Building Blocks Counseling Defendants have indicated they are opposed.

Good cause exists for such an extension, which is not sought for purposes of delay. Since the last request, and for approximately the past six weeks, Plaintiffs' counsel has

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

needed to be out of the office for significant periods of time attending to and caring for his wife, who just received a serious cancer diagnosis and is currently going through rounds of chemotherapy, as well as dealing with coordination of care for the couple's very young daughter with these new challenges. In addition, Plaintiffs' counsel also recently contracted RSV and has been slowly recovering over the past couple weeks, causing him to miss much of any remaining work time.

In addition to the above, difficulties, including multiple scheduling conflicts among the parties, have combined to repeatedly slow the progress of discovery in this matter which is continuing. The parties have been working to take and schedule depositions of their individual parties or employees, but those scheduling conflicts have made that very difficult to accomplish by the existing deadlines.

In light of the foregoing, Plaintiffs hereby respectfully move for an extension of the following deadlines in this action as follows:

1.      The last day for Plaintiffs to serve their expert disclosures, from June 1, 2026 to **September 1, 2026**;

2.      The last day for fact discovery, from June 1, 2026 to **September 1, 2026**;

3.      The last day for Defendants to serve their expert disclosures, from July 13, 2026 to **October 13, 2026**;

4.      The last day to serve rebuttal expert disclosures, from August 14, 2026 to **November 13, 2026**;

5.      The last day for the parties to meet in person and engage in good faith settlement talks, from August 14, 2026 to **November 13, 2026**;

3

6.      The last day to file a Joint Report on settlement talks, from August 25, 2026 to **November 25, 2026**;

7.      The last day to commence expert depositions, from September 25, 2026 to **December 23, 2026**, and;

8.      The last day to file dispositive motions, from November 16, 2026 to **February 16, 2027**.

**RESPECTFULLY SUBMITTED** this 5th day of June 2026.

                                **MILLS + WOODS LAW, PLLC**


By  _/s/ Sean A. Woods_
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Berry
cberry@berrylawgroup.com
**BERRY LAW GROUP, PLLC**
admin@berrylawgroup.com
1850 N Central Ave., Ste. 1025
Phoenix, AZ 85004
(602) 462-1141
*Attorneys for Defendant Maricopa County and CHS Defendants*

Charles E. Trullinger
trullinc@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
scottr@mcao.maricopa.gov
Alyson Foster
alyson.foster@mcao.maricopa.gov
paduae@mcao.maricopa.gov
Evelyn D. Duenas
evelyn.duenas@mcao.maricopa.gov
christij@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
(602) 506-8541
*Attorneys for Defendants Sheridan and Ball*

Robert Grasso, Jr.
rgrasso@grassolawfirm.com
Pari K. Scroggin
pscroggin@grassolawfirm.com
chudson@grassolawfirm.com
**GRASSO LAW FIRM, P.C.**
minuteentries@grassolawfirm.com
3075 W Ray Rd., Ste. 110
Chandler, AZ 85226
(480) 739-1200

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, Sara Zavala, Deanna Moore and Kellee Zambrano*

    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

6