# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; Tesfai Haggmana, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, et al., <br><br> Defendants. | No. CV 24-02087 PHX ROS (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the motion at ECF No. 162 is **granted**. Accordingly,

1. Plaintiffs shall have until **September 1, 2026**, to serve complete expert witness disclosure. Defendants shall have until **October 13, 2026**, to serve complete expert witness disclosure. The parties shall have until **November 13, 2026**, to serve any rebuttal expert witness disclosure. All expert witness depositions must be **completed** no later than **December 4, 2026**.

2. All fact discovery shall be **completed** no later than **September 1, 2026**.

3. The parties shall engage in settlement discussions no later than **December 14, 2026**.

4. The parties shall have until **February 16, 2027**, to file dispositive motions.

**None of these deadlines will be extended**.

Dated this 6th day of June, 2026.

Camille D. Bibles
United States Magistrate Judge