RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES E. TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUEÑAS (037586)
       trullinc@mcao.maricopa.gov
       Alyson.Foster@mcao.maricopa.gov
       Evelyn.Duenas@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>        Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF SUBPOENA TO AZEB LYON** |

Pursuant to Fed.R.Civ.P. 45(a)(4) notice is hereby given that undersigned counsel for Defendants Sheridan and Ball did serve via electronic means July 16, 2026, a Subpoena to testify at deposition and Produce documents copies upon Plaintiff.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 16th day of July, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
    CHARLES TRULLINGER
    ALYSON FOSTER
    EVELYN D. DUEÑAS
    Deputy County Attorney
    *Attorneys for Defendants Sheridan and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/  R.Scott*