RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    CHARLES E. TRULLINGER (018936)
       ALYSON FOSTER (024141)
       EVELYN D. DUEÑAS (037586)
       trullinc@mcao.maricopa.gov
       Alyson.Foster@mcao.maricopa.gov
       Evelyn.Duenas@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA, | No. CV-24-02087-PHX-ROS (CDB) |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION OF MULU YOHANNES** |
| STATE OF ARIZONA, et al., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that pursuant to Fed. R. Civ. P. 30, that Defendant will record the deposition of the person whose name is stated below at the time and place below before an officer authorized by law to administer oaths and will be

recorder by the methods indicated:

**PERSON TO BE EXAMINED:**    Mulu Yohannes

**DEPOSITION DATE:**    Tuesday, August 4, 2026

**DEPOSITION START TIME:**    1:00 p.m. or immediately after the deposition of Medhane Yohannes

**DEPOSITION LOCATION:**    Maricopa County Attorney's Office
225 W. Madison
Phoenix, AZ 85003

**METHOD OF RECORDING:** The deposition will be recorded stenographically and by both audio and video, including the use of a camera. The lighting for the recording will be under normal conditions. The deposition will also be video recorded. The camera will be positioned facing the witness, head shot to chest level and/or table level.

**COURT REPORTER:**    Griffin & Associates
3200 E. Camelback Rd, #177
Phoenix, Arizona 85018

**IF AN INTERPRETER IS REQUIRED TO TRANSLATE TESTIMONY, NOTICE OF SAME MUST BE GIVEN WITHIN TEN (10) DAYS BEFORE THE DEPOSITION DATE, AND THE SPECIFIC LANGUAGE AND/OR DIALECT DESIGNATED.**

The undersigned certifies that copies of this notice have been served upon the persons listed, on the date below.

///

///

///

2

**RESPECTFULLY SUBMITTED** this 15th day of July, 2026

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: /s/ Charles Trullinger
    CHARLES TRULLINGER
    ALYSON FOSTER
    EVELYN D. DUEÑAS
    Deputy County Attorneys
    *Attorneys for Defendants Sheridan & Ball*

## CERTIFICATE OF SERVICE

Emailed this 16th day of July, 2026, to:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Christopher Berry
**BERRY LAW GROUP**
1850 N. Central Ave., 1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
*Attorneys for Defendants Maricopa County and CHS*

Robert Grasso, Jr.,
Pari K. Scroggin
**GRASSO LAW FIRM**
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
*Attorneys for Defendant Building Blocks
Counseling, LLC d/b/a Axiom Care*

3

*/s/  D. Loucks*

4