RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   CHARLES E. TRULLINGER (018936)
      ALYSON FOSTER (024141)
      EVELYN D. DUEÑAS (037586)
      trullinc@mcao.maricopa.gov
      Alyson.Foster@mcao.maricopa.gov
      Evelyn.Duenas@mcao.maricopa.gov
      Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDMON YOHANNES, as Personal Representative and on behalf of THE ESTATE OF REMON YOHANNES; and, TESFAI HAGGMANA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF MCSO DEFENDANTS SHERIDAN AND BALL'S SIXTH SUPPLEMENTAL RULE 26.1 DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on August 7, 2026, MCSO Defendants, by and through undersigned counsel, served upon Plaintiffs via email, Defendants Sheridan and Ball's Sixth Supplemental Rule 26.1 Disclosure Statement.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 7th  day of August, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
    CHARLES TRULLINGER
    ALYSON FOSTER
    EVELYN D. DUEÑAS
    Deputy County Attorney
    *Attorneys for Defendants Sheridan and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/  R.Scott*
\\Valley.ca.mcao.maricopa.gov\public\CIVIL\CIV\Matters\CJ\2024\Yohannes_v_AZ_2024-1144\Pleadings\Word\NOS_-_MCSO_Defs_6th SDS.docx

2