RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: CHARLES E. TRULLINGER (018936)
ALYSON FOSTER (024141)
EVELYN D. DUEÑAS (037586)
trullinc@mcao.maricopa.gov
Alyson.Foster@mcao.maricopa.gov
Evelyn.Duenas@mcao.maricopa.gov
Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate Of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiff,<br><br>v.<br><br>State Of Arizona, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF MCSO DEFENDANTS SHERIDAN AND BALL'S SEVENTH SUPPLEMENTAL RULE 26.1 DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on August 31, 2026, MCSO Defendants, by and through undersigned counsel, served upon Plaintiffs via email, Defendants Sheridan and Ball's Seventh Supplemental Rule 26.1 Disclosure Statement.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 31st day of August, 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
CHARLES TRULLINGER
ALYSON FOSTER
EVELYN D. DUEÑAS
Deputy County Attorney
*Attorneys for Defendants Sheridan and Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\Word\NOS - MCSO Defs 7th SDS.docx