GRASSO
LAW FIRM
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
*Attorneys for Defendant Building Blocks Counseling, LLC d/b/a Axiom Care*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County, a governmental entity; Correctional Health Services; LaShon Arrington; Maricopa County Sheriff's Office; Building Blocks Counseling, LLC d/b/a Axiom Care, an Arizona limited liability company, etc., et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-ROS-CDB<br><br>**NOTICE OF SERVICE OF DEFENDANT AXIOM'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Defendant Building Blocks Counseling, LLC d/b/a Axiom Care, by and through undersigned counsel, and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, hereby provides notice Defendant Axiom's Second Supplemental Disclosure Statement upon the parties via email, on September 9, 2026.

RESPECTFULLY SUBMITTED this 9th day of September 2026.

///

///

**GRASSO LAW FIRM, P.C.**

By: /s/ Pari K. Scroggin
Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendant Building Blocks Counseling LLC d/b/a Axiom Care*

ORIGINAL electronically transmitted this 9th day of September 2026 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Alyson Foster, Esq,
Charles Trulllinger, Esq.
Evelyn Duenas, Esq.
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
alyson.foster@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
Evelyn.Duenas@mcao.maricopa.gov
andrea.moreno@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
Elizabeth.Kabel@mcao.maricopa.gov
Ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendants MCSO, Sheriff Russell Skinner, and D.O. Ball*

Christopher J. Berry, Esq.
**BERRY LAW GROUP, PLLC**
1850 North Central Avenue, Suite 1025
Phoenix, Arizona 85004
cberry@berrylawgroup.com
admin@berrylawgroup.com
*Attorneys for Defendants Maricopa County, Correctional Health Services and LaShon Arrington*

*By: /s/ Laura Van Auken*