Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com

***Attorneys for Defendants Maricopa County, Chailland, Conn, Daugomah, Hodge, Rintala and Stevens***

BERRY LAW GROUP
PLLC
ATTORNEYS AT LAW

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, et al.,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. 2:24-cv-02087-PHX-ROS (CDB)<br><br>**NOTICE OF SERVICE OF MARICOPA COUNTY AND CHS DEFENDANTS' THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS GIVEN that on October 13 2026, Maricopa County and the CHS Defendants, by and through undersigned counsel, served upon the Plaintiff via email, Maricopa County and CHS Defendants' Third Supplemental Disclosure Statement.

**RESPECTFULLY SUBMITED** this 13th day of October, 2026.

**BERRY LAW GROUP, PLLC**

By: /s/ Christopher J. Berry
Christopher J. Berry, Esq.
***Attorneys for Maricopa County and CHS Defendants***

BERRY LAW GROUP
PLLC
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Alyson Foster
Charles Trullinger
Evelyn D. Dueñas
**MARICOPA COUNTY ATTORNEY – CIVIL SERVICES DIVISION**
225 West Madison Street
Phoenix, Arizona 85003
alyson.foster@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
evelyn.duenas@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Sheridan and Ball*

Pari K. Scroggin
**GRASSO LAW FIRM**
3075 W. Ray Road, Suite 110
Chandler, AZ 85226
pscroggin@grassolawfirm.com
dross@grassolawfirm.com
*Attorneys for Building Blocks Counseling, LLC*

By: /s/ Maria Elena Garcia