RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: CHARLES E. TRULLINGER (018936)
ALYSON FOSTER (024141)
EVELYN D. DUEÑAS (037586)
trullinc@mcao.maricopa.gov
Alyson.Foster@mcao.maricopa.gov
Evelyn.Duenas@mcao.maricopa.gov
Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone: (602) 506-8541
Facsimile: (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.: 00032000

*Attorneys for Defendants Sheridan and Ball*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edmon Yohannes, as Personal Representative and on behalf of The Estate Of Remon Yohannes; and, Tesfai Haggmana,<br><br>Plaintiff,<br><br>v.<br><br>State Of Arizona, et al.,<br><br>Defendants. | No. CV-24-02087-PHX-ROS (CDB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Alyson M. Foster hereby withdraws as attorney of record for Defendants Sheriff Sheridan and Bryant Ball in the above-captioned matter. Defendants Sheriff Sheridan and Bryant Ball remain represented by named counsel, Charles E. Trullinger and Evelyn D. Duenas.

**RESPECTFULLY SUBMITTED** this 5th day of November, 2026

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Alyson Foster*
CHARLES TRULLINGER
ALYSON FOSTER
EVELYN D. DUEÑAS
Deputy County Attorneys
*Attorneys for Defendants Sheridan & Ball*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2024\Yohannes v AZ 2024-1144\Pleadings\DC CAPTION.docx