**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Edmon Yohannes, as personal representative and on behalf of the estate of Remon Yohannes; and Tesfai Haggmana,

Plaintiffs,

v.

State of Arizona, et al.,

Defendants.

No. CV 24-02087 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Plaintiffs' motion at ECF No. 193 is **granted**.

Accordingly, the parties shall have until **November 25, 2026**, to serve rebuttal expert witness disclosure.

Dated this 9th day of November, 2026.

Camille D. Bibles
United States Magistrate Judge